IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| 7 LONG FISHERY, LLC, A.P. TRAWLERS, | § | |
| INC., ABREGO TRAWLERS, INC., ACE | § | |
| MANING, LLC, AGUILAR BROTHERS, | § | |
| INC., FELIX AGUILAR, AGUILAR LIMON | § | |
| INC., AGUILAR SHRIMP CO., ERIC | § | |
| AGUILAR, JOSE PALACIOS AGUILAR, | § | |
| ODILON CORDOBA AGUILAR, ET AL. | § | |
| *Plaintiffs*, | § | |
| | § | |
| VS. | § | CASE NO.: |
| | § | |
| HILCORP ENERGY CO. | § | |
| and WCC ENERGY GROUP, LLC | § | JURY TRIAL DEMANDED |
| *Defendants.* | § | |

---

**ORIGINAL COMPLAINT**

---

NOW COMES PLAINTIFFS, 7 Long Fishery, LLC, A.P. Trawlers, Inc., Abrego Trawlers,

Inc., Ace Maning, LLC, Aguilar Brothers, Inc., Felix Aguilar, Aguilar Limon, Inc., Aguilar Shrimp

Co., Eric Aguilar, Jose Palacios Aguilar, Odilon Cordoba Aguilar and the 2,328 additional

individual Plaintiffs listed below numbered 1-2328, (collectively referred hereinafter as

"Plaintiffs"), allege the following against Hilcorp Energy Co. and WCC Energy Group, LLC

("Defendants"), based on their personal knowledge, information and belief, and the investigation

and research of counsel.

## I.    INTRODUCTION

1.    This suit is being brought to recover damages suffered by Plaintiffs, who are shrimpers,

boat owners and seafood business owners as a result of an oil spill into the Terrebonne Bay that

occurred on Wednesday, August 8, 2022, the opening day of shrimping season. The oil spill was

due to a collapsed platform owned by Hilcorp Energy Co. that experienced a structural failure and dumped approximately 14,000 gallons of crude oil into Terrebonne Bay, Louisiana that migrated into the Lake Pelto and surrounding areas.

## II.    PARTIES

2.    The following Plaintiffs are comprised of shrimpers, boat owners, and seafood business owners who collectively, individually, and/or separately are claiming damages due to the Terrebonne Bay, Louisiana oil spill for loss of income, loss of past and future profits, loss of inventory and consumer goods, damage to personal property and all other relief allowed under applicable laws:

1. Plaintiff 7 Long Fishery, LLC is a Texas corporation doing business in Houston, Harris County, Texas.
2. Plaintiff A.P. Trawlers, Inc. is a Texas corporation doing business in San Benito, Cameron County, Texas.
3. Plaintiff Abrego Trawlers, Inc. is a Texas corporation doing business in, Brownsville, Cameron County, Texas.
4. Plaintiff Ace Maning, LLC is a Texas corporation doing business in Nederland, Jefferson County, Texas.
5. Plaintiff Aguilar Brothers, Inc. is a Texas corporation doing business in Brownsville, Cameron County, Texas.
6. Plaintiff Felix Aguilar is a resident and citizen of Los Fresnos, Cameron County, Texas.
7. Plaintiff Aguilar Limon, Inc. is a Texas corporation doing business in Brownsville, Cameron County, Texas.
8. Plaintiff Aguilar Shrimp Co, Inc. is a Texas corporation doing business in Brownsville, Cameron County, Texas.
9. Plaintiff Eric Aguilar is a resident and citizen of Houma, Terrebonne Parish County, Louisiana.
10. Plaintiff Jose Palacios Aguilar is a resident and citizen of Brownsville, Cameron County, Texas.
11. Plaintiff Odilon Cordoba Aguilar is a resident and citizen of Brownsville, Cameron County, Texas.
12. Plaintiff Richard Aguilar is a resident and citizen of Brownsville, Cameron County, Texas.
13. Plaintiff Benito Escobedo Ahumada is a resident and citizen of Brownsville, Cameron County, Texas.

14. Plaintiff Ajles LLC is a Florida corporation doing business in, Panama City, Bay County, Florida.
15. Plaintiff Enedina Alamo is a resident and citizen of Port Isabel, Cameron County, Texas.
16. Plaintiff Cecilia T. Alaniz is a resident and citizen of Laguna Vista, Cameron County, Texas.
17. Plaintiff Alfred Trawlers, Inc. is a Texas corporation doing business in, Port Isabel, Cameron County, Texas.
18. Plaintiff Alpasito, Inc. is a Texas corporation doing business in, Brownsville, Cameron County, Texas.
19. Plaintiff Salvador Amescua is a resident and citizen of Brownsville, Cameron County, Texas.
20. Plaintiff Rafael Amezola Gonzalez is a resident and citizen of Houston, Harris County, Texas.
21. Plaintiff Anchor Seafood is a Texas corporation doing business in, Palacios, Matagorda County, Texas.
22. Plaintiff Sylvia Anderson is a resident and citizen of Ocean Springs, Jackson County, Mississippi.
23. Plaintiff Raul Andrade is a resident and citizen of Brownsville, Cameron County, Texas.
24. Plaintiff Andy Dos, Inc is a Texas corporation doing business in, Brownsville, Cameron County, Texas.
25. Plaintiff Miguel Leon Antunez is a resident and citizen of Brownsville, Cameron County, Texas.
26. Plaintiff Eric Alberto Anzaldua is a resident and citizen of Sea Drift, Calhoun County, Texas.
27. Plaintiff Mileidy Anzaldua is a resident and citizen of Sea Drift, Calhoun County, Texas.
28. Plaintiff Aparicio Trawlers, Inc is a Texas corporation doing business in, Palacios, Matagorda County, Texas.
29. Plaintiff Alfred Aparicio is a resident and citizen of Palacios, Matagorda County, Texas.
30. Plaintiff David C. Aparicio is a resident and citizen of Palacios, Matagorda County, Texas.
31. Plaintiff David D. Aparicio is a resident and citizen of Palacios, Matagorda County, Texas.
32. Plaintiff Deborah Aparicio is a resident and citizen of Palacios, Matagorda County, Texas.
33. Plaintiff Elisa Aparicio is a resident and citizen of Palacios, Matagorda County, Texas.
34. Plaintiff Cuc T. Aquino is a resident and citizen of Rockport, Aransas County, Texas.
35. Plaintiff Janie Monsrrat Arellano is a resident and citizen of Brownsville, Cameron County, Texas.
36. Plaintiff Nicolas Arellano is a resident and citizen of Brownsville, Cameron County, Texas.
37. Plaintiff David Kane Arias is a resident and citizen of Rockport, Aransas County, Texas.
38. Plaintiff Armando Armendariz is a resident and citizen of Palacios, Matagorda County, Texas.
39. Plaintiff Reynaldo Barera Arreaga is a resident and citizen of Brownsville, Cameron County, Texas.
40. Plaintiff Jose Guadalupe Arredondo Almaguer is a resident and citizen of Houston, Harris County, Texas.

41. Plaintiff Maria Liliana Arreola is a resident and citizen of San Leon, Galveston County, Texas.
42. Plaintiff Francisco Arrieta is a resident and citizen of Laguna Vista, Cameron County, Texas.
43. Plaintiff Arroya Cruz, LLC is a Texas corporation doing business in, Brownsville, Cameron County, Texas.
44. Plaintiff Ba Thi Au is a resident and citizen of D'Ibervilles, Harrison County, Mississippi.
45. Plaintiff Chow Dang Au is a resident and citizen of Palacios, Matagorda County, Texas.
46. Plaintiff Cindy Nguyen Au is a resident and citizen of Palacios, Matagorda County, Texas.
47. Plaintiff Hung Viet Au is a resident and citizen of Palacios, Matagorda County, Texas.
48. Plaintiff Minh Ngoc Au is a resident and citizen of Biloxi, Harrison County, Mississippi.
49. Plaintiff Ever Antonio Martinez Ramirez is a resident and citizen of Houston, Harris County, Texas.
50. Plaintiff Jesse Aviles is a resident and citizen of Harlingen, Cameron County, Texas.
51. Plaintiff Jose M. Ayala Arreola is a resident and citizen of St. Bernard, St. Bernard County, Texas.
52. Plaintiff Elias Ayala Centeno is a resident and citizen of Bacliff, Galveston County, Texas.
53. Plaintiff Felipe Ayla Villabazo is a resident and citizen of Brownsville, Cameron County, Texas.
54. Plaintiff Azteca Seafood, Inc. is a Texas corporation doing business in, Brownsville, Cameron County, Texas.
55. Plaintiff B Blake Boats, LLC is a Texas corporation doing business in, Brazoria, Brazoria County, Texas.
56. Plaintiff Rigoberto Badillo Gomez is a resident and citizen of St. Bernard, St. Bernard County, Texas.
57. Plaintiff Gerardo Baltazar Gonzalez is a resident and citizen of Dickerson, Galveston County, Texas.
58. Plaintiff Juan Banda Rodriguez is a resident and citizen of Sea Drift, Calhoun County, Texas.
59. Plaintiff Sergio Banda Trujillo is a resident and citizen of Port Isabel, Cameron County, Texas.
60. Plaintiff Bandolero, Inc. is a Texas corporation doing business in, Brownsville, Cameron County, Texas.
61. Plaintiff Tam Thanh Banh is a resident and citizen of Gautier, Jackson County, Mississippi.
62. Plaintiff Louis Barras II is a resident and citizen of St. Martinville, St. Martin Parish County, Louisiana.
63. Plaintiff Mark Bates is a resident and citizen of Palacios, Matagorda County, Texas.
64. Plaintiff Oscar Fernando Bautista Beberage is a resident and citizen of Brownsville, Cameron County, Texas.
65. Plaintiff Bernardo Bautista Berberaje is a resident and citizen of St. Benito, Cameron County, Texas.
66. Plaintiff Robert Bautista Jr. is a resident and citizen of Harlingen, Cameron County, Texas.

4

67. Plaintiff Bautista Legacy, LLC is a Texas corporation doing business in, Harlingen, Cameron County, Texas.

68. Plaintiff Roberto Bautista is a resident and citizen of Harlingen, Cameron County, Texas.

69. Plaintiff Demetrio Bautista is a resident and citizen of St. Benito, Cameron County, Texas.

70. Plaintiff Juan J. Bautista is a resident and citizen of Brownsville, Cameron County, Texas.

71. Plaintiff Bay Islander Inc. is a Texas corporation doing business in, Los Fresnos, Cameron County, Texas.

72. Plaintiff BBC Trawlers is a Texas corporation doing business in Port Isabel, Cameron County, Texas.

73. Plaintiff Ricardo Becerra is a resident and citizen of Brownsville, Cameron County, Texas.

74. Plaintiff Phillip Bell is a resident and citizen of Port Isabel, Cameron County, Texas.

75. Plaintiff Big Ben, LLC is a Alabama corporation doing business in Theodore, Mobile County, Alabama.

76. Plaintiff Billtammy Shrimper, LLC is a Texas corporation doing business in Rosenburg, Fort Bend County, Texas.

77. Plaintiff Gilberto Blanco Vega is a resident and citizen of Brownsville, Cameron County, Texas.

78. Plaintiff Blesses Shepherd, Inc. is a Texas corporation doing business in Brownsville, Cameron County, Texas.

79. Plaintiff Jack William Blume Jr. is a resident and citizen of Winnie, Chambers County, Texas.

80. Plaintiff Jose Alfredo Bocanegra Terrazas is a resident and citizen of Rockport, Aransas County, Texas.

81. Plaintiff Bodden Caddell Inc. is a Texas corporation doing business in Brownsville, Cameron County, Texas.

82. Plaintiff Bolivar Yacht Basin Bait Camp is a Texas corporation doing business in Port Bolivar, Port Bolivar County, Texas.

83. Plaintiff Bon Temps Rouler Oyster, LLC is a Mississippi corporation doing business in Biloxi, Harrison County, Mississippi.

84. Plaintiff Boudreaux Shrimp Co is a Texas corporation doing business in Brownsville, Cameron County, Texas.

85. Plaintiff Kalei Boudreaux. is a resident and citizen of Los Fresnos, Cameron County, Texas.

86. Plaintiff Wallace Boudreaux Jr. is a resident and citizen of Los Fresnos, Cameron County, Texas.

87. Plaintiff Brava Cruz LLC is a Texas corporation doing business in Brownsville, Cameron County, Texas.

88. Plaintiff Felipe Bueno Alvarez is a resident and citizen of League City, League City County, Texas.

89. Plaintiff Bernardo Bueno Alvarez is a resident and citizen of Brownsville, Cameron County, Texas.

90. Plaintiff John Van Bui is a resident and citizen of Pensacola, Escambia County, Florida.

91. Plaintiff Tanh Bui is a resident and citizen of New Iberia, Iberia Parash County, Louisiana.

92. Plaintiff Thang Bui is a resident and citizen of Port Arthur, Jefferson County, Texas.

93. Plaintiff Thang Bui is a resident and citizen of Port Arthur, Jefferson County, Texas.

94. Plaintiff Alice Bui is a resident and citizen of Anahuac, Chambers County, Texas.

95. Plaintiff Anh Quang Bui is a resident and citizen of Groves, Jefferson County, Texas.

96. Plaintiff Bich Ngoc Bui is a resident and citizen of Mandeville St. Tammy Parish County, Louisiana.

97. Plaintiff Diep Ngoc Bui is a resident and citizen of Texas City, Galveston County, Texas.

98. Plaintiff Doan Van Bui is a resident and citizen of Port Arthur, Jefferson County, Texas.

99. Plaintiff Dung Hoang Bui is a resident and citizen of Galveston, Galveston County, Texas.

100. Plaintiff Dung Thi Bui is a resident and citizen of Port Arthur, Jefferson County, Texas.

101. Plaintiff Hoa Bui is a resident and citizen of Rockport, Aransas County, Texas.

102. Plaintiff Hoa Huu Bui is a resident and citizen of Palacios, Matagorda County, Texas.

103. Plaintiff Kennedy Hoa Bui is a resident and citizen of Port Arthur, Jefferson County, Texas.

104. Plaintiff Kien Thanh Bui is a resident and citizen of Houston, Harris County, Texas.

105. Plaintiff Liem Thanh Bui is a resident and citizen of Bayou La Batre, Mobile County, Texas.

106. Plaintiff Lin-Ho Loan Bui is a resident and citizen of Dickerson, Galveston County, Texas.

107. Plaintiff Minh Tam Thi Bui is a resident and citizen of Bayou La Batre, Mobile County, Texas.

108. Plaintiff Ngan Ngoc Thi Bui is a resident and citizen of D'Ibervilles, Harrison County, Mississippi.

109. Plaintiff Ngoc Bich Bui is a resident and citizen of Mandeville St. Tammy Parish County, Louisiana.

110. Plaintiff Pham Huu Bui is a resident and citizen of Houston, Harris County, Texas.

111. Plaintiff Phong Van Bui is a resident and citizen of Dickerson, Galveston County, Texas.

112. Plaintiff Phong Van Bui is a resident and citizen of Dickerson, Galveston County, Texas.

113. Plaintiff Thanh Bui is a resident and citizen of D'Ibervilles, Harrison County, Mississippi.

114. Plaintiff Thoang Van Bui is a resident and citizen of League City, League City County, Texas.

115. Plaintiff Trang Bui is a resident and citizen of San Leon, Galveston County, Texas.

116. Plaintiff Tri Bui is a resident and citizen of Friendswood, Friendswood County, Texas.

117. Plaintiff Truong Quoc Bui is a resident and citizen of Rockport, Aransas County, Texas.

118. Plaintiff Xuan Bui is a resident and citizen of Port Arthur, Jefferson County, Texas.

119. Plaintiff Dominga Burgos is a resident and citizen of League City, League City County, Texas.

120.    Plaintiff Paul Burnett is a resident and citizen of Harlingen, Cameron County, Texas.

121.    Plaintiff Danial A. Bustos is a resident and citizen of Brownsville, Cameron County, Texas.

122.    Plaintiff Celso Cabrales Puga is a resident and citizen of Palacios, Matagorda County, Texas.

123.    Plaintiff Juan Cabrera Luna is a resident and citizen of Rio Hondo, Cameron County, Texas.

124.    Plaintiff Andres Cabrera Perez is a resident and citizen of Brownsville, Cameron County, Texas.

125.    Plaintiff Carlos Cabrera Reyes is a resident and citizen of Port Lavaca, Calhoun County, Texas.

126.    Plaintiff Rangel Efrain Cabrera is a resident and citizen of San Leon, Galveston County, Texas.

127.    Plaintiff Ezquiel Cadena Reyes is a resident and citizen of Los Fresnos, Cameron County, Texas.

128.    Plaintiff Abel Jimenez Calderon is a resident and citizen of Palacios, Matagorda County, Texas.

129.    Plaintiff Jose Luis Camacho is a resident and citizen of Los Fresnos, Cameron County, Texas.

130.    Plaintiff Agustin Camargo is a resident and citizen of Bacliff, Galveston County, Texas.

131.    Plaintiff Benjamin Lopez is a resident and citizen of Brownsville, Cameron County, Texas.

132.    Plaintiff Carlos Cantu is a resident and citizen of Brownsville, Cameron County, Texas.

133.    Plaintiff Francisco Lopez is a resident and citizen of Port Isabel, Cameron County, Texas.

134.    Plaintiff Bai Thi Cao is a resident and citizen of Pass Christian , Harrison County, Mississippi.

135.    Plaintiff Gio Can Cao is a resident and citizen of D'Ibervilles, Harrison County, Mississippi.

136.    Plaintiff My Linh-Nguyen Muoi Cao is a resident and citizen of Pearland, Brazoria County, Texas.

137.    Plaintiff Truc Ngo Cao is a resident and citizen of Anahuac, Chambers County, Texas.

138.    Plaintiff Truong Can Cao is a resident and citizen of Anahuac, Chambers County, Texas.

139.    Plaintiff Cap T&T, LLC is a Texas corporation doing business in Palacios, Matagorda County, Texas.

140.    Plaintiff Capernaum Fisheries, LLC is a Texas corporation doing business in Palacios, Matagorda County, Texas.

141.     Plaintiff Capn Jasper Seafood, Inc. is a Texas corporation doing business in Brownsville, Cameron County, Texas.

142.     Plaintiff Capt Andre LLC is a Texas corporation doing business in New Orleans, Orleans Parish County, Louisiana.

143.     Plaintiff Capt Andrew LLC is a Texas corporation doing business in Galveston, Galveston County, Texas.

144.     Plaintiff Capt Apache, LLC is a Texas corporation doing business in Palacios, Matagorda County, Texas.

145.     Plaintiff Capt Bait Shack LLC is a Texas corporation doing business in Rockport, Aransas County, Texas.

146.     Plaintiff Capt Carlos Trawlers Inc. is a Texas corporation doing business in Port Isabel, Cameron County, Texas.

147.     Plaintiff Capt Johnny II, LLC is a Texas corporation doing business in Dickerson, Galveston County, Texas.

148.     Plaintiff Capt Johnny, LLC is a Texas corporation doing business in Dickerson, Galveston County, Texas.

149.     Plaintiff Capt Tony LLC is a Texas corporation doing business in Richmond, Fort Bend County, Texas.

150.     Plaintiff Capt A&T LLC is a Texas corporation doing business in Richmond, Fort Bend County, Texas.

151.     Plaintiff Capt Brandon Inc. is a Texas corporation doing business in Groves, Jefferson County, Texas.

152.     Plaintiff Captain Danny Seafood Market is a Mississippi corporation doing business in Long beach, Harrison County, Mississippi.

153.     Plaintiff Captain Ethan LLC is a Florida corporation doing business in Pensacola, Escambia County, Florida.

154.     Plaintiff Captain Johnny III LLC is a Texas corporation doing business in Dickerson, Galveston County, Texas.

155.     Plaintiff Captain Nathan LLC is a Florida corporation doing business in Pensacola, Escambia County, Florida.

156.     Plaintiff Captain Phillip LLC is a Alabama corporation doing business in Theodore, Mobile County, Alabama.

157.     Plaintiff Pedro Cardenas is a resident and citizen of Brownsville, Cameron County, Texas.

158.     Plaintiff Carmelita, LLC is a Texas corporation doing business in Brownsville, Cameron County, Texas.

159.     Plaintiff Bernordino Gonzalez Carreno is a resident and citizen of Dickerson, Galveston County, Texas.

160.     Plaintiff Francisco Carrillo is a resident and citizen of Palacios, Matagorda County, Texas.

161.     Plaintiff Marco Antonio Carrillo is a resident and citizen of Palacios, Matagorda County, Texas.

162.    Plaintiff Emiliano Carvajalis a resident and citizen of Houma, Terrebonne County, Louisiana.

163.    Plaintiff Castellanos Corporation is a Texas corporation doing business in Los Fresnos, Cameron County, Texas.

164.    Plaintiff Hilarion Castillo a resident and citizen of Brownsville, Cameron County, Texas.

165.    Plaintiff Castro Trawlers Inc is a Texas corporation doing business in Port Isabel, Cameron County, Texas.

166.    Plaintiff Jose Evaristo Castro a resident and citizen of Port Isabel, Cameron County, Texas.

167.    Plaintiff Catracho Oyster LLC is a Texas corporation doing business in Metairie, Jefferson County, Texas.

168.    Plaintiff Javier Cedillo De Leon a resident and citizen of Los Fresnos, Cameron County, Texas.

169.    Plaintiff Centurion Seafood, Inc. is a Texas corporation doing business in Brownsville, Cameron County, Texas.

170.    Plaintiff Maria Hernandez de Cervantes a resident and citizen of Brownsville, Cameron County, Texas.

171.    Plaintiff Raul Cervantes Hernandez a resident and citizen of Brownsville, Cameron County, Texas.

172.    Plaintiff Adrian Cervantes Vargas a resident and citizen of Port Isabel, Cameron County, Texas.

173.    Plaintiff Alvado Cervantes Vargas is a resident and citizen of Port Isabel, Cameron County, Texas.

174.    Plaintiff Jose Cervantes is a resident and citizen of Port Isabel, Cameron County, Texas.

175.    Plaintiff Raul Vargas Cervantes a resident and citizen of Brownsville, Cameron County, Texas.

176.    Plaintiff Arturo Chapa is a resident and citizen of Brownsville, Cameron County, Texas.

177.    Plaintiff Jose Alfredo Chaples is a resident and citizen of Brownsville, Cameron County, Texas.

178.    Plaintiff Chato Trawlers, LLC is a Texas corporation doing business in Port Isabel, Cameron County, Texas.

179.    Plaintiff Bol Van Chau is a resident and citizen of Abbeville, Vermilion Parish County, Louisiana.

180.    Plaintiff Thiet Van Chau is a resident and citizen of Theodore, Mobile County, Alabama.

181.    Plaintiff Thoai Chau is a resident and citizen of Bridge City, Orange County, Texas.

182.    Plaintiff Heynar Arturo Chavarria Martinez is a resident and citizen of Brownsville, Cameron County, Texas.

183.    Plaintiff San Kim Chay is a resident and citizen of New Iberia, Iberia Parash County, Louisiana.

184.    Plaintiff Chico Boy, Inc. is a Texas corporation doing business in Port Isabel, Cameron County, Texas.

185.    Plaintiff Thang Van Chu is a resident and citizen of Alvin, Iberia Brazoria County, Texas.

186.    Plaintiff Hanh Thi Chung is a resident and citizen of Port Arthur, Jefferson County, Texas.

187.    Plaintiff Tri Vien Chung is a resident and citizen of D'Ibervilles, Harrison County, Mississippi.

188.    Plaintiff Margil Cisneros is a resident and citizen of Brownsville, Cameron County, Texas.

189.    Plaintiff CNT Seafood Inc. is a Texas corporation doing business in New Iberia, Iberia Parash County, Louisiana.

190.    Plaintiff Coastal Seafood & Bait is a Texas corporation doing business in Grand Prairie, Dallas County, Texas.

191.    Plaintiff Joseph Brian Comeaux is a resident and citizen of Port Bolivar, Port Bolivar County, Texas.

192.    Plaintiff Delino Comeaux is a resident and citizen of Port Bolivar, Port Bolivar County, Texas.

193.    Plaintiff Jordan Comeaux is a resident and citizen of Port Bolivar, Port Bolivar County, Texas.

194.    Plaintiff Maria Comeaux is a resident and citizen of Port Bolivar, Port Bolivar County, Texas.

195.    Plaintiff Sylvia Schultz Comeaux is a resident and citizen of Port Bolivar, Port Bolivar County, Texas.

196.    Plaintiff Concepsion I Shrimping Inc. is a Florida corporation doing business in Orlando, Orange County, Florida.

197.    Plaintiff Fray M. Constante is a resident and citizen of San Antonio, Bexar County, Texas.

198.    Plaintiff Co-Op Marine Railways is a Texas corporation doing business in Brownsville, Cameron County, Texas.

199.    Plaintiff Co-Pak, LLC is a Texas corporation doing business in Brownsville, Cameron County, Texas.

200.    Plaintiff Angel Ricardo Corona Orozco is a resident and citizen of Palacios, Matagorda County, Texas.

201.    Plaintiff Ricardo Coronado is a resident and citizen of San Benito, Matagorda County, Texas.

202.    Plaintiff Maximo Acuna Cortez is a resident and citizen of Brownsville, Cameron County, Texas.

203.    Plaintiff Nicolas Cortez is a resident and citizen of Los Fresnos, Cameron County, Texas.

204.    Plaintiff Ramon Couoh is a resident and citizen of Los Fresnos, Cameron County, Texas.

205.     Plaintiff Emigdio Cruz Diaz is a resident and citizen of Brownsville, Cameron County, Texas.

206.     Plaintiff Jose G. Cruz is a resident and citizen of Brownsville, Cameron County, Texas.

207.     Plaintiff Cruzito Trawlers, Inc. is a Texas corporation doing business in Brownsville, Cameron County, Texas.

208.     Plaintiff Cuevas & Sons, Inc. is a Texas corporation doing business in Port Isabel, Cameron County, Texas.

209.     Plaintiff Cuevas Martine, Inc. is a Texas corporation doing business in Los Fresnos, Cameron County, Texas.

210.     Plaintiff Cuevas Pride, Inc. is a Texas corporation doing business in Port Isabel, Cameron County, Texas.

211.     Plaintiff Cuevas Trawlers, Inc. is a Texas corporation doing business in Port Isabel, Cameron County, Texas.

212.     Plaintiff Edward Cuevas, Jr. is a resident and citizen of Port Isabel, Cameron County, Texas

213.     Plaintiff Bao Chan Dang is a resident and citizen of El Paso, El Paso County, Texas.

214.     Plaintiff Chi Kim Thi Dang is a resident and citizen of New Iberia, Iberia Parash County, Louisiana.

215.     Plaintiff Dao Dang is a resident and citizen of Biloxi, Harrison County, Mississippi.

216.     Plaintiff Doi Van Dang is a resident and citizen of Biloxi, Harrison County, Mississippi.

217.     Plaintiff Dung Dang is a resident and citizen of Houston, Harris County, Texas.

218.     Plaintiff Duoc Van Dang is a resident and citizen of Houston, Harris County, Texas.

219.     Plaintiff Duong Tung Dang is a resident and citizen of Pensacola, Escambia County, Florida.

220.     Plaintiff Hoang Huy Dang is a resident and citizen of Rosharon, Brazoria County, Texas.

221.     Plaintiff Hoang Van Pham Dang is a resident and citizen of Franklin, St. Mary County, Louisiana.

222.     Plaintiff Hung Van Dang is a resident and citizen of Port Arthur, Jefferson County, Texas.

223.     Plaintiff Huynh Anh Dang is a resident and citizen of San Leon, Galveston County, Texas.

224.     Plaintiff Lam Van Dang is a resident and citizen of Waveland, Hancock County, Mississippi.

225.     Plaintiff Mai Ngoc Nguyen Dang is a resident and citizen of Houston, Harris County, Texas.

226.     Plaintiff Mike Van Dang is a resident and citizen of Biloxi, Harrison County, Mississippi.

227.     Plaintiff Minh Van Dang is a resident and citizen of Bacliff, Galveston County, Texas.

228.     Plaintiff My Dang is a resident and citizen of Rosharon, Brazoria County, Texas.

229.     Plaintiff Nam Cong Dang is a resident and citizen of Groves, Jefferson County, Texas.

230.     Plaintiff Non-Van Dang is a resident and citizen of Biloxi, Harrison County, Mississippi.

231.     Plaintiff Phuong Thanh Dang is a resident and citizen of D'Ibervilles, Harrison County, Mississippi.

232.     Plaintiff Quoc Van Dang is a resident and citizen of Alvin, Iberia Brazoria County, Texas.

233.     Plaintiff Quynh Van Dang is a resident and citizen of Moody, St. Clair County, Alabama.

234.     Plaintiff Steven Dang is a Texas corporation doing business in Houston, Harris County, Texas.

235.     Plaintiff Tao Kevin Dang is a resident and citizen of Biloxi, Harrison County, Mississippi.

236.     Plaintiff Thanh Van Dang is a resident and citizen of Theodore, Mobile County, Alabama.

237.     Plaintiff Thanh Van Dang is a resident and citizen of San Leon, Galveston County, Texas.

238.     Plaintiff Thuy Dieu Dang is a resident and citizen of Dickerson, Galveston County, Texas.

239.     Plaintiff Tony Vu Dang is a resident and citizen of Biloxi, Harrison County, Mississippi.

240.     Plaintiff Tony Dang is a resident and citizen of San Leon, Galveston County, Texas.

241.     Plaintiff Tuat Dang is a resident and citizen of Dickerson, Galveston County, Texas.

242.     Plaintiff Tuoi T. Dang is a resident and citizen of Dickerson, Galveston County, Texas.

243.     Plaintiff Tuyet Hong Thi Dang is a resident and citizen of Aransas Pass, Aransas Pass County, Texas.

244.     Plaintiff Khoung Danh is a resident and citizen of Ocean Springs, Jackson County, Mississippi.

245.     Plaintiff Loc Dang is a resident and citizen of Palacios, Matagorda County, Texas.

246.     Plaintiff Francisco Carrillo is a resident and citizen of Palacios, Matagorda County, Texas.

247.     Plaintiff Daniel Phillip III, Inc. is a Texas corporation doing business in Palacios, Matagorda County, Texas.

248.     Plaintiff Cam Huon Dao is a resident and citizen of Pass Christian , Harrison County, Mississippi.

249.     Plaintiff Chau Thi Dao is a resident and citizen of Anahuac, Chambers County, Texas.

250.     Plaintiff Co Thi Dao is a resident and citizen of New Orleans, Orleans Parish County, Louisiana.

251.     Plaintiff Tri Trong Dao is a resident and citizen of Bridge City, Orange County, Texas.

252.    Plaintiff Vang Tan Dao is a resident and citizen of Vancleave, Jackson County, Mississippi.

253.    Plaintiff Sergio De LA Garza is a resident and citizen of Port Isabel, Cameron County, Texas.

254.    Plaintiff Mauro De Los Reyes is a resident and citizen of Brownsville, Cameron County, Texas.

255.    Plaintiff Carlos Del Angel Flores is a resident and citizen of Brownsville, Cameron County, Texas.

256.    Plaintiff Juan Carlos Del Angel is a resident and citizen of Port Isabel, Cameron County, Texas.

257.    Plaintiff David T. De Leon is a resident and citizen of Palacios, Matagorda County, Texas.

258.    Plaintiff Javier Reyes Deleon is a resident and citizen of Brownsville, Cameron County, Texas.

259.    Plaintiff Andres Delgadillo is a resident and citizen of Port Isabel, Cameron County, Texas.

260.    Plaintiff Juan Delgadillo is a resident and citizen of Brownsville, Cameron County, Texas.

261.    Plaintiff Beto Delgado is a resident and citizen of Houma, Terrebonne Parish County, Louisiana.

262.    Plaintiff Mario Alberto Delgado is a resident and citizen of Brownsville, Cameron County, Texas.

263.    Plaintiff Thu Thanh Deo is a resident and citizen of Nederland, Jefferson County, Texas.

264.    Plaintiff Jaime Diaz Araguz is a resident and citizen of Brownsville, Cameron County, Texas.

265.    Plaintiff Raymond Diaz is a resident and citizen of Brownsville, Cameron County, Texas.

266.    Plaintiff Lily Ng Diep is a resident and citizen of Long beach, Harrison County, Mississippi.

267.    Plaintiff Dean Dinh is a resident and citizen of Palacios, Matagorda County, Texas.

268.    Plaintiff Du Dinh is a resident and citizen of Port Arthur, Jefferson County, Texas.

269.    Plaintiff Giac Van Dinh is a resident and citizen of Houston, Harris County, Texas.

270.    Plaintiff Hoi Thi Dinh is a resident and citizen of Port Arthur, Jefferson County, Texas.

271.    Plaintiff Hung Van Dinh is a resident and citizen of Beaumont, Jefferson County, Texas.

272.    Plaintiff John Tien Dinh is a resident and citizen of Palacios, Matagorda County, Texas.

273.    Plaintiff Johnny Dinh is a resident and citizen of Palacios, Matagorda County, Texas.

274.    Plaintiff Jospeh Dinh is a resident and citizen of Palacios, Matagorda County, Texas.

275.     Plaintiff Khuyen Tran Dinh is a resident and citizen of Biloxi, Harrison County, Mississippi.

276.     Plaintiff Mai Thi Dinh is a resident and citizen of Houston, Harris County, Texas.

277.     Plaintiff Phu Hiep Dinh is a resident and citizen of Houston, Harris County, Texas.

278.     Plaintiff Toi Van Dinh is a resident and citizen of Nederland, Jefferson County, Texas.

279.     Plaintiff Vincent Duc Dinh is a resident and citizen of Walnut, Los Angeles County, Texas.

280.     Plaintiff Xuan Dong Dinh is a resident and citizen of Sugarland, Fort Bend County, Texas.

281.     Plaintiff Discount Seafood market. is a Texas corporation doing business in Texas City, Galveston County, Texas.

282.     Plaintiff Divine protection, Inc.is a Texas corporation doing business in Brownsville, Cameron County, Texas.

283.     Plaintiff Divine Savior, Inc is a Texas corporation doing business in Brownsville, Cameron County, Texas.

284.     Plaintiff DKA Marine LLC is a Texas corporation doing business in Nederland, Jefferson County, Texas.

285.     Plaintiff DN 2000 Company is a Mississippi corporation doing business in D'Ibervilles, Harrison County, Mississippi.

286.     Plaintiff Tanh Bui Do Thi Thu Thao is a resident and citizen of New Iberia, Iberia Parash County, Louisiana.

287.     Plaintiff Anh Hoang Do is a resident and citizen of Anahuac, Chambers County, Texas.

288.     Plaintiff Anthony Do is a resident and citizen of Bacliff, Galveston County, Texas.

289.     Plaintiff Anthony Dung Do is a resident and citizen of Nederland, Jefferson County, Texas.

290.     Plaintiff Daniel Do is a resident and citizen of New Orleans, Orleans Parish County, Louisiana.

291.     Plaintiff Diu Thi Do is a resident and citizen of Biloxi, Harrison County, Mississippi.

292.     Plaintiff Duyen Van Do is a resident and citizen of San Leon, Galveston County, Texas.

293.     Plaintiff Jimmy Do is a resident and citizen of Port Arthur, Jefferson County, Texas.

294.     Plaintiff Kevin Doi is a resident and citizen of College Station, Brazos County, Texas.

295.     Plaintiff Lien Kim Do is a resident and citizen of Friendswood, Friendswood County, Texas.

296.     Plaintiff Liet Do is a resident and citizen of Ocean Springs, Jackson County, Mississippi.

297.     Plaintiff Linh Do is a resident and citizen of Ocean Springs, Jackson County, Mississippi.

298.    Plaintiff Mai nguyen john Do is a resident and citizen of Houston, Harris County, Texas.

299.    Plaintiff Phong Hoang Do is a resident and citizen of Anahuac, Chambers County, Texas.

300.    Plaintiff Quoc Do is a resident and citizen of Port Arthur, Jefferson County, Texas.

301.    Plaintiff Tan Chaun Do is a resident and citizen of Ocean Springs, Jackson County, Mississippi.

302.    Plaintiff Ta Do is a resident and citizen of New Orleans, Orleans Parish County, Louisiana.

303.    Plaintiff Than Viet Do is a resident and citizen of Palacios, Matagorda County, Texas.

304.    Plaintiff Thanh Phuong Do is a resident and citizen of Port Arthur, Jefferson County, Texas.

305.    Plaintiff Vo Dang Thi Do is a resident and citizen of Mobile, Mobile County, Alabama.

306.    Plaintiff Joan Thu Doan is a resident and citizen of Palacios, Matagorda County, Texas.

307.    Plaintiff Brian Thunog Doan is a resident and citizen of Biloxi, Harrison County, Mississippi.

308.    Plaintiff Du Doan is a resident and citizen of Houston, Harris County, Texas.

309.    Plaintiff Liem Van Doan is a resident and citizen of D'Ibervilles, Harrison County, Mississippi.

310.    Plaintiff Loan Kim Doan is a resident and citizen of Palacios, Matagorda County, Texas.

311.    Plaintiff Mai Van Doan is a resident and citizen of Biloxi, Harrison County, Mississippi.

312.    Plaintiff Minh Van Doan is a resident and citizen of Biloxi, Harrison County, Mississippi.

313.    Plaintiff Nam Be Doan is a resident and citizen of Pasadena, Harris County, Texas.

314.    Plaintiff Phe Van Doan is a resident and citizen of Fort Worth, Tarrant County, Texas.

315.    Plaintiff Quyen Duc Doan is a resident and citizen of Groves, Jefferson County, Texas.

316.    Plaintiff Randy Doan is a resident and citizen of D'Ibervilles, Harrison County, Mississippi.

317.    Plaintiff Thanh Doan is a resident and citizen of Lafayette, Lafayette Parish County, Louisiana.

318.    Plaintiff Vincent Doan is a resident and citizen of D'Ibervilles, Harrison County, Mississippi.

319.    Plaintiff Vivian Doan is a resident and citizen of D'Ibervilles, Harrison County, Mississippi.

320.    Plaintiff Tony Huynh is a resident and citizen of Dickerson, Galveston County, Texas.

321.     Plaintiff Antonio Dominguez is a resident and citizen of Port Isabel, Cameron County, Texas.

322.     Plaintiff Erick Dominguez Vargas is a resident and citizen of Corpus Christi, Nueces County, Texas.

323.     Plaintiff Long D Nguyen is a resident and citizen of Palacios, Matagorda County, Texas.

324.     Plaintiff Antonio Dominguez is a resident and citizen of Port Isabel, Cameron County, Texas.

325.     Plaintiff Don Nico Trawlers, Inc, is a Texas corporation doing business in Port Isabel, Cameron County, Texas.

326.     Plaintiff Dieu Thi Dong is a resident and citizen of Biloxi, Harrison County, Mississippi.

327.     Plaintiff Donovan Tien Corp, is a Texas corporation doing business in Stafford, Fort Bend County, Texas.

328.     Plaintiff Marjury T. Dooley, is a Louisiana corporation doing business in Louisiana, Iberia Parish County, Texas.

329.     Plaintiff Virgis Noel Dooley is a Louisiana corporation doing business in Louisiana, Iberia Parish County, Texas.

330.     Plaintiff Dorada Cruz LLC is a resident and citizen of Brownsville, Cameron County, Texas.

331.     Plaintiff Dtam Le LLC is a Texas Corporation doing business in Port Arthur, Port Arthur County, Texas.

332.     Plaintiff Ailien Thi Duong is a resident and citizen of Biloxi, Harrison County, Mississippi.

333.     Plaintiff An Duong is a resident and citizen of Houston, Harris County, Texas

334.     Plaintiff Cong Van Duong is a resident and citizen of Houston, Harris County, Texas.

335.     Plaintiff Duc Ngoc Duong is a resident and citizen of Port Arthur, Port Arthur County, Texas.

336.     Plaintiff Hieu Duong is a resident and citizen of Anahuac, Chambers County, Texas.

337.     Plaintiff Kiet van Duong is a resident and citizen of Theodore, Mobile County, Alabama.

338.     Plaintiff Ky Duong is a resident and citizen of Houston, Harris County, Texas.

339.     Plaintiff Le Duong is a resident and citizen of San Leon, Galveston County, Texas.

340.     Plaintiff Loc Phuoc Duong is a resident and citizen of Port Arthur, Port Arthur County, Texas.

341.     Plaintiff Mau Duong is a resident and citizen of Nederland, Jefferson County, Texas.

342.     Plaintiff Men Duong is a resident and citizen of Houston, Harris County, Texas.

343.     Plaintiff My Duong is a resident and citizen of Bridge City, Orange County, Texas.

344.     Plaintiff Ngoc Birch Duong is a resident and citizen of Port Arthur, Jefferson County, Texas.

345.     Plaintiff Tam Thi Duong is a resident and citizen of D'Ibervilles, Harrison County, Mississippi.

346.     Plaintiff Thanh Van Duong is a resident and citizen of Houston, Harris County, Texas.

347.     Plaintiff Thuy Duong is a resident and citizen of Houston, Harris County, Texas.

348.     Plaintiff Trang Duong is a resident and citizen of Port Arthur, Port Arthur County, Texas.

349.     Plaintiff Ty Thi Duong is a resident and citizen of Biloxi, Harrison County, Mississippi.

350.     Plaintiff Jose Leonal Duran Nava is a resident and citizen of Bacliff, Galveston County, Texas.

351.     Plaintiff Alfredo Osornio Duran is a resident and citizen of Chalmette, St. Bernard Prish County, Louisiana.

352.     Plaintiff Lynette Kriselle Duran is a resident and citizen of Olmito, Cameron County, Texas.

353.     Plaintiff Maria A Duran is a resident and citizen of San Leon, Galveston County, Texas.

354.     Plaintiff Dylan Boy LLC is a Texas Corporation doing business in Beaumont Jefferson County, Texas.

355.     Plaintiff E&J Tawlers Inc.is a Texas corporation doing business in Brownsville, Cameron County, Texas.

356.     Plaintiff Eduardo Prudenci Pablo is a resident and citizen of Texas City, Galveston County, Texas.

357.     Plaintiff Edward Cuevas Jr.  is a resident and citizen of Port Isabel, Cameron County, Texas.

358.     Plaintiff El Gran Carnal Inc. Inc.is a Texas corporation doing business in Brownsville, Cameron County, Texas.

359.     Plaintiff Mercedes Escobar Amezola is a Texas corporation doing business in Nederland, Jefferson County, Texas.

360.     Plaintiff Thuy Duong is a resident and citizen of Houston, Harris County, Texas.

361.     Plaintiff Escorpiones Inc. is a Texas corporation doing business in Brownsville, Cameron County, Texas.

362.     Plaintiff Espada Lanzada, LLC is a Texas corporation doing business in Brownsville, Cameron County, Texas.

363.     Plaintiff Adan Espinoza is a resident and citizen of Brownsville, Cameron County, Texas.

364.     Plaintiff Juan Francisco Esquivel  is a resident and citizen of Brownsville, Cameron County, Texas.

365.     Plaintiff Diana Estes is a resident and citizen of Port Isabel, Cameron County, Texas.

366.     Plaintiff Ethan G. Inc is a Texas corporation doing business in, Palacios, Matagorda County, Texas.

367.    Plaintiff Eugenia Trawlers, LLC is a Texas corporation doing business in Brownsville, Cameron County, Texas.

368.    Plaintiff Erlin Fajardro is a resident and citizen of Metairie, Jefferson County, Louisiana.

369.    Plaintiff Josue Alexander Fajardro Rodriguez is a resident and citizen of Metairie, Jefferson County, Louisiana.

370.    Plaintiff Family Pham LLC is a Louisiana corporation doing business in Kenner, Jefferson Parish County, Louisiana.

371.    Plaintiff Far East Investment is a Texas Corporation doing business in Port Arthur, Port Arthur County, Texas.

372.    Plaintiff Father Casimar, Inc. is a Texas corporation doing business in Palacios, Matagorda County, Texas.

373.    Plaintiff Father Mike,Inc. is a Texas corporation doing business in Palacios, Matagorda County, Texas.

374.    Plaintiff Isaac Fernandez Machicado is a resident and citizen of Biloxi, Harrison County, Mississippi.

375.    Plaintiff Emilio Ferrifino is a resident and citizen of Orlando, Orange County, Florida.

376.    Plaintiff Miguel A Fierros is a resident and citizen of Port Lavaca, Calhoun County, Texas.

377.    Plaintiff Fiesta Cruz, LLC.is a Texas corporation doing business in Brownsville, Cameron County, Texas.

378.    Plaintiff Five Lopez Bros, Inc.is a Texas corporation doing business in Brownsville, Cameron County, Texas.

379.    Plaintiff Filiberto Flores Vega is a resident and citizen of Tivoli Refugio County, Texas.

380.    Plaintiff Fidencio Flores Cubilos is a resident and citizen of Brownsville, Cameron County, Texas.

381.    Plaintiff Flower's Shrimp Market, LLC is a Texas corporation doing business in Rockport, Aransas County, Texas.

382.    Plaintiff Dudley Luke Foussell is a resident and citizen of New Iberia, Iberia Parash County, Louisiana.

383.    Plaintiff Francis Vu, Inc. is a Texas corporation doing business in Palacios, Matagorda County, Texas.

384.    Plaintiff Maurico Fuentas Martinez is a resident and citizen of Port Isabel, Cameron County, Texas.

385.    Plaintiff Ernesto Hernandez Fuentes is a resident and citizen of Brownsville, Cameron County, Texas.

386.    Plaintiff Tiburcio Fuentes Martinez is a resident and citizen of Los Fresnos, Cameron County, Texas.

387.    Plaintiff G&S Trawlers, Inc is a Texas corporation doing business in Olmito, Cameron County, Texas.

388.    Plaintiff G&A Trawlers, Inc.is a Texas corporation doing business in Brownsville, Cameron County, Texas.

389.    Plaintiff G&O Trawlers, Inc is a Texas corporation doing business in Olmito, Cameron County, Texas.

390.    Plaintiff G.D. Ventures II, Inc is a Texas corporation doing business in Olmito, Cameron County, Texas.

391.    Plaintiff Mitchell Galbreath is a resident and citizen of Sea Drift, Calhoun County, Texas.

392.    Plaintiff Valentina Galvin is a resident and citizen of Port Isabel, Cameron County, Texas.

393.    Plaintiff Samuel Gamboais is a resident and citizen of Houston, Harris County, Texas.

394.    Plaintiff Maria A Duran is a resident and citizen of San Leon, Galveston County, Texas.

395.    Plaintiff Juan Gaona, Jr.is a resident and citizen of Brownsville, Cameron County, Texas.

396.    Plaintiff David Garcia Jr. is a resident and citizen of Los Fresnos, Cameron County, Texas.

397.    Plaintiff Jair Garcia Marinis a resident and citizen of Brownsville, Cameron County, Texas.

398.    Plaintiff Rafael Garcia is a resident and citizen of Brownsville, Cameron County, Texas.

399.    Plaintiff Fredy Maurico Garcia Murillo is a resident and citizen of Metairie, Jefferson Parish County, Louisiana.

400.    Plaintiff Garcia Quality Seafood, Inc. is a Texas corporation doing business in Palacios, Matagorda County, Texas.

401.    Plaintiff Hector Garcia is a resident and citizen of Port Isabel, Cameron County, Texas.

402.    Plaintiff Antonio Gracia is a resident and citizen of Olmito, Cameron County, Texas.

403.    Plaintiff Christopher Garcia is a resident and citizen of Los Fresnos, Cameron County, Texas.

404.    Plaintiff Francisco Javier Garcia is a resident and citizen of Port Isabel, Cameron County, Texas.

405.    Plaintiff Gasper Garcia is a resident and citizen of Los Fresnos, Cameron County, Texas.

406.    Plaintiff Marco A Garcia is a resident and citizen of Brownsville, Cameron County, Texas.

407.    Plaintiff Raul L Garcia is a resident and citizen of Brownsville, Cameron County, Texas.

408.    Plaintiff Roberto Cabrera Garcia is a resident and citizen of Brownsville, Cameron County, Texas.

409.    Plaintiff Ubaldo Garcia is a resident and citizen of Palacios, Matagorda County, Texas.

410.    Plaintiff Tomas Antonio Garcia Cobos is a resident and citizen of Brownsville, Cameron County, Texas.

411.    Plaintiff Jose Angel Garza Lopez is a resident and citizen of Brownsville, Cameron County, Texas.

412.    Plaintiff jose Angel Garza Olguin is a resident and citizen of Brownsville, Cameron County, Texas.

413.    Plaintiff Jose M Garza is a resident and citizen of Brownsville, Cameron County, Texas.

414.    Plaintiff J. Luis Gasca is a resident and citizen of Brownsville, Cameron County, Texas.

415.    Plaintiff Gemita Inc. is a Texas corporation doing business in Los Fresnos, Cameron County, Texas

416.    Plaintiff Nam Giang is a resident and citizen of Port Isabel, Cameron County, Texas.

417.    Plaintiff Yen Giang is a resident and citizen of Biloxi, Harrison County, Mississippi.

418.    Plaintiff David Ellis Gibson is a resident and citizen of Brownsville, Cameron County, Texas.

419.    Plaintiff Marcelino Gil Sanchez is a resident and citizen of Port Isabel, Cameron County, Texas.

420.    Plaintiff Global Investments Inc. is a Texas Corporation doing business in Port Arthur, Port Arthur County, Texas.

421.    Plaintiff Golden Dragon of Sea, Inc is a Alabama corporation doing business in Mobile, Mobile County, Alabama.

422.    Plaintiff Gollott Trawlers, LLC is a Mississippi corporation doing business in Ocean Spring, Jackson County, Mississippi.

423.    Plaintiff Wally Gollott is a resident and citizen of Ocean Springs, Jackson County, Mississippi.

424.    Plaintiff Benjamin Gomez is a resident and citizen of Port Isabel, Cameron County, Texas.

425.    Plaintiff Alejandro Gomez is a resident and citizen of Brownsville, Cameron County, Texas.

426.    Plaintiff Fausto Gomez is a resident and citizen of Brownsville, Cameron County, Texas.

427.    Plaintiff Juan Gomez is a resident and citizen of Olmito, Cameron County, Texas.

428.    Plaintiff Roman Gonzalez Lizard is a resident and citizen of Empire, Plaquemines Parish County, Louisiana.

429.    Plaintiff David J. Gonzalez is a resident and citizen of Palacios, Matagorda County, Texas.

430.    Plaintiff Jose Isalas Gonzalez Alferez is a resident and citizen of Galveston, Galveston County, Texas.

431. Plaintiff Silvestre Gonzalez Hernandez is a resident and citizen of Brownsville, Cameron County, Texas.

432. Plaintiff Rafael Gonzalez Silvan is a resident and citizen of Brownsville, Cameron County, Texas.

433. Plaintiff Emiliano Gonzalez Toral is a resident and citizen of Los Fresnos, Cameron County, Texas.

434. Plaintiff Enrique Gonzalez is a resident and citizen of Los Fresnos, Cameron County, Texas.

435. Plaintiff Good Blessing, Inc.is a Texas corporation doing business in Brownsville, Cameron County, Texas.

436. Plaintiff Ramiro Gracia is a resident and citizen of Los Fresnos, Cameron County, Texas.

437. Plaintiff Grinding Seafoods, Inc.is a Texas corporation doing business in Brownsville, Cameron County, Texas.

438. Plaintiff Isidoro Pizana Guerra is a resident and citizen of Brownsville, Cameron County, Texas.

439. Plaintiff Jose Enrique Guillen is a resident and citizen of Brownsville, Cameron County, Texas.

440. Plaintiff Gulf Challenger, LLC is a Texas corporation doing business in Galveston, Galveston County, Texas.

441. Plaintiff Gulf Coast Harvest, Inc. is a Texas corporation doing business in League City, Galveston County, Texas.

442. Plaintiff Gulf Finest Investment Co. is a Texas corporation doing business in Port Arthur, Jefferson County, Texas.

443. Plaintiff Gulf Fresh Seafood, LLC is a Mississippi corporation doing business in Gulfport, Harrison County, Mississippi.

444. Plaintiff Gulf Pride Enterprise is a Mississippi corporation doing business in Ocean Spring, Jackson County, Alabama.

445. Plaintiff Gulf Quality Seafood is a Texas corporation doing business in Brownsville, Cameron County, Texas.

446. Plaintiff Gulf Shrimp, LLC. is a Texas corporation doing business in Dickerson, Galveston County, Texas.

447. Plaintiff Alejandro Gutierrez is a resident and citizen of Galveston, Galveston County, Texas.

448. Plaintiff Anna Patricia Gutierrez is a resident and citizen of Galveston, Galveston County, Texas.

449. Plaintiff Maria De Lourdes Gutierrez is a resident and citizen of Galveston, Galveston County, Texas.

450. Plaintiff Juan Gerardo Gutierrez is a resident and citizen of Galveston, Galveston County, Texas.

451. Plaintiff H Tran LLC is a Texas corporation doing business in Houston, Harris County, Texas.

452.     Plaintiff H&N Seafarer is a Texas corporation doing business in Katy, Harris County, Texas.

453.     Plaintiff Scott Nguyen is a resident and citizen of Nederland, Jefferson County, Texas.

454.     Plaintiff Ha Xe is a resident and citizen of Port Neches, Jefferson County, Texas.

455.     Plaintiff Dat Ha is a resident and citizen of Houston, Harris County, Texas.

456.     Plaintiff Dung Ha is a resident and citizen of Richmond, Fort Bend County, Texas.

457.     Plaintiff Day Ha is a resident and citizen of Houston, Harris County, Texas.

458.     Plaintiff Hien Thi Ha is a resident and citizen of Port Neches, Jefferson County, Texas.

459.     Plaintiff Hoang Duy Ha is a resident and citizen of Houston, Harris County, Texas.

460.     Plaintiff Hoang Thanh Ha is a resident and citizen of Biloxi, Harrison County, Mississippi.

461.     Plaintiff Hung Van Ha is a resident and citizen of Biloxi, Harrison County, Mississippi.

462.     Plaintiff Hung Van Ha is a resident and citizen of Houston, Harris County, Texas.

463.     Plaintiff Ut Ha is a resident and citizen of Orange, Orange County, Texas.

464.     Plaintiff Xieu Hais is a resident and citizen of Gulfport, Harrison County, Mississippi.

465.     Plaintiff Linh T. Ha is a resident and citizen of Abbeville, Vermilion Parish County, Louisiana.

466.     Plaintiff Andrea Lee Hance is a resident and citizen of San Benito, Matagorda County, Texas.

467.     Plaintiff Preston hance is a resident and citizen of San Benito, Matagorda County, Texas.

468.     Plaintiff Hoa Van Nguyens is a resident and citizen of League City, League City County, Texas.

469.     Plaintiff Long Heang is a resident and citizen of Theodore, Mobile County, Alabama.

470.     Plaintiff Hermosa Cruz LLC is a Texas corporation doing business in Brownsville, Cameron County, Texas.

471.     Plaintiff Jose Guadalupe Hermosillo is a resident and citizen of Brownsville, Cameron County, Texas.

472.     Plaintiff Hernandez Diesel Service, Inc. is a Texas corporation doing business in, Port Isabel, Cameron County, Texas.

473.     Plaintiff Alberto Hernandez is a resident and citizen of Brownsville, Cameron County, Texas.

474.     Plaintiff Enoc Hernandez is a resident and citizen of Brownsville, Cameron County, Texas.

475.     Plaintiff Rey David Hernandez is a resident and citizen of San Benito, Matagorda County, Texas.

476.     Plaintiff Hector Hernandez is a resident and citizen of Brownsville, Cameron County, Texas.

477. Plaintiff Aaron Jacob Hernandez is a resident and citizen of Laguna Heights, Cameron County, Texas.

478. Plaintiff Arthur Hernandez is a resident and citizen of Port Isabel, Cameron County, Texas.

479. Plaintiff David Hernandez is a resident and citizen of San Benito, Matagorda County, Texas.

480. Plaintiff Eleazar Hernandez is a resident and citizen of Brownsville, Cameron County, Texas.

481. Plaintiff Esau Hernandez is a resident and citizen of Brownsville, Cameron County, Texas.

482. Plaintiff Felipe Hernandez is a resident and citizen of Brownsville, Cameron County, Texas.

483. Plaintiff Francisco Hernandez is a resident and citizen of Brownsville, Cameron County, Texas.

484. Plaintiff Isaac Hernandez is a resident and citizen of Port Isabel, Cameron County, Texas.

485. Plaintiff Javier Orduna Hernandez is a resident and citizen of Los Fresnos, Cameron County, Texas.

486. Plaintiff Francisco Javier Morales Garcia is a resident and citizen of Brownsville, Cameron County, Texas.

487. Plaintiff Jose Felipe Hernandez is a resident and citizen of Brownsville, Cameron County, Texas.

488. Plaintiff Juan C. Hernandez is a resident and citizen of Larose, Fort Bend County, Texas.

489. Plaintiff Martin Gomez Hernandez is a resident and citizen of Brownsville, Cameron County, Texas.

490. Plaintiff Petronila Hernandez is a resident and citizen of Los Fresnos, Cameron County, Texas.

491. Plaintiff Santos Damien Hernandez is a resident and citizen of Brownsville, Cameron County, Texas.

492. Plaintiff Ruben Hernandez is a resident and citizen of Edinburg, Hidalgo County, Texas.

493. Plaintiff Juan E. Herrera is a resident and citizen of Los Fresnos, Cameron County, Texas.

494. Plaintiff Luis F. Herrera is a resident and citizen of Los Fresnos, Cameron County, Texas.

495. Plaintiff HHH&T, LLC is a Texas corporation doing business in Groves, Jefferson County, Texas

496. Plaintiff Chau Hi is a resident and citizen of Port Arthur, Jefferson County, Texas.

497. Plaintiff Hien Corporation is a Texas corporation doing business in Houston, Harris County, Texas.

498. Plaintiff Javier Hinojosa is a Texas corporation doing business in Brownsville, Cameron County, Texas.

499.    Plaintiff Buong Thi Ho is a resident and citizen of Bridge City, Orange County, Texas.

500.    Plaintiff Cuc Van Ho is a resident and citizen of Bridge City, Orange County, Texas.

501.    Plaintiff Duc Hoang Ho is a resident and citizen of Houston, Harris County, Texas.

502.    Plaintiff Hai Thanh Ho is a resident and citizen of Houston, Harris County, Texas.

503.    Plaintiff Hong Ngoc Thi Ho is a resident and citizen of Bridge City, Orange County, Texas.

504.    Plaintiff Hung Ho is a resident and citizen of Port Arthur, Jefferson County, Texas.

505.    Plaintiff Khuong Minh Ho is a resident and citizen of Bacliff, Galveston County, Texas.

506.    Plaintiff Lac van Ho is a resident and citizen of Houston, Harris County, Texas.

507.    Plaintiff Loan Thi Kim Ho is a resident and citizen of Bacliff, Galveston County, Texas.

508.    Plaintiff Loc Bao Ho is a resident and citizen of Houston, Harris County, Texas.

509.    Plaintiff Quy Van Ho is a resident and citizen of Bridge City, Orange County, Texas.

510.    Plaintiff Thuy Cam Ho is a resident and citizen of Biloxi, Harrison County, Mississippi.

511.    Plaintiff Tien Van ho is a resident and citizen of New Iberia, Iberia Parash County, Louisiana.

512.    Plaintiff Tanh Bui Tin Ho is a resident and citizen of New Iberia, Iberia Parash County, Louisiana.

513.    Plaintiff Trung Van Ho is a resident and citizen of Lafayette, Lafayette Parish County, Louisiana.

514.    Plaintiff Trung Ho is a resident and citizen of Beaumont, Jefferson County, Texas.

515.    Plaintiff Anh Ngoc Hoang is a resident and citizen of Nederland, Jefferson County, Texas.

516.    Plaintiff Cao Van Hoang is a resident and citizen of Palacios, Matagorda County, Texas.

517.    Plaintiff Cuong Xuan Hoang is a resident and citizen of Beaumont, Jefferson County, Texas.

518.    Plaintiff Dach Hoang is a resident and citizen of Port Arthur, Jefferson County, Texas.

519.    Plaintiff Diamond Hoang is a resident and citizen of Lafayette, Lafayette Parish County, Louisiana.

520.    Plaintiff Hoa Huu Hoang is a resident and citizen of Houston, Harris County, Texas.

521.    Plaintiff Huong Thanh Thi Hoang is a resident and citizen of Pearland, Brazoria County, Texas.

522.    Plaintiff John Hoang is a resident and citizen of Houston, Harris County, Texas.

523.    Plaintiff Julie Hoang is a resident and citizen of Houston, Harris County, Texas.

524.    Plaintiff Lap Hoang is a resident and citizen of Beaumont, Jefferson County, Texas.

525.      Plaintiff Loc Van Hoang is a resident and citizen of Gretna, Jefferson Parish County, Louisiana.

526.      Plaintiff Loi Tan Hoang is a resident and citizen of Dickerson, Galveston County, Texas.

527.      Plaintiff Marilyn Dung Hoang is a resident and citizen of League City, League City County, Texas.

528.      Plaintiff Ngoc Minh Hoang is a resident and citizen of Fulton, Aransas County, Texas.

529.      Plaintiff Nhan Van Hoang is a resident and citizen of Sea Drift, Calhoun County, Texas.

530.      Plaintiff Phuc Xuan Hoang is a resident and citizen of Port Arthur, Jefferson County, Texas.

531.      Plaintiff San Ngoc Hoang is a resident and citizen of Port Arthur, Jefferson County, Texas.

532.      Plaintiff Sanh Kim Hoang is a resident and citizen of Biloxi, Harrison County, Mississippi.

533.      Plaintiff Thai Nguyen Hoang is a resident and citizen of Fulton, Aransas County, Texas.

534.      Plaintiff Thong Hoang is a resident and citizen of Nederland, Jefferson County, Texas.

535.      Plaintiff Tien Hoang is a resident and citizen of Fort Worth, Tarrant County, Texas.

536.      Plaintiff Tien S. Hoang is a resident and citizen of Houston, Harris County, Texas.

537.      Plaintiff Tina Hoang is a resident and citizen of Brownsville, Cameron County, Texas.

538.      Plaintiff Tommy Chuong Hoang is a resident and citizen of Port Arthur, Jefferson County, Texas.

539.      Plaintiff Xuan Hoang is a resident and citizen of Houston, Harris County, Texas.

540.      Plaintiff Holy Spirit Trawler, Inc.is a Texas corporation doing business in Brownsville, Cameron County, Texas.

541.      Plaintiff Hondumex Enterprise, Inc. is a Texas corporation doing business in, Los Fresnos, Cameron County, Texas.

542.      Plaintiff Hongri Inc. is a Texas corporation doing business in Brownsville, Cameron County, Texas.

543.      Plaintiff HR & LN Corporation is a Texas corporation doing business in Houston, Harris County, Texas.

544.      Plaintiff Thanh Hua is a resident and citizen of Houston, Harris County, Texas.

545.      Plaintiff Humble Servant, Inc.is a Texas corporation doing business in Brownsville, Cameron County, Texas.

546.      Plaintiff Jefferson Hunter is a resident and citizen of Plam Bay, Brevard County, Florida.

547.      Plaintiff Justin Hunt is a resident and citizen of Harlingen, Cameron County, Texas.

548.      Plaintiff Guadalupe Hurtado is a resident and citizen of Palacios, Matagorda County, Texas.

549.     Plaintiff Juan Rafael Hurtado is a resident and citizen of Palacios, Matagorda County, Texas.

550.     Plaintiff Hien Phi Vo is a resident and citizen of El Campo, Wharton County, Texas.

551.     Plaintiff Trung Huynh is a resident and citizen of Biloxi, Harrison County, Mississippi.

552.     Plaintiff An Phu Huynh is a resident and citizen of Houston, Harris County, Texas.

553.     Plaintiff Andy Hai Huynh is a resident and citizen of Galveston, Galveston County, Texas.

554.     Plaintiff Bach Tuyet Huynh is a resident and citizen of Channelview, Harris County, Texas.

555.     Plaintiff Cathy N Huynh is a resident and citizen of Galveston, Galveston County, Texas.

556.     Plaintiff Diem Huynh is a resident and citizen of Anahuac, Chambers County, Texas.

557.     Plaintiff Donovan Huynh is a resident and citizen of Stafford, Fort Bend County, Texas.

558.     Plaintiff Giang Thanh Huynh is a resident and citizen of Abbeville, Vermilion Parish County, Louisiana.

559.     Plaintiff Hai Van Huynh is a resident and citizen of Orange, Orange County, Texas.

560.     Plaintiff Hai Van Huynh is a resident and citizen of Abbeville, Vermilion Parish County, Louisiana.

561.     Plaintiff Minh Van Huynh is a resident and citizen of Anahuac, Chambers County, Texas.

562.     Plaintiff Hau Van Huynh is a resident and citizen of Missouri City, Fort Bend County, Texas.

563.     Plaintiff Hau Huynh is a resident and citizen of Dickerson, Galveston County, Texas.

564.     Plaintiff Hoa Thi Huynh is a resident and citizen of Bridge City, Orange County, Texas.

565.     Plaintiff Hoa Van Huynh is a resident and citizen of Houston, Harris County, Texas.

566.     Plaintiff Huong My Huynh is a resident and citizen of Anahuac, Chambers County, Texas.

567.     Plaintiff Huong Thi Huynh is a resident and citizen of Bridge City, Orange County, Texas.

568.     Plaintiff Jim Kha Huynh is a resident and citizen of Houston, Harris County, Texas.

569.     Plaintiff Johnny Hiep Huynh is a resident and citizen of Dickerson, Galveston County, Texas.

570.     Plaintiff La Thi Huynh is a resident and citizen of Friendswood, Friendswood County, Texas.

571.     Plaintiff Lam Huynh is a resident and citizen of Anahuac, Chambers County, Texas.

572.     Plaintiff Lang Van Huynh is a resident and citizen of Galveston, Galveston County, Texas.

573.	Plaintiff Linh Vu Huynh is a resident and citizen of Bacliff, Galveston County, Texas.

574.	Plaintiff Lisa Lu Huynh is a resident and citizen of New Iberia, Iberia Parash County, Louisiana.

575.	Plaintiff Loan Thi Huynh is a resident and citizen of Houston, Harris County, Texas.

576.	Plaintiff Loc Xuan Huynh is a resident and citizen of Pasadena, Harris County, Texas.

577.	Plaintiff Mai Huynh is a resident and citizen of Dickerson, Galveston County, Texas.

578.	Plaintiff Minh Huu Huynh is a resident and citizen of Irvington, Mobile County, Texas.

579.	Plaintiff Minh Van Huynh is a resident and citizen of Anahuac, Chambers County, Texas.

580.	Plaintiff My Quang Huynh is a resident and citizen of Fulton, Aransas County, Texas.

581.	Plaintiff Nga Thi Huynh is a resident and citizen of Bacliff, Galveston County, Texas.

582.	Plaintiff Nhien Van Huynh is a resident and citizen of Port Arthur, Jefferson County, Texas.

583.	Plaintiff Nhuom Thi Huynh is a resident and citizen of D'Ibervilles, Harrison County, Mississippi.

584.	Plaintiff Phuc Ngoc Huynh is a resident and citizen of Rosenburg, Fort Bend County, Texas.

585.	Plaintiff Phuoc Van Huynh is a resident and citizen of Groves, Jefferson County, Texas.

586.	Plaintiff Sang Van Huynh is a resident and citizen of D'Ibervilles, Harrison County, Mississippi.

587.	Plaintiff Tai Huynh is a resident and citizen of Biloxi, Harrison County, Mississippi.

588.	Plaintiff Tam Kim Huynh is a resident and citizen of Houston, Harris County, Texas.

589.	Plaintiff Tan Huynh is a resident and citizen of Port Arthur, Jefferson County, Texas.

590.	Plaintiff Ted Hung Huynh is a resident and citizen of New Iberia, Iberia Parash County, Louisiana.

591.	Plaintiff Tham T Huynh is a resident and citizen of Dickerson, Galveston County, Texas.

592.	Plaintiff Thanh N Huynh is a resident and citizen of Dickerson, Galveston County, Texas.

593.	Plaintiff Thu Van Huynh is a resident and citizen of Houston, Harris County, Texas.

594.	Plaintiff Thuong Thi Huynh is a resident and citizen of Biloxi, Harrison County, Mississippi.

595.    Plaintiff Thuy Hong Thi Huynh is a resident and citizen of Gretna, Jefferson Parish County, Louisiana.

596.    Plaintiff Thuy Ngoc Thi Huynh is a resident and citizen of Houston, Harris County, Texas.

597.    Plaintiff Tony Son Huynhi is a resident and citizen of League City, League City County, Texas.

598.    Plaintiff Tony Huynh is a resident and citizen of Dickerson, Galveston County, Texas.

599.    Plaintiff Trinh Huynh is a resident and citizen of Waveland, Hancock County, Mississippi.

600.    Plaintiff Truong Thi Huynh is a resident and citizen of Bacliff, Galveston County, Texas.

601.    Plaintiff Truong Van Huynh is a resident and citizen of Houston, Harris County, Texas.

602.    Plaintiff Tuem Huynh is a resident and citizen of Fulton, Aransas County, Texas.

603.    Plaintiff Tuyet Huynh is a resident and citizen of Anahuac, Chambers County, Texas.

604.    Plaintiff Ut Hoang Huynh is a resident and citizen of New Iberia, Iberia Parash County, Louisiana.

605.    Plaintiff I.B. Double Inc.is a Texas corporation doing business in Pearland, Brazoria County, Texas.

606.    Plaintiff Hongri Inc.is a Texas corporation doing business in Brownsville, Cameron County, Texas.

607.    Plaintiff Tinh Tran is a resident and citizen of Abbeville, Vermilion Parish County, Louisiana.

608.    Plaintiff Thom Thi Le Tu Le is a resident and citizen of Long beach, Harrison County, Mississippi.

609.    Plaintiff J&J Elite LLC. is a Texas corporation doing business in Port Arthur, Jefferson County, Texas.

610.    Plaintiff Mariana Garcia is a resident and citizen of Brownsville, Cameron County, Texas.

611.    Plaintiff J M P Trawlers, Inc is a Texas corporation doing business in Olmito, Cameron County, Texas.

612.    Plaintiff JW Blume Inc is a Texas corporation doing business in Winnie, Chambers County, Texas.

613.    Plaintiff JD Land Co Inc.is a Texas corporation doing business in Brownsville, Cameron County, Texas.

614.    Plaintiff J&N Marine LLC is a Texas corporation doing business in Nederland, Jefferson County, Texas.

615.    Plaintiff Michael S. Jack is a resident and citizen of Rockport, Aransas County, Texas.

616.    Plaintiff Viet Tien Ly is a resident and citizen of Port Neches, Jefferson County, Texas.

617. Plaintiff James D.Q. Inc is a Texas Corporation doing business in Beaumont Jefferson County, Texas.

618. Plaintiff Jose Guadalupe Jasso Osornio is a resident and citizen of Bacliff, Galveston County, Texas.

619. Plaintiff Kerry William Jeffries is a resident and citizen of Brownsville, Cameron County, Texas.

620. Plaintiff Jennifer Le Seafood, is a Texas corporation doing business in Biloxi, Harrison County, Texas.

621. Plaintiff Jessica Ann Inc. is a Texas corporation doing business in, Brownsville, Cameron County, Texas.

622. Plaintiff Alfred Aparicio Gustavo Jimenez Avila is a resident and citizen of Palacios, Matagorda County, Texas.

623. Plaintiff Sergio Jimenez Cantero is a resident and citizen of Brownsville, Cameron County, Texas.

624. Plaintiff Narcizo Jimenez Lopez Avila is a resident and citizen of Palacios, Matagorda County, Texas.

625. Plaintiff Maria Dolores Jimenez Torres is a resident and citizen of Palacios, Matagorda County, Texas.

626. Plaintiff Jose D Jimenez is a resident and citizen of Palacios, Matagorda County, Texas.

627. Plaintiff Maria Josefina Jimenez is a resident and citizen of Bacliff, Galveston County, Texas.

628. Plaintiff Ruben Perez Jimenez is a resident and citizen of Bacliff, Galveston County, Texas.

629. Plaintiff John & Julie, Inc. is a Texas corporation doing business in Houston, Harris County, Texas.

630. Plaintiff Johnny Le Marine, LLC is a Texas Corporation doing business in Port Neches, Jefferson County, Texas.

631. Plaintiff Queenie Johnston is a resident and citizen of Marrero, Jefferson Parish County, Louisiana.

632. Plaintiff Ronald Johnston is a resident and citizen of Marrero, Jefferson Parish County, Louisiana.

633. Plaintiff Joya Cruz, LLC is a Texas corporation doing business in, Brownsville, Cameron County, Texas.

634. Plaintiff JPMML LLC is a Texas Corporation doing business in Port Arthur, Port Arthur County, Texas.

635. Plaintiff JTT Interests LLC. is a Texas corporation doing business in Dickerson, Galveston County, Texas.

636. Plaintiff Arturo Avila Juarez is a resident and citizen of Brownsville, Cameron County, Texas.

637. Plaintiff Justaminute Corp Inc. is a Texas corporation doing business in, Brownsville, Cameron County, Texas.

638.      Plaintiff K&C Seafood is a Texas corporation doing business in **Channelview**, Harris County, Texas.

639.      Plaintiff K&D Marine, LLC is a Texas corporation doing business in Nederland, Jefferson County, Texas.

640.      Plaintiff Mei Jong Kao is a resident and citizen of Sugarland, Fort Bend County, Texas.

641.      Plaintiff Kelly Marie, Inc is a Texas corporation doing business in Port Lavaca, Calhoun County, Texas.

642.      Plaintiff Kenneth Thanh Tuan, LLC is a Texas corporation doing business in League City, Galveston County, Texas.

643.      Plaintiff Kevin Rico, LLC is a Texas Corporation doing business in Port Arthur, Port Arthur County, Texas.

644.      Plaintiff An Kha is a resident and citizen of Houston, Harris County, Texas.

645.      Plaintiff Lannie Khuong is a resident and citizen of Lafayette, Lafayette Parish County, Louisiana.

646.      Plaintiff Kien Giang, LLC is a Alabama corporation doing business in Ocean Spring, Jackson County, Alabama.

647.      Plaintiff Kiko Trawlers, LLC is a Texas corporation doing business in Brownsville, Cameron County, Texas.

648.      Plaintiff Cui Kim is a resident and citizen of Rockport, Aransas County, Texas.

649.      Plaintiff Cuong Kim is a resident and citizen of Channelview, Harris County, Texas.

650.      Plaintiff Steve Kloak is a resident and citizen of Port Isabel, Cameron County, Texas.

651.      Plaintiff KLV Corporation is a Mississippi corporation doing business in Biloxi, Harrison County, Mississippi.

652.      Plaintiff L&C Marine, LLC is a Texas corporation doing business in Nederland, Jefferson County, Texas.

653.      Plaintiff L&L Crab wholesale LLC is a Texas corporation doing business in New Iberia, Iberia Parash County, Louisiana.

654.      Plaintiff L&T Inc. is a Texas corporation doing business in Palacios, Matagorda County, Texas.

655.      Plaintiff Hanh La is a resident and citizen of Abbeville, Vermilion Parish County, Louisiana.

656.      Plaintiff La Reta, Inc. is a Texas corporation doing business in Brownsville, Cameron County, Texas.

657.      Plaintiff La Wera Inc. is a Texas corporation doing business in, los Fresnos, Cameron County, Texas.

658.      Plaintiff Tam Thi La is a resident and citizen of Palacios, Matagorda County, Texas.

659.      Plaintiff Labor and Prosper Inc. is a Texas corporation doing business in Brownsville, Cameron County, Texas.

660.      Plaintiff Nhan Hong Thi Lac is a resident and citizen of Biloxi, Harrison County, Mississippi.

661.     Plaintiff Ladk Marine LLC is a Texas corporation doing business in Nederland, Jefferson County, Texas.

662.     Plaintiff Lady Alison, LLC is a Alabama corporation doing business in Theodore, Mobile County, Alabama.

663.     Plaintiff Lady Agnes II, LLC. is a Texas corporation doing business in Dickerson, Galveston County, Texas.

664.     Plaintiff Lady Aubrianna, LLC is a Texas corporation doing business in, Port Isabel, Cameron County, Texas.

665.     Plaintiff Lady Cathy LLC is a Texas corporation doing business in Galveston, Galveston County, Louisiana.

666.     Plaintiff Lady Gillian LLC is a Alabama corporation doing business in Theodore, Mobile County, Alabama.

667.     Plaintiff Lady Jennie, LLC is a Alabama corporation doing business in Theodore, Mobile County, Alabama.

668.     Plaintiff Lady Lily, LLC is a Alabama corporation doing business in Theodore, Mobile County, Alabama.

669.     Plaintiff Lady Lisa, Inc. is a Texas corporation doing business in, Port Isabel, Cameron County, Texas.

670.     Plaintiff lady Madison LLC is a Alabama corporation doing business in Theodore, Mobile County, Alabama.

671.     Plaintiff Lady Makaela, LLC is a Alabama corporation doing business in Theodore, Mobile County, Alabama.

672.     Plaintiff lady Margie Inc. is a Texas corporation doing business in, Port Isabel, Cameron County, Texas.

673.     Plaintiff Lady Robin Inc. is a Texas corporation doing business in Brownsville, Cameron County, Texas.

674.     Plaintiff lady Snow, Inc. is a Texas corporation doing business in Nederland, Jefferson County, Texas.

675.     Plaintiff Lady Tina Inc. is a Texas corporation doing business in Houston, Harris County, Texas.

676.     Plaintiff Lady Toni, Inc. is a Texas corporation doing business in Palacios, Matagorda County, Texas.

677.     Plaintiff Dung Van Lai is a resident and citizen of San Leon, Galveston County, Texas.

678.     Plaintiff is a resident and citizen of Rosharon, Brazoria County, Texas.

679.     Plaintiff Thuong Do Lai is a resident and citizen of Brownsville, Cameron County, Texas.

680.     Plaintiff Thang Van Lai is a resident and citizen of Perry, Vermilion Parish County, Louisiana.

681.     Plaintiff Trang Lai is a resident and citizen of Palacios, Matagorda County, Texas.

682.     Plaintiff Ly Thi Lam is a resident and citizen of Rockport, Aransas County, Texas.

683.     Plaintiff Bay Van Lam is a resident and citizen of Manvel, Brazoria County, Texas.

684. Plaintiff Christina Lam is a resident and citizen of New York, New York County, New York.

685. Plaintiff Danny Lam is a resident and citizen of New Iberia, Iberia Parash County, Louisiana.

686. Plaintiff Diem Lam is a resident and citizen of Biloxi, Harrison County, Mississippi.

687. Plaintiff Eric Lam is a resident and citizen of Houston, Harris County, Texas.

688. Plaintiff Hiep Lam is a resident and citizen of Palacios, Matagorda County, Texas.

689. Plaintiff Hon Lam is a resident and citizen of Victoria, Victoria County, Texas.

690. Plaintiff Loi Buu Lam is a resident and citizen of Biloxi, Harrison County, Mississippi.

691. Plaintiff My Van Lam is a resident and citizen of Pasadena, Harris County, Texas.

692. Plaintiff Nam Van Lam is a resident and citizen of Mobile, Mobile County, Alabama.

693. Plaintiff Nhat Lam is a resident and citizen of Rosharon, Brazoria County, Texas.

694. Plaintiff Phuong Thanh Lam is a resident and citizen of Pasadena, Harris County, Texas.

695. Plaintiff Phuong Lam is a resident and citizen of Nederland, Jefferson County, Texas

696. Plaintiff Trung Van Lam is a resident and citizen of Kaplan, Vermilion Parish County, Louisiana

697. Plaintiff Xuan Van Lam is a resident and citizen of Houston, Harris County, Texas

698. Plaintiff Lancero, Inc is a Texas corporation doing business in, Brownsville, Cameron County, Texas

699. Plaintiff Francisco Landa Zamora is a resident and citizen of Port Isabel, Cameron County, Texas

700. Plaintiff Lang Huynh Inc. is a Texas corporation doing business in Kemah, Galveston County, Louisiana

701. Plaintiff Jessica Lang is a resident and citizen of Dickerson, Galveston County, Texas

702. Plaintiff Daniel Lanuza is a resident and citizen of Houston, Harris County, Texas

703. Plaintiff Denis Rene Lanuza is a resident and citizen of Houston, Harris County, Texas

704. Plaintiff Juana Araceli Lanuza is a resident and citizen of Houston, Harris County, Texas

705. Plaintiff Agustin Lara Flores is a resident and citizen of Port Lavaca, Calhoun County, Texas

706. Plaintiff Pablo Lara is a resident and citizen of Brownsville, Cameron County, Texas

707. Plaintiff Emily T. Le is a resident and citizen of Rockport, Aransas County, Texas

708. Plaintiff Le Family I, LLC is a Mississippi corporation doing business in Biloxi, Harrison County, Mississippi

709.     Plaintiff Le Family II, LLC is a Mississippi corporation doing business in Biloxi, Harrison County, Mississippi

710.     Plaintiff No Tan Le is a resident and citizen of Ocean Springs, Jackson County, Mississippi

711.     Plaintiff Aaron Hoang Le is a resident and citizen of Lafayette, Lafayette Parish County, Louisiana

712.     Plaintiff Amy le is a resident and citizen of Panama City, Bay County, Florida

713.     Plaintiff Angel Le is a resident and citizen of Pearland, Brazoria County, Texas

714.     Plaintiff Anh Hoa Le is a resident and citizen of Bridge City, Orange County, Texas

715.     Plaintiff Anh Tho Le is a resident and citizen of Rosenburg, Fort Bend County, Texas

716.     Plaintiff Anh Trong le is a resident and citizen of Birmingham Jefferson County, Alabama

717.     Plaintiff Banh Van leis a resident and citizen of Port Arthur, Jefferson County, Texas

718.     Plaintiff Bao Thy Thi Le is a resident and citizen of Chalmette, St. Bernard Prish County, Louisiana

719.     Plaintiff Bau Van Le is a resident and citizen of Biloxi, Harrison County, Mississippi

720.     Plaintiff Biet Thi Le is a resident and citizen of Bridge City, Orange County, Texas

721.     Plaintiff Bill Viet Le is a resident and citizen of Los Fresnos, Cameron County, Texas

722.     Plaintiff Billy Thuong Le is a resident and citizen of Gretna, Jefferson Parish County, Louisiana

723.     Plaintiff Chia Van Le is a resident and citizen of Panama City, Bay County, Florida

724.     Plaintiff Chin Van Le is a resident and citizen of Port Arthur, Jefferson County, Texas

725.     Plaintiff Cuong Thanh Le is a resident and citizen of Houston, Harris County, Texas

726.     Plaintiff Cuong Van Leis a resident and citizen of Grant, Marshall County, Alabama

727.     Plaintiff David Le is a resident and citizen of Port Arthur, Jefferson County, Texas

728.     Plaintiff Di Van leis a resident and citizen of Vacherie, St. James Parish County, Louisiana

729.     Plaintiff Diem Ngoc Thi Le is a resident and citizen of Friendswood, Friendswood County, Texas

730.     Plaintiff Diem Thi Le is a resident and citizen of Dickerson, Galveston County, Texas

731.     Plaintiff Diem Thong Le is a resident and citizen of Gretna, Jefferson Parish County, Louisiana

732.     Plaintiff Dieu T. Le is a resident and citizen of Dickerson, Galveston County, Texas

733.     Plaintiff Don Hung Le is a resident and citizen of Humble, Harris County, Texas

734.     Plaintiff Duan Ke is a resident and citizen of Houston, Harris County, Texas

735.     Plaintiff Duc Van le is a resident and citizen of Pass Christian , Harrison County, Mississippi

736.     Plaintiff Duc Van Le is a resident and citizen of Port Arthur, Jefferson County, Texas

737.     Plaintiff Dung Le is a resident and citizen of Houston, Harris County, Texas

738.     Plaintiff Dung Thi Le is a resident and citizen of Richmond, Fort Bend County, Texas

739.     Plaintiff Dung Van Le is a resident and citizen of Richmond, Fort Bend County, Texas

740.     Plaintiff Duoc Nguyen Le is a resident and citizen of Groves, Jefferson County, Texas

741.     Plaintiff Elvis Con Le is a resident and citizen of Port Arthur, Jefferson County, Texas

742.     Plaintiff Hai Phuoc Le is a resident and citizen of Sugarland, Fort Bend County, Texas

743.     Plaintiff Hai Van Le is a resident and citizen of Biloxi, Harrison County, Mississippi

744.     Plaintiff Hai Le is a resident and citizen of Port Arthur, Jefferson County, Texas

745.     Plaintiff Hien Le is a resident and citizen of Fulton, Aransas County, Texas

746.     Plaintiff Hoa Ngoc Le is a resident and citizen of Dickerson, Galveston County, Texas

747.     Plaintiff Hoa Thanh Le is a resident and citizen of Katy, Harris County, Texas

748.     Plaintiff Hoang Anh Le is a resident and citizen of Pensacola, Escambia County, Florida

749.     Plaintiff Honag Van Le is a resident and citizen of Buras, Plaquemines Parish County, Louisiana

750.     Plaintiff Hoang Yen Le is a resident and citizen of Port Arthur, Jefferson County, Texas

751.     Plaintiff Hue Ngoc Le is a resident and citizen of Dickerson, Galveston County, Texas

752.     Plaintiff Hue Thi Le is a resident and citizen of Houston, Harris County, Texas

753.     Plaintiff Hung Cong Le is a resident and citizen of Pass Christian , Harrison County, Mississippi

754.     Plaintiff Hung Quang Le is a resident and citizen of Houston, Harris County, Texas

755.     Plaintiff Hung Le is a resident and citizen of Houston, Harris County, Texas

756.     Plaintiff Huu Thi Le is a resident and citizen of Buras, Plaquemines Parish County, Louisiana

757.     Plaintiff Jasmine leis a resident and citizen of Port Arthur, Jefferson County, Texas

758.     Plaintiff Jimmy Le is a resident and citizen of Biloxi, Harrison County, Mississippi

759.     Plaintiff Ajles, Inc is a Texas corporation doing business in, Panama City, Bay County, Florida

760.     Plaintiff John Quoc Le is a resident and citizen of Richmond, Fort Bend County, Texas

761.     Plaintiff Kent Hoa Le is a resident and citizen of St. Louis, Hancock County, Mississippi

762.     Plaintiff Kiet Thanh Le is a resident and citizen of Dickerson, Galveston County, Texas

763.     Plaintiff Lanh Thi Le is a resident and citizen of Biloxi, Harrison County, Mississippi

764.     Plaintiff Lary Dao Le is a resident and citizen of Port Neches, Jefferson County, Texas

765.     Plaintiff Liem Van Le is a resident and citizen of Pass Christian , Harrison County, Mississippi

766.     Plaintiff Lieu Ha Le is a resident and citizen of Bridge City, Orange County, Texas

767.     Plaintiff Linda H. Le is a resident and citizen of Friendswood, Friendswood County, Texas

768.     Plaintiff Linh Huu Le is a resident and citizen of Cut Off, Lafourche Parish County, Louisiana.

769.     Plaintiff Linh Le is a resident and citizen of Pensacola, Escambia County, Florida

770.     Plaintiff Loan Le is a resident and citizen of Dickerson, Galveston County, Texas

771.     Plaintiff Loan Kim Le is a resident and citizen of Port Arthur, Jefferson County, Texas

772.     Plaintiff Loc Van Le is a resident and citizen of New Iberia, Iberia Parash County, Louisiana

773.     Plaintiff Long Van Le is a resident and citizen of Port Neches, Jefferson County, Texas

774.     Plaintiff Ly Van Le is a resident and citizen of Houston, Harris County, Texas

775.     Plaintiff Mary A. Le is a resident and citizen of Port Lavaca, Calhoun County, Texas

776.     Plaintiff Mau Van is a resident and citizen of Katy, Harris County, Texas

777.     Plaintiff MilaLe is a resident and citizen of Biloxi, Harrison County, Mississippi

778.     Plaintiff Minh L. Le is a resident and citizen of Gretna, Jefferson Parish County, Louisiana

779.     Plaintiff Minh T. Le is a resident and citizen of Allen, Colllin County, Texas

780.     Plaintiff Minh van Le is a resident and citizen of Brownsville, Cameron County, Texas

781.     Plaintiff Minh Van Le is a resident and citizen of Port Neches, Jefferson County, Texas

782.     Plaintiff Muoi Thi Le is a resident and citizen of Houston, Harris County, Texas

783.     Plaintiff Nam Van Le is a resident and citizen of Palacios, Matagorda County, Texas

784.     Plaintiff Nghia Le is a resident and citizen of League City, League City County, Texas

785.     Plaintiff Nhan Le is a resident and citizen of Sugarland, Fort Bend County, Texas

786.     Plaintiff Nhat Van Le is a resident and citizen of Prattville, Autauga County, Alabama

787.     Plaintiff Paul Van Le is a resident and citizen of Waveland, Hancock County, Mississippi

788.     Plaintiff Phat Tan Le is a resident and citizen of Biloxi, Harrison County, Mississippi

789.     Plaintiff Phong Van Le is a resident and citizen of Biloxi, Harrison County, Mississippi

790.     Plaintiff Sylvia Anderson is a resident and citizen of Ocean Springs, Jackson County, Mississippi

791.     Plaintiff Quan Jr Le is a resident and citizen of Port Lavaca, Calhoun County, Texas

792.     Plaintiff Quan Van Le is a resident and citizen of Port Lavaca, Calhoun County, Texas

793.     Plaintiff Robert Le is a resident and citizen of Port Arthur, Jefferson County, Texas

794.     Plaintiff Rose Le is a resident and citizen of Houston, Harris County, Texas

795.     Plaintiff Sable Vi Anh Le is a resident and citizen of Houston, Harris County, Texas

796.     Plaintiff Sach Thi Le is a resident and citizen of Seabrook, Harris County, Texas

797.     Plaintiff Sanh Dixie Le is a resident and citizen of Port Arthur, Jefferson County, Texas

798.     Plaintiff Si Thi Le is a resident and citizen of Friendswood, Friendswood County, Texas

799.     Plaintiff Sieu Van Le is a resident and citizen of Pearland, Brazoria County, Texas

800.     Plaintiff Steven Tri Le is a resident and citizen of Port Arthur, Jefferson County, Texas

801.     Plaintiff Sy Le is a resident and citizen of Port Arthur, Jefferson County, Texas

802.     Plaintiff Tam Le is a resident and citizen of Houston, Harris County, Texas

803.     Plaintiff Tam Van Le is a resident and citizen of Houston, Harris County, Texas

804.     Plaintiff The My Thi Le is a resident and citizen of Port Arthur, Jefferson County, Texas

805.     Plaintiff Tho Van Le is a resident and citizen of Port Neches, Jefferson County, Texas

806.     Plaintiff Thom Le is a resident and citizen of Long beach, Harrison County, Mississippi

807.     Plaintiff Thu Mai Le is a resident and citizen of Rockport, Aransas County, Texas

808.     Plaintiff Thu Thi Le is a resident and citizen of Sugarland, Fort Bend County, Texas

809.     Plaintiff Thuan Van Le is a resident and citizen of Houston, Harris County, Texas

810.     Plaintiff Thuong Dinh Le is a resident and citizen of Port Arthur, Jefferson County, Texas

811.     Plaintiff Tien le is a resident and citizen of Port Arthur, Jefferson County, Texas

812.     Plaintiff Tom Le is a resident and citizen of Houston, Harris County, Texas

813.     Plaintiff Tommy Le is a resident and citizen of D'Ibervilles, Harrison County, Mississippi

814.     Plaintiff Tony M. Le is a resident and citizen of Biloxi, Harrison County, Mississippi

815.    Plaintiff Trai Quy Le is a resident and citizen of New Iberia, Iberia Parash County, Louisiana

816.    Plaintiff Trinh Mong Le is a resident and citizen of Biloxi, Harrison County, Mississippi

817.    Plaintiff Trinh Thi Le is a resident and citizen of Bacliff, Galveston County, Texas

818.    Plaintiff Troy Le is a resident and citizen of Palacios, Matagorda County, Texas

819.    Plaintiff TTu Thi Le is a resident and citizen of Gautier, Jackson County, Mississippi

820.    Plaintiff Tu Van Le is a resident and citizen of Long beach, Harrison County, Mississippi

821.    Plaintiff Tuan Le  is a resident and citizen of Houston, Harris County, Texas

822.    Plaintiff Ut Thi Le is a resident and citizen of Orange, Orange County, Texas

823.    Plaintiff Van Thi Le is a resident and citizen of Abbeville, Vermilion Parish County, Louisiana

824.    Plaintiff Xi Thi Le is a resident and citizen of League City, League City County, Texas

825.    Plaintiff Xuyen Le is a resident and citizen of Port Arthur, Jefferson County, Texas

826.    Plaintiff Miguel G. Leal is a resident and citizen of Brownsville, Cameron County, Texas

827.    Plaintiff Phung Lee is a resident and citizen of Houston, Harris County, Texas

828.    Plaintiff Hoa Thi Le - Huynh is a resident and citizen of Port Neches, Jefferson County, Texas

829.    Plaintiff Hy Thi Le- Nguyen is a resident and citizen of Port Neches, Jefferson County, Texas

830.    Plaintiff Fernando Jose Leyva is a resident and citizen of Dickerson, Galveston County, Texas

831.    Plaintiff Jose Leyva is a resident and citizen of Port Isabel, Cameron County, Texas

832.    Plaintiff Libertad Fisheries, Inc is a Texas corporation doing business in Brownsville, Cameron County, Texas

833.    Plaintiff Lighthouse Docks, Inc is a Texas corporation doing business in Brownsville, Cameron County, Texas

834.    Plaintiff Little Andrew Inc is a Texas corporation doing business in, Panama City, Bay County, Florida

835.    Plaintiff Little David Gulf Trawler, Inc.is a Texas corporation doing business in, Palacios, Matagorda County, Texas

836.    Plaintiff Little Ernie Gulf Trawler, Inc is a Texas corporation doing business in, Palacios, Matagorda County, Texas

837.    Plaintiff Little ken, Inc is a Texas corporation doing business in, Palacios, Matagorda County, Texas

838.    Plaintiff LNN Corporation is a Mississippi  doing business in Ocean Spring, Jackson County, Mississippi

839.    Plaintiff Lan Thi Lo is a resident and citizen of Bayou La Batre, Mobile County, Texas

840.     Plaintiff Christopher Londrie is a resident and citizen of San Antonio, Bexar County, Texas

841.     Plaintiff Gregory Londrie is a resident and citizen of Laguna Vista, Cameron County, Texas

842.     Plaintiff Harley Londrie is a resident and citizen of Laguna Vista, Cameron County, Texas

843.     Plaintiff Long Beach Seafood is a Mississippi corporation doing business in Long beach, Harrison County, Mississippi

844.     Plaintiff Eriberto Lopez is a resident and citizen of Brownsville, Cameron County, Texas

845.     Plaintiff Ignacia Lopez Garcia is a resident and citizen of Brownsville, Cameron County, Texas

846.     Plaintiff Abel Lopez, Jr. is a resident and citizen of Brownsville, Cameron County, Texas

847.     Plaintiff Beatiz Becerra Lopez is a resident and citizen of Brownsville, Cameron County, Texas

848.     Plaintiff Bejamin Lopez is a resident and citizen of San Benito, Matagorda County, Texas

849.     Plaintiff Isidro Aguillon Lopez is a resident and citizen of Port Lavaca, Calhoun County, Texas

850.     Plaintiff Juan Lule Lopez is a resident and citizen of Palacios, Matagorda County, Texas

851.     Plaintiff Maria Lopez is a resident and citizen of Palacios, Matagorda County, Texas

852.     Plaintiff Orlando Lopez is a resident and citizen of Palacios, Matagorda County, Texas

853.     Plaintiff Ramiro Lopez is a resident and citizen of San Benito, Matagorda County, Texas

854.     Plaintiff Robert G. Lopez. is a resident and citizen of Brownsville, Cameron County, Texas

855.     Plaintiff Rolando V. Lopez is a resident and citizen of Los Fresnos, Cameron County, Texas

856.     Plaintiff Saul Lopez is a resident and citizen of San Benito, Matagorda County, Texas

857.     Plaintiff Uriel Lopez is a resident and citizen of Palacios, Matagorda County, Texas

858.     Plaintiff Victor Lopez is a resident and citizen of Brownsville, Cameron County, Texas

859.     Plaintiff Los Mop Inc. is a Texas corporation doing business in, los Fresnos, Cameron County, Texas

860.     Plaintiff Los Primos Fisheries, Inc is a Texas corporation doing business in Brownsville, Cameron County, Texas

861.     Plaintiff Bobby Loupe. is a resident and citizen of Brownsville, Cameron County, Texas

862.     Plaintiff Penny Loope. is a resident and citizen of Brownsville, Cameron County, Texas

863.     Plaintiff Cao Thi Lu is a resident and citizen of Moss Point, Jackson County, Mississippi

864.     Plaintiff Minh So Lu is a resident and citizen of Biloxi, Harrison County, Mississippi

865.     Plaintiff Tuyet Nga Lu is a resident and citizen of Biloxi, Harrison County, Mississippi

866.     Plaintiff Xet V Lu is a resident and citizen of Houston, Harris County, Texas

867.     Plaintiff Tam Luc is a resident and citizen of Bacliff, Galveston County, Texas

868.     Plaintiff Tha Luc is a resident and citizen of Katy, Harris County, Texas

869.     Plaintiff Maria Lucero Molina is a resident and citizen of San Benito, Matagorda County, Texas

870.     Plaintiff Lucky 9, LLC is a Texas corporation doing business in Chalmette, St. Bernard Prish County, Louisiana

871.     Plaintiff Lucky Cooper, LLC.is a Texas corporation doing business in Pearland, Brazoria County, Texas

872.     Plaintiff Lucky Damian, LLC is a Texas corporation doing business in, Palacios, Matagorda County, Texas

873.     Plaintiff Lucky Duong LLC is a Texas corporation doing business in Nederland, Jefferson County, Texas

874.     Plaintiff Lucky Emily LLC is a Texas corporation doing business in Nederland, Jefferson County, Texas

875.     Plaintiff Lucky Ethan LLC is a Florida corporation doing business in Pensacola, Escambia County, Florida

876.     Plaintiff Lucky Harvest Seafood Inc is a Texas corporation doing business in Anahuac, Chambers County, Texas

877.     Plaintiff Lucky Jasmin LLC is a Texas corporation doing business in Nederland, Jefferson County, Texas

878.     Plaintiff Lucky L&D LLC is a Texas corporation doing business in Nederland, Jefferson County, Texas

879.     Plaintiff Lucky Nikki LLC is a Texas corporation doing business in League City, Galveston County, Texas

880.     Plaintiff Lucky Seafood is a Texas corporation doing business in Moss Point, Jackson County, Mississippi

881.     Plaintiff Lucky Season LLC is a Texas corporation doing business in Nederland, Jefferson County, Texas

882.     Plaintiff Diana Dung My Luong is a resident and citizen of Houston, Harris County, Texas

883.     Plaintiff Hanh Van Luong is a resident and citizen of Biloxi, Harrison County, Mississippi

884.     Plaintiff Hien Van Luong is a resident and citizen of Houston, Harris County, Texas

885.     Plaintiff Kim Anh Luong is a resident and citizen of Orange, Orange County, Texas

886.        Plaintiff Long H. Luong is a resident and citizen of Cypress, Harris County, Texas

887.        Plaintiff Son Duy Luong is a resident and citizen of Orange, Orange County, Texas

888.        Plaintiff An Van Luu is a resident and citizen of Ocean Springs, Jackson  County, Mississippi

889.        Plaintiff Loc Luu is a resident and citizen of Port Arthur, Jefferson County, Texas

890.        Plaintiff Sac T Luu is a resident and citizen of Houston, Harris County, Texas

891.        Plaintiff Tay Luu is a resident and citizen of Houston, Harris County, Texas

892.        Plaintiff An Ly is a resident and citizen of Bacliff, Galveston County, Texas

893.        Plaintiff Be Hai Thi Ly is a resident and citizen of Houston, Harris County, Texas

894.        Plaintiff Dung N Ly is a resident and citizen of Theodore, Mobile County, Alabama

895.        Plaintiff Hen Ly is a resident and citizen of Houston, Harris County, Texas

896.        Plaintiff Hoa Thi Ly is a resident and citizen of Houston, Harris County, Texas

897.        Plaintiff Lam Truyen Lyis a resident and citizen of Lafayette, Lafayette Parish County, Louisiana

898.        Plaintiff Linda Ly is a resident and citizen of Houston, Harris County, Texas

899.        Plaintiff Na Bet Ly is a resident and citizen of Nederland, Jefferson County, Texas

900.        Plaintiff Phuc Minh Ly is a resident and citizen of Port Arthur, Jefferson County, Texas

901.        Plaintiff Robin Lee Ly is a resident and citizen of Bacliff, Galveston County, Texas

902.        Plaintiff Thomas Ly is a resident and citizen of Anahuac, Chambers County, Texas

903.        Plaintiff Ty Ly is a resident and citizen of Palacios, Matagorda County, Texas

904.        Plaintiff Viet Tien Ly is a resident and citizen of Port Neches, Jefferson County, Texas

905.        Plaintiff Lydia Shrimp Co. Inc is a Texas corporation doing business in Brownsville, Cameron County, Texas

906.        Plaintiff M&C Marine LLC is a Texas corporation doing business in Nederland, Jefferson County, Texas

907.        Plaintiff MA Double T LLC.is a Texas corporation doing business in Pearland, Brazoria County, Texas

908.        Plaintiff Pedro Machuca Perez is a resident and citizen of Dickerson, Galveston County, Texas

909.        Plaintiff Madera Cruz LLC is a Texas corporation doing business in Brownsville, Cameron County, Texas

910.        Plaintiff Don Vincent Mai  is a resident and citizen of Henderson, St. Martin Parish County, Louisiana.

911.        Plaintiff Chinh Mai is a resident and citizen of Bacliff, Galveston County, Texas

912.        Plaintiff Co Mai is a resident and citizen of Bacliff, Galveston County, Texas

913.        Plaintiff Duc V. Mai is a resident and citizen of Bacliff, Galveston County, Texas

914.        Plaintiff Hung D Mai is a resident and citizen of Houston, Harris County, Texas

915.        Plaintiff Lac Hong Mai is a resident and citizen of Aransas Pass, Aransas Pass County, Texas

916.        Plaintiff Thuy Xuan Mai is a resident and citizen of Bacliff, Galveston County, Texas

917.        Plaintiff Vinh Mai is a resident and citizen of League City, League City County, Texas

918.        Plaintiff Felipe Maldonado Olmedo is a resident and citizen of Brownsville, Cameron County, Texas

919.        Plaintiff Jose Manuel Maldonado is a resident and citizen of Brownsville, Cameron County, Texas

920.        Plaintiff Juan Fernando Maldonado is a resident and citizen of Brownsville, Cameron County, Texas

921.        Plaintiff Miguel Maldonado is a resident and citizen of Port Isabel, Cameron County, Texas

922.        Plaintiff Mamacita Inc is a Texas corporation doing business in Brownsville, Cameron County, Texas

923.        Plaintiff Ismael Mancera is a resident and citizen of Palacios, Matagorda County, Texas

924.        Plaintiff Sifong Manisa is a resident and citizen of Richmond, Fort Bend County, Texas

925.        Plaintiff Frank William Marchan Jr. is a resident and citizen of Port Isabel, Cameron County, Texas

926.        Plaintiff Marcos Cabrera Perez is a resident and citizen of Brownsville, Cameron County, Texas

927.        Plaintiff Mariachi Trawlers, Inc is a Texas corporation doing business in Brownsville, Cameron County, Texas

928.        Plaintiff Marie Teresa, Inc is a Texas corporation doing business in, Palacios, Matagorda County, Texas

929.        Plaintiff Ramon Marin Abatca is a resident and citizen of Brownsville, Cameron County, Texas

930.        Plaintiff Ismael Garcia Marino is a resident and citizen of Brownsville, Cameron County, Texas

931.        Plaintiff Celestino Marin is a resident and citizen of Brownsville, Cameron County, Texas

932.        Plaintiff Daniel Marin is a resident and citizen of Rockport, Aransas County, Texas

933.        Plaintiff Mariscos Del Golfo is a Texas corporation doing business in Brownsville, Cameron County, Texas

934.        Plaintiff Jose G. Martin Ayalais a resident and citizen of Dickerson, Galveston County, Texas

935.        Plaintiff Sabino Martinez Fuentes is a resident and citizen of Los Fresnos, Cameron County, Texas

936.        Plaintiff Victor Martinez Gonzalez is a resident and citizen of Brownsville, Cameron County, Texas

937.        Plaintiff Omar Martinez Macias is a resident and citizen of Port Isabel, Cameron County, Texas

938.        Plaintiff Jose Luis Martinez Martinez is a resident and citizen of Palacios, Matagorda County, Texas

939.     Plaintiff Miguel Angel Martinez Martinez is a resident and citizen of Palacios, Matagorda County, Texas

940.     Plaintiff Ever Antonio Martienz Ramirez is a resident and citizen of Houston, Harris County, Texas

941.     Plaintiff Francisco Isael Martinez Robledo is a resident and citizen of Hitchcock, Galveston County, Texas

942.     Plaintiff Martinez Trawlers, Inc is a Texas corporation doing business in Laguna Vista, Cameron County, Texas

943.     Plaintiff Juan Antonio Martinez Vazquez is a resident and citizen of Bacliff, Galveston County, Texas

944.     Plaintiff Hector O. martinez Zamora is a resident and citizen of Palacios, Matagorda County, Texas

945.     Plaintiff Alfonso Martinez is a resident and citizen of Brownsville, Cameron County, Texas

946.     Plaintiff Dania Martinez is a resident and citizen of Brownsville, Cameron County, Texas

947.     Plaintiff Jerson Martinez is a resident and citizen of Brownsville, Cameron County, Texas

948.     Plaintiff Jose E. Martinez is a resident and citizen of Laguna Vista, Cameron County, Texas

949.     Plaintiff Jose L. Martinez is a resident and citizen of Los Fresnos, Cameron County, Texas

950.     Plaintiff Joseph L. Martinez  is a resident and citizen of Port Isabel, Cameron County, Texas

951.     Plaintiff Juan Martinez is a resident and citizen of Palacios, Matagorda County, Texas

952.     Plaintiff Manuel ivan Martinez is a resident and citizen of San Leon, Galveston County, Texas

953.     Plaintiff Mary Bea Inc. is a Texas corporation doing business in, Palacios, Matagorda County, Texas

954.     Plaintiff Mary Cervantes Corp is a Texas corporation doing business in Brownsville, Cameron County, Texas

955.     Plaintiff Mary Kalei Shrimp Co, Inc is a Texas corporation doing business in, Los Fresnos, Cameron County, Texas

956.     Plaintiff Master Andrew LLC is a Alabama corporation doing business in Theodore, Mobile County, Alabama

957.     Plaintiff Master Gerald Trawlers Inc is a Texas corporation doing business in Olmito, Cameron County, Texas

958.     Plaintiff Master James Jr. Inc is a Texas corporation doing business in, Port Isabel, Cameron County, Texas

959.     Plaintiff Master Ken Inc. is a Texas corporation doing business in, Palacios, Matagorda County, Texas

960.     Plaintiff Master Kingston, LLC is a Alabama corporation doing business in Theodore, Mobile County, Alabama

961.     Plaintiff Master Preston, LLC is a Alabama corporation doing business in Theodore, Mobile County, Alabama

962.     Plaintiff Master Tai Loi, LLC is a Texas corporation doing business in Dickerson, Galveston County, Texas

963.     Plaintiff Master Thai Inc. is a Texas corporation doing business in League City, Galveston County, Texas

964.     Plaintiff Master Tony, LLC is a Alabama corporation doing business in Theodore, Mobile County, Alabama

965.     Plaintiff Santos Mayorga is a resident and citizen of Brownsville, Cameron County, Texas

966.     Plaintiff Brian McDaniel is a resident and citizen of Anahuac, Chambers County, Texas

967.     Plaintiff Sandra McDaniel is a resident and citizen of Anahuac, Chambers County, Texas

968.     Plaintiff Billy D. McDaniel is a resident and citizen of Anahuac, Chambers County, Texas

969.     Plaintiff Mary McDaniel is a resident and citizen of Anahuac, Chambers County, Texas

970.     Plaintiff Victor Media Cruz is a resident and citizen of Brownsville, Cameron County, Texas

971.     Plaintiff Bryan Isaac Medina Rodriguez is a resident and citizen of Brownsville, Cameron County, Texas

972.     Plaintiff Evaristo Medrano is a resident and citizen of Los Fresnos, Cameron County, Texas

973.     Plaintiff Roberto Medrano is a resident and citizen of Los Fresnos, Cameron County, Texas

974.     Plaintiff Gamaliel Cadena Mejia is a resident and citizen of Port Isabel, Cameron County, Texas

975.     Plaintiff Leticia Mendez De Alcantar is a resident and citizen of Brownsville, Cameron County, Texas

976.     Plaintiff Jose Guadalupe Mendez Gonzalez is a resident and citizen of Port Lavaca, Calhoun County, Texas

977.     Plaintiff Leonardo Mendez Lara is a resident and citizen of Los Fresnos, Cameron County, Texas

978.     Plaintiff Daniel Mendez is a resident and citizen of Los Fresnos, Cameron County, Texas

979.     Plaintiff Jorge Rafael Mendoza is a resident and citizen of Brownsville, Cameron County, Texas

980.     Plaintiff Carlos J. Mercado is a resident and citizen of Brownsville, Cameron County, Texas

981.    Plaintiff Michael S. Inc is a Texas corporation doing business in Brownsville, Cameron County, Texas

982.    Plaintiff Mighty B Shrimp Co, Inc is a Texas corporation doing business in Brownsville, Cameron County, Texas

983.    Plaintiff James Ricardo Milam is a resident and citizen of Brownsville, Cameron County, Texas

984.    Plaintiff Alejandro Mina Sanchez is a resident and citizen of Brownsville, Cameron County, Texas

985.    Plaintiff Mini Seafood is a Mississippi corporation doing business in Biloxi, Harrison County, Mississippi

986.    Plaintiff Aureliano Miranda is a resident and citizen of San Benito, Matagorda County, Texas

987.    Plaintiff Miro Trawlers, Inc is a Texas corporation doing business in, Los Fresnos, Cameron County, Texas

988.    Plaintiff Miss Adaelisa, Inc is a Texas corporation doing business in, Port Isabel, Cameron County, Texas

989.    Plaintiff Miss Adrianna, Inc is a Texas corporation doing business in, Palacios, Matagorda County, Texas

990.    Plaintiff Miss Amberly, LLC. is a Texas corporation doing business in Galveston, Galveston County, Louisiana

991.    Plaintiff Miss Anna T LLC is a Texas corporation doing business in, Palacios, Matagorda County, Texas

992.    Plaintiff Miss Anna V Company, Inc is a Texas corporation doing business in, Palacios, Matagorda County, Texas

993.    Plaintiff Miss Ashley, LLC. is a Texas corporation doing business in Galveston, Galveston County, Louisiana

994.    Plaintiff Miss Bernadette A Inc is a Texas corporation doing business in, Palacios, Matagorda County, Texas

995.    Plaintiff Miss Fina Inc, Inc is a Texas corporation doing business in, Port Isabel, Cameron County, Texas

996.    Plaintiff Miss Jessalee LLC is a Florida corporation doing business in Pensacola, Escambia County, Florida

997.    Plaintiff Miss Janna, Inc is a Texas corporation doing business in Laguna Vista, Cameron County, Texas

998.    Plaintiff Miss Julia Inc is a Texas corporation doing business in, Palacios, Matagorda County, Texas

999.    Plaintiff Miss Linda, Inc is a Texas corporation doing business in San Benito, Cameron County, Texas

1000.    Plaintiff Miss Lourdes, Inc is a Louisiana corporation doing business in Cut Off, Lafourche Parish County, Louisiana.

1001.    Plaintiff Miss LT99, LLC is a Louisiana corporation doing business in Lafayette, Lafayette Parish County, Louisiana

1002.    Plaintiff Miss Madeline, Inc is a Texas corporation doing business in Palacios, Matagorda County, Texas

1003.    Plaintiff Miss Maria Inez, Inc is a resident and citizen of Port Isabel, Cameron County, Texas

1004.    Plaintiff Miss My Phung, LLC is a Florida corporation doing business in Pensacola, Escambia County, Florida

1005.    Plaintiff Miss Opal, Inc is a Texas corporation doing business in San Benito, Cameron County, Texas

1006.    Plaintiff Miss Tammy Sue, Inc is a Texas corporation doing business in Port Isabel, Cameron County, Texas

1007.    Plaintiff Mis Tina Fishery, LLC is a Texas corporation doing business in Chalmette, St. Bernard Prish County, Louisiana

1008.    Plaintiff Miss Tina LLC.is a Louisiana corporation doing business in Kenner, Jefferson Parish County, Louisiana

1009.    Plaintiff Miss Verna, Inc. is a Texas corporation doing business in Los Fresnos, Cameron County, Texas

1010.    Plaintiff Mississippi IV LLC is a Alabama corporation doing business in Theodore, Mobile County, Alabama

1011.    Plaintiff Mom's Bait & Tackle Shop is a Texas corporation doing business in Rockport, Aransas County, Texas

1012.    Plaintiff Monita I Inc is a Texas corporation doing business in Brownsville, Cameron County, Texas

1013.    Plaintiff Monita Inc is a Texas corporation doing business in Brownsville, Cameron County, Texas

1014.    Plaintiff Edgar Orlando Montana Reyes is a resident and citizen of Brownsville, Cameron County, Texas

1015.    Plaintiff Neftali M Montelongo is a resident and citizen of Brownsville, Cameron County, Texas

1016.    Plaintiff Francisco Moo is a resident and citizen of Brownsville, Cameron County, Texas

1017.    Plaintiff Wen Moore is a resident and citizen of Laguna Vista, Cameron County, Texas

1018.    Plaintiff Monica Patricia Morales is a resident and citizen of San Leon, Galveston County, Texas

1019.    Plaintiff Flor De Maria Morales Flores is a resident and citizen of Metairie, Jefferson County, Louisiana

1020.    Plaintiff Francisco Javier Morles Garcia is a resident and citizen of Brownsville, Cameron County, Texas

1021.    Plaintiff Samuel Morles Hernandez is a resident and citizen of Port Isabel, Cameron County, Texas

1022.    Plaintiff Maria Morles Lopez is a resident and citizen of La Marque, Galveston County, Texas

1023.      Plaintiff Alberto Morales is a resident and citizen of Brownsville, Cameron County, Texas

1024.      Plaintiff Antonio J. Morales Vasquez is a resident and citizen of Port Sulphur, Plaquemines Parish County, Louisiana

1025.      Plaintiff Jesus Morales is a resident and citizen of Brownsville, Cameron County, Texas

1026.      Plaintiff Martine Silveira Morales is a resident and citizen of Brownsville, Cameron County, Texas

1027.      Plaintiff Pedro Raul Morlas is a resident and citizen of Brownsville, Cameron County, Texas

1028.      Plaintiff Victor Morales is a resident and citizen of Houston, Harris County, Texas

1029.      Plaintiff Armando Moreno Peralta is a resident and citizen of San Benito, Matagorda County, Texas

1030.      Plaintiff Jesus Moreno is a resident and citizen of Brownsville, Cameron County, Texas

1031.      Plaintiff Jorge Moreno is a resident and citizen of Port Isabel, Cameron County, Texas

1032.      Plaintiff Jesus Alfredo Moreno is a resident and citizen of Brownsville, Cameron County, Texas

1033.      Plaintiff Morning Lord, LLC is a Texas corporation doing business in Friendswood, Friendswood County, Texas

1034.      Plaintiff Mother T, Inc is a Texas corporation doing business in, Palacios, Matagorda County, Texas

1035.      Plaintiff Shrimp Vessel Challenge Inc is a Texas corporation doing business in Brownsville, Cameron County, Texas

1036.      Plaintiff Mrs. Mina Inc is a Texas corporation doing business in, Palacios, Matagorda County, Texas

1037.      Plaintiff Mucho Loco Inc is a resident and citizen of Port Isabel, Cameron County, Texas

1038.      Plaintiff Roberto Muniz is a resident and citizen of Brownsville, Cameron County, Texas

1039.      Plaintiff Jose Manuel Munoz is a resident and citizen of Brownsville, Cameron County, Texas

1040.      Plaintiff Muy Positivo, Inc is a Texas corporation doing business in Brownsville, Cameron County, Texas

1041.      Plaintiff My Phung, Inc is a Louisiana corporation doing business in Lafayette, Lafayette Parish County, Louisiana

1042.      Plaintiff N&V Marine, LLC is a Texas corporation doing business in Nederland, Jefferson County, Texas

1043.      Plaintiff Gerardo Navarrete Luna is a resident and citizen of Port Isabel, Cameron County, Texas

1044.    Plaintiff Billy Nghiem is a resident and citizen of League City, League City County, Texas

1045.    Plaintiff Ngo family investment, LLC is a Louisiana corporation doing business in Lafayette, Lafayette Parish County, Louisiana

1046.    Plaintiff Alex Ngo is a resident and citizen of Dickerson, Galveston County, Texas

1047.    Plaintiff Annie Doan Ngo is a resident and citizen of Dickerson, Galveston County, Texas

1048.    Plaintiff Charlie T Ngo is a resident and citizen of Pasadena, Harris County, Texas

1049.    Plaintiff Chin Ngo is a resident and citizen of Pensacola, Escambia County, Florida

1050.    Plaintiff Cong Van Ngo is a resident of Bacliff, Galveston County, Texas

1051.    Plaintiff Cuc Thi Ngo is a resident and citizen of Allen, Colllin County, Texas

1052.    Plaintiff David Ngo is a resident and citizen of Bacliff, Galveston County, Texas

1053.    Plaintiff Dinh Kim Ngo is a resident and citizen of Lafayette, Lafayette Parish County, Louisiana

1054.    Plaintiff Dinh Thi Ngo is a resident and citizen of Bridge City, Orange County, Texas

1055.    Plaintiff Duc Roai Ngo is a resident and citizen of Lafayette, Lafayette Parish County, Louisiana

1056.    Plaintiff Duc Ngo is a resident and citizen of Port Arthur, Jefferson County, Texas

1057.    Plaintiff Doan Dung Ngo is a resident and citizen of San Leon, Galveston County, Texas

1058.    Plaintiff Hai Ngo is a resident and citizen of Palacios, Matagorda County, Texas

1059.    Plaintiff Hoa Thi Ngo is a resident and citizen of Lafayette, Lafayette Parish County, Louisiana

1060.    Plaintiff Hoang Ngo is a resident and citizen of Port Arthur, Jefferson County, Texas

1061.    Plaintiff Loan Ngo is a resident of Biloxi, Harrison County, Mississippi

1062.    Plaintiff Maxie Ngo is a resident and citizen of Nederland, Jefferson County, Texas

1063.    Plaintiff Minh Trang Ngo is a resident and citizen of Anahuac, Chambers County, Texas

1064.    Plaintiff Rich Tai Ngo is a resident and citizen of Nederland, Jefferson County, Texas

1065.    Plaintiff Sang Ngoc Ngo is a resident of Nederland, Jefferson County, Texas

1066.    Plaintiff Stephanie Thi Ngo is a resident and citizen of Friendswood, Friendswood County, Texas

1067.    Plaintiff Tai Tan Ngo is a resident and citizen of New Iberia, Iberia Parash County, Louisiana

1068.    Plaintiff Tam Thi Ngo is a resident and citizen of Dickerson, Galveston County, Texas

1069.     Plaintiff Thao Van Ngo is a resident and citizen of Bridge City, Jefferson Parish County, Louisiana

1070.     Plaintiff Tram Van Ngo. is a resident and citizen of Mont Belvieu, Chambers County, Texas

1071.     Plaintiff Trami Ngo is a resident and citizen of Lafayette, Lafayette Parish County, Louisiana

1072.     Plaintiff Voi Ngo is a resident of Anahuac, Chambers County, Texas

1073.     Plaintiff Thanh Ba Nguyen is a resident and citizen of Pass Christian, Harrison County, Mississippi

1074.     Plaintiff De Dieu Thi Nguyen is a resident and citizen of Sea Drift, Calhoun County, Texas

1075.     Plaintiff Cui Van Nguyen is a resident and citizen of D'Ibervilles, Harrison County, Mississippi

1076.     Plaintiff Diep Van Nguyen is a resident of Maurice, Vermilion Parish County, Louisiana

1077.     Plaintiff joseph Huy Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1078.     Plaintiff Pham Hai Dung, LLC is a Texas corporation doing business in Nederland, Jefferson County, Texas

1079.     Plaintiff Robert Q Nguyen is a resident and citizen of D'Ibervilles, Harrison County, Mississippi

1080.     Plaintiff Nguyen TJ II LLC is an Alabama corporation doing business in Mobile, Mobile County, Alabama

1081.     Plaintiff Nguyen TJ LLC is a Alabama corporation doing business in Mobile, Mobile County, Alabama

1082.     Plaintiff To Nguyen is a resident of Port Arthur, Jefferson County, Texas

1083.     Plaintiff Thia Nguyen is a resident and citizen of Palacios, Matagorda County, Texas

1084.     Plaintiff Allen Chinh Nguyen is a resident and citizen of Nederland, Jefferson County, Texas

1085.     Plaintiff Amy Nguyen is a resident and citizen of Bacliff, Galveston County, Texas

1086.     Plaintiff An Van Nguyen is a resident and citizen of Port Neches, Jefferson County, Texas

1087.     Plaintiff An Ngoc Nguyen is a resident and citizen of Richmond, Fort Bend County, Texas

1088.     Plaintiff An Thi Nguyen is a resident and citizen of New Iberia, Iberia Parash County, Louisiana

1089.     Plaintiff Andrew Thuy Nguyen is a resident and citizen of D'Ibervilles, Harrison County, Mississippi

1090.     Plaintiff Andy D. Nguyen is a resident and citizen of Buras, Plaquemines Parish County, Louisiana

1091.    Plaintiff Andy Thuy Nguyen is a resident and citizen of Richmond, Fort Bend County, Texas

1092.    Plaintiff Angela Nguyen is a resident and citizen of Palacios, Matagorda County, Texas

1093.    Plaintiff Anh Bao Nguyen is a resident and citizen of Sea Drift, Calhoun County, Texas

1094.    Plaintiff Ana Dao Nguyen is a resident and citizen of Palacios, Matagorda County, Texas

1095.    Plaintiff Anh N Nguyen is a resident and citizen of Houston, Harris County, Texas

1096.    Plaintiff Anh Que Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1097.    Plaintiff Anh Thi Nguyen is a resident and citizen of Bacliff, Galveston County, Texas

1098.    Plaintiff Anh Van Nguyen is a resident and citizen of Houston, Harris County, Texas

1099.    Plaintiff Ann Nguyen is a resident and citizen of San Leon, Galveston County, Texas

1100.    Plaintiff Anthony Hung Nguyen is a resident and citizen of Groves, Jefferson County, Texas

1101.    Plaintiff Anthony Nguyen is a resident and citizen of Palacios, Matagorda County, Texas

1102.    Plaintiff Thi B Nguyen is a resident and citizen of New Iberia, Iberia Parash County, Louisiana

1103.    Plaintiff Ba Van Nguyen is a resident and citizen of Palacios, Matagorda County, Texas

1104.    Plaintiff Bac Nguyen is a resident and citizen of Palacios, Matagorda County, Texas

1105.    Plaintiff Ban Thi Nguyen is a resident and citizen of League City, League City County, Texas

1106.    Plaintiff Bang Duc nguyen is a resident and citizen of Anahuac, Chambers County, Texas

1107.    Plaintiff Bap Van Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1108.    Plaintiff Bay Van Nguyen is a resident and citizen of Palacios, Matagorda County, Texas

1109.    Plaintiff Bich Hang Nguyen is a resident and citizen of D'Ibervilles, Harrison County, Mississippi

1110.    Plaintiff Bien Nguyen is a resident and citizen of Long beach, Harrison County, Mississippi

1111.    Plaintiff Bill Nguyen is a resident and citizen of Houston, Harris County, Texas

1112.    Plaintiff Bill Quang Nguyen is a resident and citizen of Dickerson, Galveston County, Texas

1113.    Plaintiff Binh Cong Nguyen is a resident and citizen of D'Ibervilles, Harrison County, Mississippi

1114.    Plaintiff Binh Thi Nguyen is a resident and citizen of Palacios, Matagorda County, Texas

1115.    Plaintiff Binh Nguyen is a resident and citizen of Houston, Harris County, Texas

1116.    Plaintiff Bon Van Nguyen is a resident of Houston, Harris County, Texas

1117.    Plaintiff Bon van Nguyen is a resident and citizen of Franklin, St. Mary County, Louisiana

1118.    Plaintiff Bryan Nguyen is a resident and citizen of Palacios, Matagorda County, Texas

1119.    Plaintiff Bui Lang Nguyen is a resident of League City, League City County, Texas

1120.    Plaintiff Can Huu Nguyen is a resident and citizen of Houston, Harris County, Texas

1121.    Plaintiff Canh Thi Nguyen is a resident and citizen of Cut Off, Lafourche Parish County, Louisiana.

1122.    Plaintiff Cao T Nguyen is a resident and citizen of Pass Christian, Harrison County, Mississippi

1123.    Plaintiff Cay Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1124.    Plaintiff Charlie Nguyen is a resident and citizen of Houston, Harris County, Texas

1125.    Plaintiff Chau Hoang Nguyen is a resident and citizen of Houston, Harris County, Texas

1126.    Plaintiff Chau Nguyen is a resident and citizen of Sea Drift, Calhoun County, Texas

1127.    Plaintiff Chau Van Nguyen is a resident and citizen of Biloxi, Harrison County, Mississippi

1128.    Plaintiff Chi Thanh Nguyen is a resident and citizen of Bay Saint Louis, Hancock County, Mississippi

1129.    Plaintiff Chien Tran Nguyen is a resident and citizen of League City, League City County, Texas

1130.    Plaintiff Chinh Thi Nguyen is a resident and citizen of Biloxi, Harrison County, Mississippi

1131.    Plaintiff China Van Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1132.    Plaintiff Christian Hoat Van Nguyen is a resident and citizen of Sea Drift, Calhoun County, Texas

1133.    Plaintiff Christopher H. Nguyen is a resident and citizen of Houston, Harris County, Texas

1134.    Plaintiff Cindy Ngoc nguyen is a resident and citizen of Pensacola, Escambia County, Florida

1135.     Plaintiff Cindy Nguyen is a resident and citizen of Nederland, Jefferson County, Texas

1136.     Plaintiff Coc Thi Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1137.     Plaintiff Coolly Dinh Nguyen is a resident and citizen of League City, League City County, Texas

1138.     Plaintiff Cu Minh Nguyen is a resident and citizen of Lafayette, Lafayette Parish County, Louisiana

1139.     Plaintiff Cu Nguyen is a resident and citizen of Bacliff, Galveston County, Texas

1140.     Plaintiff Cung Van Nguyen is a resident and citizen of D'Ibervilles, Harrison County, Mississippi

1141.     Plaintiff Cuong Tan Nguyen is a resident and citizen of Biloxi, Harrison County, Mississippi

1142.     Plaintiff Cuong Van Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1143.     Plaintiff Da Nguyen is a resident of Abbeville, Vermilion Parish County, Louisiana

1144.     Plaintiff Dac Quoc Nguyen is a resident and citizen of Hattieburg, Forrest County, Mississippi

1145.     Plaintiff Dan Van Nguyen is a resident and citizen of Anahuac, Chambers County, Texas

1146.     Plaintiff Dang Lanh Nguyen is a resident and citizen of Houston, Harris County, Texas

1147.     Plaintiff Dang Nguyen is a resident and citizen of Richmond, Fort Bend County, Texas

1148.     Plaintiff Danny Nguyen is a resident and citizen of Groves, Jefferson County, Texas

1149.     Plaintiff Danny Viet Nguyen is a resident and citizen of Pensacola, Escambia County, Florida

1150.     Plaintiff Danny Hung Nguyen is a resident and citizen of Port Neches, Jefferson County, Texas

1151.     Plaintiff Dai Thi is a resident and citizen of Allen, Colllin County, Texas

1152.     Plaintiff David Nguyen is a resident and citizen of Nederland, Jefferson County, Texas

1153.     Plaintiff David Ngoc Nguyen is a resident and citizen of Houston, Harris County, Texas

1154.     Plaintiff David Pham Nguyen is a resident and citizen of Houston, Harris County, Texas

1155.     Plaintiff David Quoc Nguyen is a resident and citizen of Victoria, Victoria County, Texas

1156.     Plaintiff David Nguyen is a resident and citizen of Fort Worth, Tarrant County, Texas

1157.     Plaintiff David Van Nguyen is a resident and citizen of Houston, Harris County, Texas

1158.     Plaintiff Davis Dam Nguyen is a resident and citizen of Long beach, Harrison County, Mississippi

1159.     Plaintiff Day Van nguyen is a resident and citizen of Palacios, Matagorda County, Texas

1160.     Plaintiff De Nguyen is a resident and citizen of D'Ibervilles, Harrison County, Mississippi

1161.     Plaintiff De Van Nguyen is a resident and citizen of Abbeville, Vermilion Parish County, Louisiana

1162.     Plaintiff De Van Nguyen is a resident and citizen of Anahuac, Chambers County, Texas

1163.     Plaintiff Den Nguyen is a resident and citizen of Dickerson, Galveston County, Texas

1164.     Plaintiff Thi Dep is a resident and citizen of New Iberia, Iberia Parash County, Louisiana

1165.     Plaintiff Diana Marlem Nguyen is a resident and citizen of Sea Drift, Calhoun County, Texas

1166.     Plaintiff Diem Nguyen is a resident and citizen of Palacios, Matagorda County, Texas

1167.     Plaintiff Dinh Nguyen is a resident and citizen of Houston, Harris County, Texas

1168.     Plaintiff Dong Nguyen is a resident and citizen of Palacios, Matagorda County, Texas

1169.     Plaintiff Dong Phuong Nguyen is a resident and citizen of Anahuac, Chambers County, Texas

1170.     Plaintiff Duc Huu Nguyen is a resident and citizen of Dickerson, Galveston County, Texas

1171.     Plaintiff Duc T Nguyen is a resident and citizen of Palacios, Matagorda County, Texas

1172.     Plaintiff Duc Van Nguyen is a resident and citizen of Austin, Tavis County, Texas

1173.     Plaintiff Duc Van Nguyen is a resident and citizen of Marrero, Jefferson Parish County, Louisiana

1174.     Plaintiff Dung Van Nguyen is a resident and citizen of Pass Christian, Harrison County, Mississippi

1175.     Plaintiff Dung Quoc Nguyen is a resident and citizen of Beaumont, Jefferson County, Texas

1176.     Plaintiff Dung Thi Nguyen is a resident and citizen of D'Ibervilles, Harrison County, Mississippi

1177.     Plaintiff Dung V. Nguyen is a resident and citizen of Palacios, Matagorda County, Texas

1178.     Plaintiff Dung Van Nguyen is a resident and citizen of Dickerson, Galveston County, Texas

1179.    Plaintiff Dung V. Nguyen is a resident and citizen of Panama City, Bay County, Florida

1180.    Plaintiff Dung van Nguyen is a resident and citizen of Mobile, Mobile County, Alabama

1181.    Plaintiff Dung Van Nguyen is a resident and citizen of Bacliff, Galveston County, Texas

1182.    Plaintiff Dual Van Nguyen is a resident and citizen of Pasadena, Harris County, Texas

1183.    Plaintiff Duong Quoc Nguyen is a resident and citizen of Houston, Harris County, Texas

1184.    Plaintiff Duong Van Nguyen is a resident and citizen of Palacios, Matagorda County, Texas

1185.    Plaintiff Duy Kim Nguyen is a resident and citizen of Grand Prairie, Dallas County, Texas

1186.    Plaintiff Duyen Thi Nguyen is a resident and citizen of D'Ibervilles, Harrison County, Mississippi

1187.    Plaintiff Elixabeth Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1188.    Plaintiff Em Be Nguyen is a resident and citizen of Fulton, Aransas County, Texas

1189.    Plaintiff Em Hung Nguyen is a resident and citizen of New Iberia, Iberia Parash County, Louisiana

1190.    Plaintiff Em Ngoc Nguyen is a resident and citizen of Rosenburg, Fort Bend County, Texas

1191.    Plaintiff Ghi Van Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1192.    Plaintiff Giang Nguyen Trung is a resident and citizen of Harvey, Jefferson Parish County, Louisiana.

1193.    Plaintiff Giang Truong Nguyen is a resident and citizen of Friendswood, Friendswood County, Texas

1194.    Plaintiff Giau Van Nguyen Trung is a resident and citizen of Harvey, Jefferson Parish County, Louisiana.

1195.    Plaintiff Ha Thi Nguyen is a resident and citizen of Ocean Springs, Jackson County, Mississippi

1196.    Plaintiff Ha Nguyen is a resident and citizen of Orange, Orange County, Texas

1197.    Plaintiff Ha Nguyen is a resident and citizen of Houston, Harris County, Texas

1198.    Plaintiff Minh Hai Nguyen is a resident and citizen of D'Ibervilles, Harrison County, Mississippi

1199.    Plaintiff Hai Van Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1200.    Plaintiff Han Thi Nguyen is a resident and citizen of Chalmette, St. Bernard Prish County, Louisiana

1201.      Plaintiff Han Van Nguyen is a resident and citizen of Houston, Harris County, Texas

1202.      Plaintiff Han Van Nguyen is a resident and citizen of Pasadena, Harris County, Texas

1203.      Plaintiff Han Van Nguyen is a resident and citizen of Pensacola, Escambia County, Florida

1204.      Plaintiff Hang Xuan Nguyen is a resident and citizen of Houston, Harris County, Texas

1205.      Plaintiff Hanh Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1206.      Plaintiff Hanh Thi Nguyen is a resident and citizen of D'Ibervilles, Harrison County, Mississippi

1207.      Plaintiff Hau Thi Nguyen is a resident and citizen of Anahuac, Chambers County, Texas

1208.      Plaintiff Hau Nguyen is a resident and citizen of Houston, Harris County, Texas

1209.      Plaintiff Henry Nguyen is a resident and citizen of Houston, Harris County, Texas

1210.      Plaintiff Henry Nguyen is a resident and citizen of Houston, Harris County, Texas

1211.      Plaintiff Hien Nguyen is a resident and citizen of Houston, Harris County, Texas

1212.      Plaintiff Hien Van Nguyen is a resident and citizen of Katy, Harris County, Texas

1213.      Plaintiff Hien Van Nguyen is a resident and citizen of Houston, Harris County, Texas

1214.      Plaintiff Hien Van Nguyen is a resident and citizen of Rockport, Aransas County, Texas

1215.      Plaintiff Hien Van Nguyen is a resident and citizen of Sugarland, Fort Bend County, Texas

1216.      Plaintiff Huey Nguyen is a resident and citizen of Houston, Harris County, Texas

1217.      Plaintiff Hieu Thanh Nguyen is a resident and citizen of Nederland, Jefferson County, Texas

1218.      Plaintiff Van Ho Nguyen is a resident and citizen of Houston, Harris County, Texas

1219.      Plaintiff Hoa Minh Nguyen is a resident and citizen of Houston, Harris County, Texas

1220.      Plaintiff Thi Hoa Nguyen is a resident and citizen of Franklin, St. Mary County, Louisiana

1221.      Plaintiff Hoa Thi Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1222.      Plaintiff Hoa Thi Nguyen is a resident and citizen of Houston, Harris County, Texas

1223.      Plaintiff Hoa Nguyen is a resident and citizen of Biloxi, Harrison County, Mississippi

1224.      Plaintiff Hoa Van Nguyen is a resident and citizen of Palacios, Matagorda County, Texas

1225.    Plaintiff Hoa Van nguyen is a resident of League City, League City County, Texas

1226.    Plaintiff Hoa Van Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1227.    Plaintiff Hoa Van Nguyen is a resident and citizen of Palacios, Matagorda County, Texas

1228.    Plaintiff Hoa Nguyen is a resident and citizen of Biloxi, Harrison County, Mississippi

1229.    Plaintiff Hoan Thanh Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1230.    Plaintiff Hoan Thi Nguyen is a resident and citizen of El Campo, Wharton County, Texas

1231.    Plaintiff Hoang Anh Thi Nguyen is a resident and citizen of New Iberia, Iberia Parash County, Louisiana

1232.    Plaintiff Hoang Huu Nguyen is a resident and citizen of Houston, Harris County, Texas

1233.    Plaintiff Hoang Son Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1234.    Plaintiff Hoang Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1235.    Plaintiff Hoi Thi Nguyen is a resident of Brownsville, Cameron County, Texas

1236.    Plaintiff Hoi Van Nguyen is a resident and citizen of Biloxi, Harrison County, Mississippi

1237.    Plaintiff Hong Thi Kim Nguyen is a resident and citizen of Biloxi, Harrison County, Mississippi

1238.    Plaintiff Hong Phan Nguyen is a resident and citizen of Dickerson, Galveston County, Texas

1239.    Plaintiff Hong Phi Thi Nguyen is a resident and citizen of Dickerson, Galveston County, Texas

1240.    Plaintiff Thi Hong Phi Nguyen is a resident and citizen of League City, League City County, Texas

1241.    Plaintiff Hong Thanh Nguyen is a resident and citizen of Long beach, Harrison County, Mississippi

1242.    Plaintiff Hong Van Nguyen is a resident and citizen of San Leon, Galveston County, Texas

1243.    Plaintiff Hong Yen Nguyen is a resident and citizen of Palacios, Matagorda County, Texas

1244.    Plaintiff Hong Nguyen is a resident and citizen of Houston, Harris County, Texas

1245.    Plaintiff Huan Phi Nguyen is a resident and citizen of Houston, Harris County, Texas

1246.    Plaintiff Hue Ngoc Nguyen is a resident and citizen of Fort Worth, Tarrant County, Texas

1247.      Plaintiff Billy Nghien is a resident and citizen of Biloxi, Harrison County, Mississippi

1248.      Plaintiff Huey Nguyen is a resident and citizen of Houston, Harris County, Texas

1249.      Plaintiff Hung Duc Nguyen is a resident and citizen of D'Ibervilles, Harrison County, Mississippi

1250.      Plaintiff Hung Manh Nguyen is a resident and citizen of Palacios, Matagorda County, Texas

1251.      Plaintiff Hung Minh Nguyen is a resident and citizen of Houston, Harris County, Texas

1252.      Plaintiff Hung Phi Plaintiff Huey Nguyen is a resident and citizen of Houston, Harris County, Texas

1253.      Plaintiff Hung Nguyen Plaintiff Huey Nguyen is a resident and citizen of Houston, Harris County, Texas

1254.      Plaintiff Hung Phuoc Nguyen is a resident and citizen of Biloxi, Harrison County, Mississippi

1255.      Plaintiff Hung Thanh Nguyen is a resident and citizen of Palacios, Matagorda County, Texas

1256.      Plaintiff Hung Van Nguyen is a resident and citizen of Franklin, St. Mary County, Louisiana

1257.      Plaintiff Hung Van Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1258.      Plaintiff Hung Van Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1259.      Plaintiff Huong Nguyen is a resident and citizen of New Iberia, Iberia Parash County, Louisiana

1260.      Plaintiff Huong Cam Nguyen is a resident and citizen of Oak Island, Chambers County, Louisiana

1261.      Plaintiff Huong Ngoc Nguyen is a resident and citizen of Anahuac, Chambers County, Texas

1262.      Plaintiff Huong Thi Nguyen is a resident and citizen of Pearland, Brazoria County, Texas

1263.      Plaintiff Huong Van Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1264.      Plaintiff Huong Xuan Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1265.      Plaintiff Hon Huu Nguyen is a resident and citizen of League City, League City County, Texas

1266.      Plaintiff Huu Phuc Nguyen is a resident and citizen of Abilene, Taylor County, Texas

1267.      Plaintiff Huynh Van Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1268.      Plaintiff Jackie Trang Nguyen is a resident and citizen of Bacliff, Galveston County, Texas

1269.     Plaintiff Jane Luu Nguyen is a resident and citizen of Houston, Harris County, Texas

1270.     Plaintiff Jason Thanh Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1271.     Plaintiff Jason Tuyen Nguyen is a resident and citizen of Mobile, Mobile County, Alabama

1272.     Plaintiff Jefferson Viet Nguyen is a resident and citizen of D'Ibervilles, Harrison County, Mississippi

1273.     Plaintiff Jennie Huong Nguyen is a resident and citizen of League City, League City County, Texas

1274.     Plaintiff Jenny Nguyen is a resident and citizen of Pensacola, Escambia County, Florida

1275.     Plaintiff Jenny Nguyen is a resident and citizen of League City, League City County, Texas

1276.     Plaintiff Jimmy Vinh Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1277.     Plaintiff Jimmy Nguyen is a resident and citizen of Houston, Harris County, Texas

1278.     Plaintiff Joe Nguyen is a resident and citizen of Palacios, Matagorda County, Texas

1279.     Plaintiff John N. Nguyen is a resident and citizen of Sugarland, Fort Bend County, Texas

1280.     Plaintiff John Nguyen is a resident and citizen of Mobile, Mobile County, Alabama

1281.     Plaintiff John Nguyen is a resident and citizen of Houston, Harris County, Texas

1282.     Plaintiff John Nguyen is a resident and citizen of Houston, Harris County, Texas

1283.     Plaintiff Johnny Hien Nguyen is a resident and citizen of Sea Drift, Calhoun County, Texas

1284.     Plaintiff Johnny Van Nguyen is a resident and citizen of Abbeville, Vermilion Parish County, Louisiana

1285.     Plaintiff Johnny Nguyen is a resident and citizen of Houston, Harris County, Texas

1286.     Plaintiff Johnny Van Nguyen is a resident and citizen of Bacliff, Galveston County, Texas

1287.     Plaintiff Julie Kim Nguyen is a resident and citizen of Pearland, Brazoria County, Texas

1288.     Plaintiff Kaylen Trinh Nguyen is a resident and citizen of Pasadena, Harris County, Texas

1289.     Plaintiff Kelvin Nguyen is a resident and citizen of New Orleans, Orleans Parish County, Louisiana

1290.     Plaintiff Kenny Nguyen is a resident and citizen of Houston, Harris County, Texas

1291.    Plaintiff Kevin Minh Nguyen is a resident and citizen of League City, League City County, Texas

1292.    Plaintiff Kevin Minh Nguyen is a resident and citizen of Pensacola, Escambia County, Florida

1293.    Plaintiff Kevin Van Nguyen is a resident of Biloxi, Harrison County, Mississippi

1294.    Plaintiff Kevin Phong Nguyen is a resident and citizen of Richmond, Fort Bend County, Texas

1295.    Plaintiff Khanh Phi Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1296.    Plaintiff Khanh Van Nguyen is a resident and citizen of Ocean Springs, Jackson County, Mississippi

1297.    Plaintiff Khanh Van Nguyen is a resident and citizen of Dickerson, Galveston County, Texas

1298.    Plaintiff Khiem Nhu Nguyen is a resident and citizen of Bridge City, Orange County, Texas

1299.    Plaintiff Khiem Quang Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1300.    Plaintiff Khiem Thein Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1301.    Plaintiff Kho Thai Nguyen is a resident and citizen of Houston, Harris County, Texas

1302.    Plaintiff Kien Van Nguyen is a resident and citizen of Orange, Orange County, Texas

1303.    Plaintiff Kiet Tuan Nguyen is a resident and citizen of Houston, Harris County, Texas

1304.    Plaintiff Kieu Nga Thi nguyen is a resident and citizen of Cut Off, Lafourche Parish County, Louisiana.

1305.    Plaintiff Kieu Oanh Nguyen is a resident and citizen of Beaumont, Jefferson County, Texas

1306.    Plaintiff Kim Chi Thi Nguyen is a resident and citizen of Anahuac, Chambers County, Texas

1307.    Plaintiff Kim Hong Nguyen is a resident and citizen of Vancleave, Jackson County, Mississippi

1308.    Plaintiff Kim Loan Nguyen is a resident and citizen of Houston, Harris County, Texas

1309.    Plaintiff Kim Thoa Nguyen is a resident and citizen of Palacios, Matagorda County, Texas

1310.    Plaintiff Thoa Kim Nguyen is a resident and citizen of Houston, Harris County, Texas

1311.    Plaintiff Lac Van Nguyen is a resident and citizen of Houston, Harris County, Texas

1312.    Plaintiff Lai Thi Nguyen is a resident and citizen of Anahuac, Chambers County, Texas

1313.     Plaintiff Lai Van Nguyen is a resident and citizen of Houston, Harris County, Texas

1314.     Plaintiff Lam Van Nguyen is a resident and citizen of Ocean Springs, Jackson County, Mississippi

1315.     Plaintiff Lam Nguyen is a resident and citizen of League City, League City County, Texas

1316.     Plaintiff Lan Van Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1317.     Plaintiff Lap Van Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1318.     Plaintiff Lap Van Nguyen is a resident and citizen of San Leon, Galveston County, Texas

1319.     Plaintiff Le Thi Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1320.     Plaintiff lee Van Nguyen is a resident and citizen of New Iberia, Iberia Parash County, Louisiana

1321.     Plaintiff Leo Nguyen is a resident and citizen of Groves, Jefferson County, Texas

1322.     Plaintiff Liem Thanh Nguyen is a resident and citizen of Dickerson, Galveston County, Texas

1323.     Plaintiff Liem Van Nguyen is a resident and citizen of Ocean Springs, Jackson County, Mississippi

1324.     Plaintiff Lien Chau Nguyen is a resident and citizen of Richmond, Fort Bend County, Texas

1325.     Plaintiff Lien Thi Nguyen is a resident and citizen of Biloxi, Harrison County, Mississippi

1326.     Plaintiff Lieu Thi Nguyen is a resident and citizen of Friendswood, Friendswood County, Texas

1327.     Plaintiff Lien Thi Nguyen is a resident and citizen of Palacios, Matagorda County, Texas

1328.     Plaintiff Lien Van Nguyen is a resident and citizen of Biloxi, Harrison County, Mississippi

1329.     Plaintiff Lieu Hue Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1330.     Plaintiff Linh Nguyen is a resident and citizen of Sea Drift, Calhoun County, Texas

1331.     Plaintiff Linh Tuyet Nguyen is a resident and citizen of Houston, Harris County, Texas

1332.     Plaintiff Lisa Nguyen is a resident and citizen of Nederland, Jefferson County, Texas

1333.     Plaintiff Lisa Nguyen is a resident and citizen of New Iberia, Iberia Parash County, Louisiana

1334.     Plaintiff Lo Van Nguyen is a resident and citizen of Dickerson, Galveston County, Texas

1335.     Plaintiff Loan Yen Thi Nguyen is a resident and citizen of Biloxi, Harrison County, Mississippi

1336.     Plaintiff Loc Nguyen is a resident and citizen of Rockport, Aransas County, Texas

1337.     Plaintiff Loi Van Nguyen is a resident and citizen of Biloxi, Harrison County, Mississippi

1338.     Plaintiff Loi Van Nguyen is a resident and citizen of Pasadena, Harris County, Texas

1339.     Plaintiff Loi Van Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1340.     Plaintiff Long Duc Nguyen is a resident and citizen of Palacios, Matagorda County, Texas

1341.     Plaintiff Long T. Nguyen is a resident and citizen of Bacliff, Galveston County, Texas

1342.     Plaintiff Lucy Thi Nguyen is a resident and citizen of Houston, Harris County, Texas

1343.     Plaintiff Ly Thi Nguyen is a resident and citizen of Bacliff, Galveston County, Texas

1344.     Plaintiff Lynn Thu Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1345.     Plaintiff Lynn Nguyen is a resident and citizen of Pensacola, Escambia County, Florida

1346.     Plaintiff Mai Kim Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1347.     Plaintiff Mai Thi Nguyen is a resident and citizen of Pensacola, Escambia County, Florida

1348.     Plaintiff Mai Thu Nguyen is a resident and citizen of D'Ibervilles, Harrison County, Mississippi

1349.     Plaintiff Man Van Nguyen is a resident and citizen of Houston, Harris County, Texas

1350.     Plaintiff Duy Manh Nguyen is a resident and citizen of Palacios, Matagorda County, Texas

1351.     Plaintiff Manh Thi Nguyen is a resident and citizen of Ocean Springs, Jackson County, Mississippi

1352.     Plaintiff Mary Dang is a resident and citizen of Port Neches, Jefferson County, Texas

1353.     Plaintiff Men Thi Nguyen is a resident and citizen of Palacios, Matagorda County, Texas

1354.     Plaintiff Michael Nguyen is a resident of Palacios, Matagorda County, Texas

1355.     Plaintiff Michael Nguyen is a resident and citizen of New Iberia, Iberia Parash County, Louisiana

1356.     Plaintiff Minh Kim Nguyen is a resident of Palacios, Matagorda County, Texas

1357.     Plaintiff Minh Nguyen is a resident and citizen of Sea Drift, Calhoun County, Texas

1358.      Plaintiff Minh Van Nguyen is a resident and citizen of Houston, Harris County, Texas

1359.      Plaintiff Mua Van Nguyen is a resident and citizen of Houston, Harris County, Texas

1360.      Plaintiff Mung Van Nguyen is a resident and citizen of Harvey, Jefferson Parish County, Louisiana.

1361.      Plaintiff Muoi Nguyen is a resident and citizen of Fulton, Aransas County, Texas

1362.      Plaintiff Muoi Nguyen is a resident and citizen of Pearland, Brazoria County, Texas

1363.      Plaintiff My Le Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

1364.      Plaintiff Nam Hai is a resident and citizen of Groves, Jefferson County, Texas

1365.      Plaintiff Nam Van Nguyen is a resident and citizen of Palacios, Matagorda County, Texas

1366.      Plaintiff Nathan Duy Nguyen is a resident and citizen of Ocean Springs, Jackson County, Mississippi

1367.      Plaintiff Nem Thi Nguyen is a resident and citizen of Biloxi, Harrison County, Mississippi

1368.      Plaintiff Nga Thi Nguyen is a resident and citizen of Pensacola, Escambia County, Florida

1369.      Plaintiff Nga Thi Nguyen is a resident and citizen of Cantonment, Escambia County, Florida

1370.      Plaintiff Ngan Van Nguyen is a resident and citizen of Cut Off, Lafourche Parish County, Louisiana.

1371.      Plaintiff Nghia Minh Nguyen is a resident and citizen of Groves, Jefferson County, Texas

1372.      Plaintiff Ngoc Dung Thi Nguyen is a resident and citizen of D'Ibervilles, Harrison County, Mississippi

1373.      Plaintiff Ngoc Thi Nguyen is a resident and citizen of Bridge City, Orange County, Texas

1374.      Plaintiff Ngoc Trang Nguyen is a resident and citizen of Richmond, Fort Bend County, Texas

1375.      Plaintiff Ngoc Van Thi Nguyen is a resident and citizen of Biloxi, Harrison County, Mississippi

1376.      Plaintiff Nguyet Thi Nguyen is a resident and citizen of Dickerson, Galveston County, Texas

1377.      Plaintiff Nhan Thi Nguyen is a resident and citizen of Bacliff, Galveston County, Texas

1378.      Plaintiff Nhan Van Nguyen is a resident and citizen of Houston, Harris County, Texas

1379.      Plaintiff Nhan Van Nguyen is a resident of Biloxi, Harrison County, Mississippi

1380.      Plaintiff Nhanh Nguyen is a resident and citizen of Pensacola, Escambia County, Florida

1381.    Plaintiff Nhanh Nguyen is a resident and citizen of Houston, Harris County, Texas

1382.    Plaintiff, O&P MARINE WORKS, INC., is a Texas corporation doing business in Brownsville, Cameron County, Texas.

1383.    Plaintiff, OAK ISALND SEAFOOD, LLC, is a Texas corporation doing business in Anahuac, Chambers County, Texas.

1384.    Plaintiff, HAI THUY O'BRIEN, is a resident in Biloxi, Harrison County, Mississippi.

1385.    Plaintiff, THOMAS GEORGE NGUYEN O'BRIEN, is a resident in D'iberville, Harrison County, Mississippi.

1386.    Plaintiff, OCEAN PORT MAINTENANCE, INC, is a Texas corporation doing business in Brownsville, Cameron County, Texas.

1387.    Plaintiff, OCEAN WIND, INC., is a Texas corporation doing business in Palacios, Matagorda County, Texas.

1388.    Plaintiff, OCEANICA CRUZ, LLC, is a Texas corporation doing business in Brownsville, Cameron County, Texas.

1389.    Plaintiff, OCHOA & SONS TRAWLERS, INC., is a Texas corporation doing business in Brownsville, Cameron County, Texas.

1390.    Plaintiff, OCHOA TRAWLERS, INC., is a Texas corporation doing business in Brownsville, Cameron County, Texas.

1391.    Plaintiff, ALBERTO OCHOA, is a resident in Brownsville, Cameron County, Texas.

1392.    Plaintiff, DOMINGO OLVERA COLCHADO, is a resident in Bacliff, Galveston County, Texas.

1393.    Plaintiff, OMAR REYES RANGEL, is a resident in Hitchcock, Galveston County, Texas.

1394.    Plaintiff, JUAN DIEGO OSNORIO AYALA, is a resident in Conroe, Montgomery County, Texas.

1395.    Plaintiff, ANTONIO OSORNIO AYALA, is a resident in Seabrook, Harris County, Texas.

1396.    Plaintiff, JUAN HUGO OSORNIO, is a resident in San Leon, Galveston County, Texas.

1397.    Plaintiff, MARCO A. OSORNIO, JR., is a resident in Brownsville, Cameron County, Texas.

1398.    Plaintiff, MARGARITA OSORNIO, is a resident in Bacliff, Galveston, County. Texas.

1399.    Plaintiff, SANTIAGO OSORNIO, is a resident in Buras, Plaquemines Parish,

Louisiana.

1400.    Plaintiff, ARTURO OVIEDO GARCIA, is a resident in Brownsville, Cameron County, Texas.

1401.    Plaintiff, P&B MARINE, LLC, is a Texas corporation doing business in Nederland, Jefferson County, Texas.

1402.    Plaintiff, P&T MARINE, LLC, is a Texas corporation doing business in Nederland, Jefferson County, Texas.

1403.    Plaintiff, PAD MARINE, LLC, is a Texas corporation doing business in Nederland, Jefferson County, Texas.

1404.    Plaintiff, PALACIOS FISHERIES, INC., is a Texas corporation doing business in Port Lavaca, Calhoun County, Texas.

1405.    Plaintiff, PALACIOS SEAFOOD CO., is a Texas corporation doing business in Palacios, Matagorda County, Texas.

1406.    Plaintiff, PALACIOS SHRIMP CO LLC, is a Texas corporation doing business in Richmond, Fort Bend County.

1407.    Plaintiff, LUIS H. PALACIOS, is a resident in Brownsville, Cameron County, Texas.

1408.    Plaintiff, JOSE JUAN PANIAGUA LOPEZ, is a resident in Palacios, Matagorda County, Texas.

1409.    Plaintiff, EDGAR P. TAMAY, is a resident in Brownsville, Cameron County, Texas.

1410.    Plaintiff, BOBBY PARRISH, JR., is a resident in San Benito, Hidalgo County, Texas.

1411.    Plaintiff, DEBORAH PARRISH, is a resident in San Benito, Hidalgo County, Texas.

1412.    Plaintiff, PATH OF FAITH, INC, is a Texas corporation doing business in Brownsville, Cameron County, Texas.

1413.    Plaintiff, SABINO PAYAN, is a resident in Brownsville, Cameron County, Texas.

1414.    Plaintiff, MAGDALENO PENA, is a resident in Los Fresnos, Cameron County, Texas.

1415.    Plaintiff, PEPE TRAWLERS, INC., is a Texas corporation doing business in Port Isabel, Cameron County, Texas.

1416.    Plaintiff, ROMAN PEREZ CASTRO, is a Texas resident in Brownsville, Cameron County, Texas.

1417.    Plaintiff, MIGUEL ANGEL PEREZ, is a Louisiana resident in Chalmette, St.

Bernard Parish, Louisiana.

1418.    Plaintiff, LIBORIO PEREZ, is a Texas resident in Brownsville, Cameron County, Texas.

1419.    Plaintiff, BERNARDINO PEREZ, is a Texas resident in Port Isabel, Cameron County, Texas.

1420.    Plaintiff, JOSE A. PEREZ-MARTINEZ, is a Texas resident in Bacliff, Galveston County, Texas.

1421.    Plaintiff, MARIA MARGARITA PEREZ, is a Texas resident in Bacliff, Galveston County, Texas.

1422.    Plaintiff, OLIVIA PEREZ, is a Texas resident in Brownsville, Cameron County, Texas.

1423.    Plaintiff, JOSE S. RODRIGUEZ PEREZ, is a Texas resident in San Benito, Hidalgo County, Texas.

1424.    Plaintiff, AUGUSTIN PEREZ OSORNIO, is a Louisiana resident in Buras, Plaquemines Parish, Louisiana.

1425.    Plaintiff, ALEJANDRO PEREZ, is a Texas resident in Brownsville, Cameron County, Texas.

1426.    Plaintiff, ANTONIO PEREZ, is a Louisiana resident in Buras, Plaquemines Parish, Louisiana.

1427.    Plaintiff, FRANCISCO PEREZ, is a Texas resident in Port Isabel, Cameron County, Texas.

1428.    Plaintiff, GABRIELA PEREZ, is a Texas resident in Bacliff, Galveston County, Texas.

1429.    Plaintiff, JOSE A. PEREZ, JR., is a Texas resident is Palacios, Matagorda County, Texas.

1430.    Plaintiff, JOSE ANTONIO PEREZ, is Texas resident in Port Isabel, Cameron County, Texas.

1431.    Plaintiff, JOSE PEREZ CASTELLANOS, is a Texas resident in San Leon, Galveston County, Texas.

1432.    Plaintiff, JOSE L. PEREZ, is a Texas resident in Port Isabel, Cameron County, Texas.

1433.    Plaintiff, JOSE LUIS PEREZ, is a Texas resident in Port Isabel, Cameron County, Texas.

1434.    Plaintiff, JOSE PEREZ CASTELLANOS, is a Texas resident in San Leon, Galveston County, Texas.

1435.    Plaintiff, SANDRA YANET PEREZ, is a Texas resident in Dickinson, Galveston

County, Texas.

1436. Plaintiff, PESCADERIA DEL GOLFO., is a Texas corporation doing business in Brownsville, Cameron County, Texas.

1437. Plaintiff, PHAM HAI DUNG, LLC, is a Texas corporation doing business in Nederland, Jefferson County, Texas.

1438. Plaintiff, PHAM LE, LLC., is a Texas corporation doing business in Dickinson, Galveston County, Texas.

1439. Plaintiff, ANH QUOC DINH PHAM, is a Texas resident in Groves, Jefferson County, Texas.

1440. Plaintiff, BEN VAN PHAM, is a Florida resident in Pensacola, Escambia, County, Florida.

1441. Plaintiff, CHINH PHAM, is a Louisiana resident in New Iberia, Iberia Parish, Louisiana.

1442. Plaintiff, CHO VAN PHAM, is a Mississippi resident in Ocran Springs, Jackson County, Mississippi.

1443. Plaintiff, CHON PHAM, is a Texas resident in Port Arthur, Orange County, Texas.

1444. Plaintiff, DAI VAN PHAM, is a Texas resident in Port Arthur, Orange County, Texas.

1445. Plaintiff, DANNY PHAM, is a Texas resident in Groves, Jefferson County, Texas.

1446. Plaintiff, DAO VAN PHAM, is a Texas resident in Houston, Harris County, Texas.

1447. Plaintiff, DAVIDNUOC PHAM, is a Mississippi resident in D'iberville, Harrison County. Mississippi.

1448. Plaintiff, DIEU NGOC PHAM, is a Texas resident in Houston, Harris County, Texas.

1449. Plaintiff, DIEU PHAM, is a Mississippi Texas resident in Biloxi, Harrison County, Mississippi.

1450. Plaintiff, DOAN VAN PHAM, is a Texas resident in Rockport, Aransas County, Texas.

1451. Plaintiff, DONG VAN PHAM, is a Texas resident in Bridge City, Orange County, Texas.

1452. Plaintiff, DRANSON PHAM, is a Louisiana resident in Kenner, Jefferson parish, Louisiana.

1453. Plaintiff, DUC PHAM, is a Texas resident in San Leon, Galveston County, Texas.

1454.    Plaintiff, DUC V. PHAM, is a Texas resident in Anahuac, Chambers County, Texas.

1455.    Plaintiff, DUNG T PHAM, is a Texas resident in Fulton, Aransas County, Texass.

1456.    Plaintiff, HAI PHAM, is a Texas resident in Nederland, Jefferson County, Texas.

1457.    Plaintiff, HAI VAN  PHAM, is a Texas resident in Friendswood, Galveston County, Texas.

1458.    Plaintiff, HANG PHAM, is an Alabama resident in Bayou La Batre, Mobile County, Alabama.

1459.    Plaintiff, HANH VAN PHAM, is a Texas resident in Port Arthur, Orange County, Texas.

1460.    Plaintiff, HIEP VAN PHAM, is a Louisiana Resident Texas resident in Breaux Bridge, Jefferson Parish, Texas.

1461.    Plaintiff, HIEP VAN PHAM, is a Texas resident in Fulton, Aransas County, Texas.

1462.    Plaintiff, HIEP VAN PHAM, is a Texas resident in Port Neches, Jefferson County.

1463.    Plaintiff, HOAI PHAM, is an Alabama resident in Bayou La Batre, Mobile County, Alabama.

1464.    Plaintiff, HOANG PHAM, is a Texas resident in Dickinson, Galveston County, Texas.

1465.    Plaintiff, HOI PHAM, is a Texas resident in Port Arthur, Orange County, Texas.

1466.    Plaintiff, SUONG HONG PHAM, is a Mississippi resident in Bay St. Louis, Hancock County, Mississippi.

1467.    Plaintiff, HUNG PHAM, is a Louisiana resident in New Iberia, Iberia Parish, Louisiana.

1468.    Plaintiff, HUY VAN PHAM, is a Texas resident in Dickinson, Galveston County, Texas.

1469.    Plaintiff, HUYNH PHAM, is a Texas resident in Groves, Jefferson County, Texas.

1470.    Plaintiff, ICH PHAM, is a Texas resident in Port Arthur, Orange County, Texas.

1471.    Plaintiff, JAMES HIEU PHAM, is a Texas resident in Houston, Harris County, Texas.

1472.    Plaintiff, JARDEE PHAM, is a Texas resident in palacios, Matagorda County, Texas.

1473.    Plaintiff, JENNIFER PHAM, is a Texas resident in Friendswood, Galveston County, Texas.

1474.    Plaintiff, JENNY PHAM, is a Texas resident in Kemah, Galveston Count, Texas.

1475.    Plaintiff, JOHNNY TRUONG PHAM, is a Texas resident in Port Arthur, Orange County, Texas.

1476.    Plaintiff, JOSEPH SON PHAM, is a Texas resident in Palacios, Matagorda County,  Texas.

1477.    Plaintiff, THI KIN CUONG PHAM, is a Texas resident in San Leon, Galveston County, Texas.

1478.    Plaintiff, KIM THI PHAM, is a Texas resident in Bacliff, Galveston County, Texas.

1479.    Plaintiff, LE THI PHAM is a Louisiana resident in Abbeville, Vermillion Parish, Louisiana.

1480.    Plaintiff, LIEN BUI PHAM is a Texas resident in Palacios, Matagorda County, Texas.

1481.    Plaintiff, LO PHAM, is a Texas resident in Houston, Harris County, Texas.

1482.    Plaintiff, LOAHNNA PHAM is a Florida resident in Kissimmee, Osceola County, Florida.

1483.    Plaintiff, MARTIN HOANG PHAM, is a Texas resident in Groves, Jefferson County, Texas.

1484.    Plaintiff, MINH NGOC PHAM, is a Mississippi resident in Ocean Springs, Jackson County, Mississippi.

1485.    Plaintiff, MINH VAN PHAM, is an Alabama resident in Theodore, Mobile County, Alabama.

1486.    Plaintiff, MUNG PHAM is a Texas resident in Houston, Harris County, Texas.

1487.    Plaintiff, MY THI PHAM is a Texas resident in Port Arthur, Orange County, Texas.

1488.    Plaintiff, NAM PHAM is a Louisiana resident in New Iberia, Iberia Parish, Louisiana.

1489.    Plaintiff, NGONG VAN PHAM is a Texas resident in Houston, Harri County, Texas.

1490.    Plaintiff, NHAN D. PHAM is a Mississippi resident in Ocean Springs, Jackson County, Mississippi.

1491.    Plaintiff, NHAN XUAN PHAM is a Texas resident in Port Arthur, Orange County, Texas.

1492.    Plaintiff, NHI DUC PHAM is a Texas resident in San Leon, Galveston County, Texas.

1493.    Plaintiff, NICK DUNG PHAM is a Texas resident in Port Arthur, Orange County,

Texas.

1494.    Plaintiff, NISA PHAM is a Texas resident in Port Arthur, Orange County, Texas.

1495.    Plaintiff, NONG THI PHAM is a Mississippi resident in Vancleave, Jackson County, Mississippi

1496.    Plaintiff, PETER HUNG PHAM, is a Texas resident in Friendswood, Galveston County, Texas.

1497.    Plaintiff, PHA PHAM, is a Texas resident in Palacios, Matagorda County, Texas.

1498.    Plaintiff, PHI VAN PHAM, is a Texas resident in Pearland, Brazoria County, Texas.

1499.    Plaintiff, PHIM THI HO PHAM, is a Louisiana resident in New Iberia, Iberia Parish, Louisiana.

1500.    Plaintiff, PHUNG PHAM, a Texas resident in Port Arthur, Orange County, Texas.

1501.    Plaintiff, PHUONG T. PHAM, is a Louisiana resident in Youngsville, Lafayette Parish, Louisiana.

1502.    Plaintiff, PHUONG THI PHAM is a Texas resident in Seadrift, Calhoun County, Texas.

1503.    Plaintiff, QUAN PHAM, is a Mississippi resident in D'iberville, Harrison County, Mississippi.

1504.    Plaintiff, QUYEN VO PHAM is a Mississippi resident in long Beach, Harrison County, Mississippi.

1505.    Plaintiff, RAYMOND PHAM is a Texas resident in Houston, Harris County, Texas.

1506.    Plaintiff, RE PHAM is a Texas resident in Bacliff, Galveston County, Texas.

1507.    Plaintiff, RICKY RIEN PHAM is a Texas resident in Port Arthur, Orange County, Texas.

1508.    Plaintiff, RIEM THI PHAM is a Texas resident in Port Arthur, Orange County, Texas.

1509.    Plaintiff, SANDY MY PHUNG PHAM, is a Florida resident in Pensacola, Escambia County, Florida.

1510.    Plaintiff, SON PHAM is a Texas resident in Port Arthur, Orange County, Texas.

1511.    Plaintiff, SONNY NGOC HOANG PHAM is a Louisiana resident in New Iberia, Iberia Parish, Louisiana.

1512.    Plaintiff, STEPHANIE B. PHAM is a Texas resident in Rockport, Aransas County, Texas.

1513.    Plaintiff, STEVE PHAM is a Texas resident in Rockport, Aransas County, Texas.

1514.    Plaintiff, TAM THI PHAM is a Texas resident in Dickinson, Galveston County, Texas.

1515.    Plaintiff, TAN HAI PHAM is a Texas resident in San Leon, Galveston County, Texas.

1516.    Plaintiff, THAI QUOC PHAM is a Mississippi resident in Long Beach, Harrison County, Mississippi.

1517.    Plaintiff, THANG T. PHAM is a Mississippi resident in Biloxi, Harrison County, Texas.

1518.    Plaintiff, THANH VAN. PHAM is a Texas resident in Sugar Land, Fort Bend County, Texas.

1519.    Plaintiff, THAO H. PHAM is a Louisiana resident in Franklin, Franklin Parish, Louisiana.

1520.    Plaintiff, THIEN PHAM is a Texas resident in Houston, Harris County, Texas.

1521.    Plaintiff, THIEN PHAM is a Texas resident in Port Arthur, Orange County, Texas.

1522.    Plaintiff, THIET THI PHAM is a Texas resident in Port Arthur, Orange County, Texas.

1523.    Plaintiff, THU PHAM is a Texas resident in Sugar Land, Fort Bend County, Texas.

1524.    Plaintiff, TIEN THANH PHAM, is a Texas resident in San Leon, Galveston County, Texas.

1525.    Plaintiff, TINH PHAM is a Texas resident in Port Arthur, Orange County, Texas Plaintiff, TOMMY D. PHAM is a Texas resident in PORT Arthur, Orange County, , Texas.

1526.    Plaintiff, TOMMY VAN PHAM is a Texas resident in Groves, Jefferson County, Texas.

1527.    Plaintiff, TRINH THI TU PHAM is a Texas resident in Houston, Harris County, Texas.

1528.    Plaintiff, TUAN V.PHAM is a Texas resident in Humble, Harris Counry, Texas.

1529.    Plaintiff, ROBERT Q, NGYEN,  is a resident in D'Iberville, Harrison county, Mississippi.

1530.    Plaintiff, JOSE G. RAMIREZ, is a resident in San Benito, Hidalgo County, Texas.

1531.    Plaintiff, TEO GONZALEZ RAMIREZ, is a resident in Brownsville, Cameron County, Texas.

1532.    Plaintiff, JAVIER ROMERO ZUNIGA, is a resident in Port Isabel, Cameron

County, Texas.

1533.    Plaintiff, JOSE RAFAEL RAMON MORA, is a resident in Mission, Hidalgo County, Texas.

1534.    Plaintiff, ARTURO RAMOS, is a resident in La Feria, Hidalgo County, Texas.

1535.    Plaintiff, RANCHERO TRAVERS, INC., is a Texas corporation doing business in Brownsville, Cameron County, Texas.

1536.    Plaintiff, ERNESTO RANGEL, is a resident in Rio Hondo, Cameron County, Texas.

1537.    Plaintiff, RED SEA DRAGON, LLC, is a Texas corporation doing business in Sugar Land, Fort Bend County, Texas.

1538.    Plaintiff, RENAISSANCE TRAWLERS, INC., is a Texas Corportion doing business in Brownsville, Cameron County, Texas.

1539.    Plaintiff, JUAN A. RESENDEZ, is a resident in Brownsville, Cameron County, Texas.

1540.    Plaintiff, ROBERTO RESENDEZ, JR. is a resident in Brownsville, Cameron County, Texas.

1541.    Plaintiff, ROLANDO RESENDEZ, is a resident in Brownsville, Cameron County, Texas.

1542.    Plaintiff, REYES MARINE INDUSTRIES, INC.-CARLTON REYES, is a Texas corporation doing business in Los Fresnos, Cameron County, Texas.

1543.    Plaintiff, GONZALO REYES MENDEZ, is a resident in South Padre Island, Cameron County, Texas.

1544.    Plaintiff, REYES TRAWLERS, INC.-CARLTON REYES, is a Texas corporation doing business in Los Fresnos, Cameron County, Texas.

1545.    Plaintiff, LEROY REYNA, is a resident in Rockport, Aransas County, Texas.

1546.    Plaintiff, RHONDA LYNN INC.- MARK BATES, is a Texas Corporation doing business in Palacios, Matagorda County, Texas.

1547.    Plaintiff, VICTOR M. RICO, is a resident in Brownsville, Cameron County, Texas.

1548.    Plaintiff, RIO BRAZOS, INC., is a Texas corporation doing business in Palacios Matagorda County, Texas.

1549.    Plaintiff, RIOS TRAWLERS CORP., is a Texas corporation doing business in Port Isabel, Cameron County, Texas.

1550.    Plaintiff, NICOLAS RIOS ZAPATA is a resident in Brownsville, Cameron County, Texas.

1551.    Plaintiff, IDA RIOS, is a resident in Brownsville, Cameron County, Texas.

1552.    Plaintiff, SILVESTRE RIOS, is a resident in Los Fresnos, Cameron County, Texas.

1553.    Plaintiff, IDA G. RIVERA is a resident in Laguna Vista, Cameron County, Texas.

1554.    Plaintiff, JESUS MAXIMO RIVERA, is a resident in Cameron County, Texas.

1555.    Plaintiff, ROATEX ENTERPRISES, INC.-CREYES, is Texas corporation doing business in Los Fresnos, Cameron County, Texas.

1556.    Plaintiff, DIEGO RODRIGUEZ CRUZ, is a resident in Bacliff, Galveston County, Texas.

1557.    Plaintiff, ERNESTO RODRIGUEZ, is a resident in Brownsville, Cameron County, Texas.

1558.    Plaintiff, JUSTIN MATTHEW RODRIGUEZ, is a resident in Rockport, Aransas County, Texas.

1559.    Plaintiff, RODRIGUEZ TRAWLERS, LLC, is a Texas corporation doing business in Port Isabel, Cameron County, Texas.

1560.    Plaintiff, JAVIER C. RODRIGUEZ, is a resident in Palacios, Matagorda County, Texas.

1561.    Plaintiff, JOSE ANGEL RODRIGUEZ, is a resident in San Benito, Hidalgo County, Texas.

1562.    Plaintiff, JUAN M. RODRIGUEZ, is a resident in Los Fresnos Cameron County, Texas.

1563.    Plaintiff, MIGUEL ANGEL ROJAS, is a resident in San Leon, Galveston County, Texas.

1564.    Plaintiff, WENSCESLAO ROJAS, is a resident in Brownsville, Cameron County, Texas.

1565.    Plaintiff, FLOR E, ROMAN, is a resident in Brownsville, Cameron County, Texas.

1566.    Plaintiff, ANGEL ROQUE, is a resident in Port Isabel, Cameron County, Texas.

1567.    Plaintiff, RUBEN ROSAS, is a resident in Los Fresnos, Cameron County, Texas.

1568.    Plaintiff, STEFANI AMINTA RUIZ COTO, is a resident in Houston, Harris County, Texas.

1569.    Plaintiff, JORGE RUIZ RODRIGUEZ, is a resident in Brownsville, Cameron County, Texas.

1570.    Plaintiff, CAMILO AGUILA RUIZ, is a resident in Brownsville, Cameron County, Texas.

1571.    Plaintiff, IDA RIOS, is a resident in Brownsville, Cameron County, Texas.

1572.    Plaintiff, JOSE A RUIZ, is a resident in Brownsville, Cameron County, Texas.

1573.    Plaintiff, WILMER RUIZ is a resident in Brownsville, Cameron County, Texas.

1574.    Plaintiff, SALOMON SAAVEDRA MORLAES, is a resident in Bacliff, Galveston County, Texas.

1575.    Plaintiff, SACRED FLEET, INC., is a Texas corporation doing business in Brownsville, Cameron County, Texas.

1576.    Plaintiff, SAINT PETER VESSEL, INC., is a Texas corporation doing business in Houston, Harris County, Texas.

1577.    Plaintiff, ISIDRO SALAS, III, is a resident in ,Friendswood, Galveston County, Texas.

1578.    Plaintiff, KARINA SALAZAR, is a resident in Galveston, Galveston County, Texas.

1579.    Plaintiff, JAIME SALDANA, is a resident in San Benito, Hidalgo County, Texas.

1580.    Plaintiff, ARNOLDO SALDIERNA, is a resident in Palacios, Matagorda County, Texas.

1581.    Plaintiff, JOSE M. SALDIERNA, is a resident in Palacios Matagorda County, Texas.

1582.    Plaintiff, ROGELIO SALDIERNA, is a resident in , Rosenberg, Fort Bend County, Texas.

1583.    Plaintiff, HUGO MARIO SALINAS, is a resident in Harlingen, Cameron County, Texas.

1584.    Plaintiff, HUGO MARIO SALINAS, JR., is a resident in San Benito,

1585.    Hidalgo County, Texas.

1586.    Plaintiff, HAI SAM, is a resident in College Station, Brazos County, Texas.

1587.    Plaintiff, TAM SAM, is a resident in Houston, Harris County, Texas.

1588.    Plaintiff, SAM'S CRAB SUPPLIES-BANG D. NGUYEN, is a Texas corporation doing business in Anahuac, Chambers County, Texas.

1589.    Plaintiff, TINOCO PASTOR SANCHEZ, is a resident in Los Fresnos, Cameron County, Texas.

1590.    Plaintiff, JORGE SANCHEZ, is a resident in Brownsville, Cameron County, Texas.

1591.    Plaintiff, ROLANDO SANCHEZ, is a resident in Brownsville, Cameron County, Texas.

1592.    Plaintiff, HILDA M. SANDERS, is a resident in Olmito, Cameron County, Texas.

1593.     Plaintiff, SEAN A.  SANDERS, is a resident in Olmito, Cameron County, Texas.

1594.     Plaintiff, SETH A. SANDERS, is a resident in Olmito, Cameron County, Texas.

1595.     Plaintiff, JUAN PABLO SANDOVAL, is a resident in Port Isabel, Cameron County, Texas.

1596.     Plaintiff, SANTA FE CRUZ, LLC, is a Texas corporation doing business in Brownsville, Cameron County, Texas.

1597.     Plaintiff, SANTA MARIA, INC., is a Mississippi corporation doing business in Biloxi, Harrison County, Mississippi

1598.     Plaintiff, SANTA MONICA, LLC., is a Texas Corporation doing business in Brownsville, Cameron County, Texas.

1599.     Plaintiff, HIEM SARA, is a resident in Port Arthur, Orange County, Texas.

1600.     Plaintiff, SEA CHALLENGER CORP-ANDY HAI HUYNH, is a Texas corporation doing business in Galveston, Galveston County, Texas.

1601.     Plaintiff, SEA GODDESS, LLC-ANNA PHAN, is an Alabama corporation doing business in Theodore, Mobile County, Alabama.

1602.     Plaintiff, SEA JOKER, INC., is a Texas corporation doing business in Brownsville, Cameron County, Texas.

1603.     Plaintiff, SEAGREEN DEVELOPMENT CORP, is a Texas corporation doing business in Brownsville, Cameron County, Texas.

1604.     Plaintiff, GARRY SEAMAN, SR., is a resident in Palacios, Matagorda County, Texas.

1605.     Plaintiff, GREGORY TROY SEAMAN, is a resident in Palacios, Matagorda County, Texas.

1606.     Plaintiff, SEBASTIANO A. VALASTRO, is a resident in Galveston, Galveston County, Texas.

1607.     Plaintiff, MAURILIO SERVIN, is a resident in Bacliff, Galveston County, Texas.

1608.     Plaintiff, ERECK SERVIN, is a resident in Bacliff, Galveston County, Texas.

1609.     Plaintiff, SEVEN KIDS CO-CHIN NGO, is a Florida corporation doing business in Pensacola, Escambia County, Florida.

1610.     Plaintiff, SHRMP HUNTER 1, INC., is a Texas corporation doing business in Palacios, Matagorda County, Texas.

1611.     Plaintiff, SHRMP HUNTER 2, INC., is a Texas corporation doing business in Palacios, Matagorda County, Texas.

1612.     Plaintiff, SHRMP HUNTER 3, INC., is a Texas corporation doing business in Palacios, Matagorda County, Texas.

1613. Plaintiff, SHRMP HUNTER 4, INC., is a Texas corporation doing business in Palacios, Matagorda County, Texas.

1614. Plaintiff, SHRMP HUNTER 5, INC., is a Texas corporation doing business in Palacios, Matagorda County, Texas.

1615. Plaintiff, SHRIMP TRAWLER PLAYBOY, INC., is a Texas corporation doing business in Brownsville, Cameron County, Texas.

1616. Plaintiff, SHRIMP TRAWLER VALLEY, INC., is a Texas corporation doing business in Brownsville, Cameron County, Texas.

1617. Plaintiff, SHUFNA FESHERY, LLC-VINN LIEM VAN TRUONG, is a Texas corporation doing business in Houston, Harris County, Texas.

1618. Plaintiff, SI SE PUEDE, INC., is a Texas corporation doing business in Brownsville, Cameron County, Texas.

1619. Plaintiff, GRISELDA G. SIERRA, is a resident in Brownsville Cameron County, Texas.

1620. Plaintiff, APOLINAR SILVA, is a resident in port Isabel, Cameron County, Texas.

1621. Plaintiff, SINAI TRAWLERS INC., is a Texas corporation doing business in Brownsville, Cameron County, Texas.

1622. Plaintiff, SNODGRASS BROTHERS NC.-UNCLE BILLY, is a Texas corporation doing business in Brownsville, Cameron County, Texas.

1623. Plaintiff, SNODGRASS, INC., is a Texas corporation doing business in Brownsville, Cameron County, Texas.

1624. Plaintiff, MICHAEL S. SNODGRASS is a resident in Brownsville Cameron County, Texas.

1625. Plaintiff, MONTHA SOK, is a resident in Ocean Springs, Jackson County, Mississippi.

1626. Plaintiff, SON TRUONG VU, is a resident in Lafayette, Lafayette Parish, Louisiana.

1627. Plaintiff, SON'S REVELATION, INC., is a Texas corporation doing business in Brownsville, Cameron County, Texas.

1628. Plaintiff, ELIAS M. SOSA, is a resident in Los Fresnos, Cameron County, Texas.

1629. Plaintiff, JOSE A. SOSA MALDONADO, is a resident in Brownsville, Cameron County, Texas.

1630. Plaintiff, PAULINO SOSA MENDOZA, is a resident in Port Isabel, Cameron County, Texas.

1631. Plaintiff, ROMAN SOTO DURAN, is a resident in Bacliff, Galveston County,

Texas.

1632.    Plaintiff, JOSE ANGEL SOTO, is a resident in Pasadena, Harris County, Texas.

1633.    Plaintiff, GREGORIO SOTO RIVAS, is a resident in San Leon, Galveston County, Texas.

1634.    Plaintiff, SOUTH COAST SEAFOOD-HUY BEN NGUYEN, is a Texas corporation doing business in Seadrift, Calhoun County, Texas.

1635.    Plaintiff, SOUTH BELLE FISHING CO LLC-TRAN THY HONG, is a Georgia corporation doing business in Lilburn, Gwinnett County, Georgia.

1636.    Plaintiff, SOUTH BELLE II FISHING CO-VU HUYNH is a Georgia corporation doing business in Lilburn, Gwinnett County, Georgia.

1637.    Plaintiff, SSB BRIGADIERE, LLC, -NICOLE is a Texas corporation doing business in Galveston, Galveston County, Texas.

1638.    Plaintiff, SSB BRIGADIERE, LLC, -SEBASTIANO is a Texas corporation doing business in Galveston, Galveston County, Texas.

1639.    Plaintiff, ST. ANTHONY FISHING LLC,-TRAN THU HONG  is a Georgia corporation doing business in Lilburn, Gwinnett County, Georgia.

1640.    Plaintiff, ST. ANTHONY FISHING LLC,-VU HUYNH is a Georgia corporation doing business in Lilburn, Gwinnett County, Georgia.

1641.    Plaintiff, ST. CLARA, LLC, is a Texas corporation doing business in Palacios, Matagorda County, Texas.

1642.    Plaintiff, ST. MICHAEL II-ELIZABETH NGUYEN is a Texas corporation doing business in Port Arthur, Orange County, Texas.

1643.    Plaintiff, ST. MICHAEL-ELIZABETH NGUYEN is a Texas corporation doing business in Port Arthur, Orange County, Texas.

1644.    Plaintiff, ST PHILLIP, INC.-LE MINH is a Texas corporation doing business in Palacios, Matagorda County, Texas.

1645.    Plaintiff, ST PHILLIP, INC.-CAY TRAN  is a Texas corporation doing business in Palacios, Matagorda County, Texas.

1646.    Plaintiff, ST. TADEO II LLC-MIEN TRAN is a Mississippi corporation doing business in Long Beach, Harrison County, Mississippi.

1647.    Plaintiff, ST VINCENT ANDREW, INC., is a Texas corporation doing business in Palacios, Matagorda County, Texas.

1648.    Plaintiff, NOEL JOSE SUAREZ, is a resident in Orlando, Orange County, Florida. Texas.

1649.    Plaintiff, SUB ARMAS, INC., is a Texas corporation doing business in Port Isabel, Cameron County, Texas.

1650.     Plaintiff, SUNRISE CRAB TRAP, is a Louisiana corporation doing business in New Iberia, Iberia Parish, Louisiana.

1651.     Plaintiff, SUPERSAVE FOOD STORE BAIT SHOP-TIN VIET NGUYEN, is a Texas corporation doing business in Houston, Harris County, Texas.

1652.     Plaintiff, SY, LLC-YEN TRAN, is a Mississippi corporation doing business in Ocean Springs, Jackson County, Mississippi.

1653.     Plaintiff, CAROL SYBOUTLAN, is a resident in San Leon, Galveston County, Texas.

1654.     Plaintiff, T SEAFOOD, is a Texas corporation doing business in Port Arthur, Orange County, Texas.

1655.     Plaintiff, T&L EXPRESS, INC., is a Texas corporation doing business in League City, Galveston County, Texas.

1656.     Plaintiff, T&L II, INC.-TIFFANY THAI is a Texas corporation doing business in League City, Galveston County, Texas.

1657.     Plaintiff, T&L LEGACY, INC., is a Texas corporation doing business in League City, Galveston County, Texas.

1658.     Plaintiff, T&L LEGEND, INC., is a Texas corporation doing business in League City, Galveston County, Texas.

1659.     Plaintiff, T&L INC.-TIFFANY THAI is a Texas corporation doing business in League City, Galveston County, Texas.

1660.     Plaintiff, T&L ELITE, INC., is a Texas corporation doing business in League City, Galveston County, Texas.

1661.     Plaintiff, T&L III INC.-TIFFANI THAI is a Texas corporation doing business in League City, Galveston County, Texas.

1662.     Plaintiff, T&L PRIDE, INC.-TIFFANY THAI, is a Texas corporation doing business in League City, Galveston County, Texas.

1663.     Plaintiff, T&L SOFTSHELL CRAB, LLC, is a Louisiana corporation doing business in New Iberia, Iberia Parish, Louisiana.

1664.     Plaintiff, T&R MARINE LLC-CINDY NGUYEN., is a Texas corporation doing business in Nederland, Jefferson County, Texas.

1665.     Plaintiff, T&R MARINE LLC-ROSE NGUYEN, is a Texas corporation doing business in Nederland, Jefferson County, Texas.

1666.     Plaintiff, T&R MARINE LLC-THU NGUYEN, is a Texas corporation doing business in Nederland, Jefferson County, Texas.

1667.     Plaintiff, T&Y SEAFOOD, LLC-THOMAS LY, is a Texas corporation doing business in Anahuac, Chambers County, Texas.

1668.    Plaintiff, RAYMOND TA, is a resident in Bacliff, Galveston County, Texas.

1669.    Plaintiff, DON TA  is a resident in Dickinson, Galveston County, Texas.

1670.    Plaintiff, PHUONG DINH TA, is a resident in Biloxi, Harrison County, Mississippi.

1671.    Plaintiff, THIEN TA, is a resident in Abbeville, Vermillion Parish, Louisiana.

1672.    Plaintiff, TAM PHAM, is a resident in D'iberville, Harrison County, Mississippi.

1673.    Plaintiff, RENH NA TANG, is a resident in New Iberia, Iberia parish, Louisiana.

1674.    Plaintiff, EDGAR N. TAPIA CASTILLO, is a resident in Palacios, Matagorda County,Texas.

1675.    Plaintiff, TAQ MARINE LLC-TRAN HOANG, is a Texas corporation doing business in Nederland, Jefferson County, Texas.

1676.    Plaintiff, TAQ MARINE LLC-CINDY NGUYEN, is a Texas corporation doing business in Nederland, Jefferson County, Texas.

1677.    Plaintiff, TEAL TRAWLERS LLC-GARY GRAHAM, is a Texas corporation doing business in Brazoria, Brazoria County, Texas.

1678.    Plaintiff, ALBERTO TECUM CHIMIN, is a resident in Texas City, Galveston County, Texas.

1679.    Plaintiff, ARACELI TERRAZAS LARA, is a resident in Rockport, Aransas County, Texas.

1680.    Plaintiff, RODOLFO TERRAZAS VELASQUEZ, is a resident in Seabrook, Harris County, Texas.

1681.    Plaintiff, TEXAS FISHERIES, INC, is a Texas corporation doing business in Palacios. Matagorda County, Texas.

1682.    Plaintiff, TEXAS GULF SEAFOOD, INC.-ANDY HAI HUYNH, is a Texas corporation doing business in Galveston, Galveston County, Texas.

1683.    Plaintiff, TEXAS GULF TRAWLING, LLC, is a Texas corporation doing business in Brownsville, Cameron County, Texas.

1684.    Plaintiff, TEXAS MARINE SHIPYARD, LLC-ANDY HAI HUYNH, is a Texas corporation doing business in Dickinson, Galveston County, Texas.

1685.    Plaintiff, TEXAS PACK, INC., is a Texas corporation doing business in Port Isabel, Cameron County, Texas.

1686.    Plaintiff, TEXAS PACK, INC-SAMMY SNODGRASS, is a Texas corporation doing business in Brownsville, Cameron County, Texas.

1687.    Plaintiff, TEXAS PACK, INC.-HARLEY LONDRIE, is a Texas corporation doing business in Laguna Vista, Cameron County, Texas.

1688.    Plaintiff, TEXAS PACK, INC.-GREGORY LONDRIE, is a Texas corporation doing business in Laguna Vista, Cameron County, Texas.

1689.    Plaintiff, TEXAS PACK, INC.-PENNY LOUPE, is a Texas corporation doing business in Brownsville, Cameron County, Texas.

1690.    Plaintiff, TEXAS PACK, INC.-PRESTON HANCE, is a Texas corporation doing business in San Benito, Hidalgo County, Texas.

1691.    Plaintiff, TEXAS PACK, INC.-SETH A. SANDERS, is a Texas corporation doing business in Olmito, Cameron County, Texas.

1692.    Plaintiff, TEXAS PACK, INC., is a Texas corporation doing business in Port Isabel, Cameron County, Texas.

1693.    Plaintiff, TEXGULFMARCO COMPANY INC, is a Texas corporation doing business in Brownsville, Cameron County, Texas.

1694.    Plaintiff, HONG THACH, is a resident in Dickinson, Galveston County, Texas.

1695.    Plaintiff, KHET THACH, is a resident in New Iberia, Iberia Parish, Louisiana.

1696.    Plaintiff, TRANG XUAN TRAN, is a resident in New Iberia, Iberia Parish, Louisiana.

1697.    Plaintiff, THAI EXPRESS II, INC.-TIFFANI THAI, is a Texas corporation doing business in League City, Galveston County, Texas.

1698.    Plaintiff, THAI EXPRESS, INC, is a Texas corporation doing business in League City, Galveston County, Texas.

1699.    Plaintiff, CALVIN THAI, is a resident in League City, Galveston County, Texas

1700.    Plaintiff, DIEM TRANG PHUONG THAI, is a resident in New Iberia, Iberia Parish, Louisiana.

1701.    Plaintiff, HOA VAN THAI is a resident in Houma, Terrebonne Parish, Louisiana.

1702.    Plaintiff, STEPHANY THAI, is a resident in League City, Galveston County,Texas.

1703.    Plaintiff, THI KIM CHUONG THAI, is a resident in D'iberville, Harrison County, Mississippi.

1704.    Plaintiff, TIFFANY THAI, is a resident in League City, Galveston County, Texas.

1705.    Plaintiff, THANH HA, LLC, is a Texas corporation doing business in League City, Galveston County, Texas.

1706.    Plaintiff, THANH NHUT LLC-ANH T LE, is an Alabama corporation doing business in Birmingham, Jefferson County, Alabama.

1707.    Plaintiff, THANH NHUT LLC-NHIEM HUYEN VO, is a Mississippi corporation doing business in Vancleave, Jackson County, Mississippi.

1708.     Plaintiff, THE JACOB A INC.-DAVID APARACIO, is a Texas corporation doing business in Palacios, Matagorda County, Texas.

1709.     Plaintiff, THE JACOB A INC.-ERNESTO APARACIO, is a Texas corporation doing business in Palacios, Matagorda County, Texas.

1710.     Plaintiff, PHANH COT THOI, is a resident in Pensacola, Escambia, Florida.

1711.     Plaintiff, THOMAS CRABS LLC, is a Mississippi corporation doing business in Bay St. Louis, Hancock County, Mississippi.

1712.     Plaintiff, THOMAS & SONS II, INC. is a Texas corporation doing business in League City, Galveston County, Texas.

1713.     Plaintiff, THOMAS & SONS, INC. is a Texas corporation doing business in League City, Galveston County, Texas.

1714.     Plaintiff, ROBLEDO A. THOMPSON is a resident is Los Fresnos, Cameron County, Texas.

1715.     Plaintiff, LAI THI THUONG is a resident in Biloxi, Harrison County, Mississippi.

1716.     Plaintiff, TIEN HOANG ENTERPRISES, INC. is a Texas corporation doing business in Fort Worth, Tarrant County, Texas.

1717.     Plaintiff, THANH DUC TIET is a resident in Chalmette, St. Bernard parish, Louisiana.

1718.     Plaintiff, KIET LIEN TIEU is a resident in Palacios, Matagorda County, Texas.

1719.     Plaintiff, TINH HISHERMAN LLC-TINH TRAN. is a Louisiana corporation doing business in Abberville, Vermillion Parish, Louisiana.

1720.     Plaintiff, TRANG LONG NGUYEN, is a resident in Anahuac, Chambers County, Texas.

1721.     Plaintiff, TMT SEAFOOD GROUP, LLC. is a Texas corporation doing business in Anahuac, Chambers County, Texas.

1722.     Plaintiff, CHI TO, is a resident in D'iberville, Harrison County, Mississippi.

1723.     Plaintiff, MINH HONG TO, is a resident in Groves, Jefferson County, Texas.

1724.     Plaintiff, MAU TON, is a resident in Anahuac, Chambers County, Texas.

1725.     Plaintiff, QUAY TON, is a resident in Anahuac, Chambers County, Texas.

1726.     Plaintiff, BE VAN TONG, is a resident in Beaumont, Jefferson County, Texas.

1727.     Plaintiff, CATHI TONG, is a resident in Richmond, Fort Bend County, Texas.

1728.     Plaintiff, HUONG T. HOANG, is a resident in Pearland, Brazoria County, Texas.

1729.     Plaintiff, TONY MARINE, INC. is a Texas corporation doing business in

Cypress, Harris County, Texas.

1730.    Plaintiff, TONY MARINE, INC.-LAP NGUYEN is a Texas corporation doing business in Port Arthur, Orange County, Texas.

1731.    Plaintiff, ELIZABETH TORRES, is a resident in Brownsville, Cameron County, Texas.

1732.    Plaintiff, FRANCISCO TORRES, is a resident in Brownville, Cameron County, Texas.

1733.    Plaintiff, RAUL ISAAC TORRES, is a resident in Brownville, Cameron County, Texas.

1734.    Plaintiff, SAUL TORRES-OLGUIN, is a resident in Palacios, Matagorda County, Texas

1735.    Plaintiff, HANH HIM TRA, is a resident in Biloxi, Harrison County, Mississippi.

1736.    Plaintiff, LAM MANH TRA, is a resident in Biloxi, Harrison County, Mississippi.

1737.    Plaintiff, UT KIM TRA, is a resident in D'iberville, Harrison County, Mississippi.

1738.    Plaintiff, THACH VAN TRAN, is a resident in Houston, Harris County, Texas.

1739.    Plaintiff, T RAIN ROSE LE-THACH VAN TRAN, is Texas corporation doing business in Houston, Harris County, Texas.

1740.    2140. Plaintiff, VAN LE TRAN, is a resident in Houston, Harris County, Texas.

1741.    2141. Plaintiff, LINH CHI RAN, is a resident in Houston, Harris County, Texas.

1742.    2142. Plaintiff, LISA TRAN, is a resident in Port Arthur, Orange County, Texas.

1743.    2143. Plaintiff, LONG VAN TRAN, is a resident in D'iberville, Harrison County, Texas.

1744.    2144. Plaintiff, LUAN VAN TRAN, is a resident in Bacliff, Galveston County, Texas.

1745.    2145. Plaintiff, LUN K. TRAN, is a resident in Bay St. Louis, Hancock County, Mississippi.

1746.    2146. Plaintiff, MEN VAN TRAN, is a resident in Pensacola, Escambia County, Florida.

1747.    2147. Plaintiff, MICHAEL DUNG TRAN, is a resident in Houston, Harris County, Texas.

1748.    2148. Plaintiff, MIEL VAN TRAN, is a resident in Houston, Harris County, Texas.

1749.    2149. Plaintiff, MIEN TRAN, is a resident in Long Beach, Harrison County, Mississippi.

1750.    2150. Plaintiff, MIKE D TRAN, is a resident in Kenner, Jefferson Parish, Louisiana.

1751.    2152. Plaintiff, MIKE TRAN, is a resident in Port Arthur, Orange 2150. County, Texas.

1752.    2153. Plaintiff, MINH DANG TRAN, is a resident in Ocean Springs, Jackson County, Mississippi.

1753.    2154. Plaintiff, MINH TAN TRAN, is a resident in Houston, Harris County, Texas.

1754.    2156. Plaintiff, MINH TAN TRAN, is a resident in Houston, Harris County, Texas.

1755.    2157. Plaintiff, MOI THI TRAN, is a resident in Rockport, Aransas County, Texas.

1756.    2158. Plaintiff, MUOI TRAN, is a resident in Nederland, Jefferson County, Texas.

1757.    2159. Plaintiff, NAM B. TRAN, is a resident in Bacliff, Galveston County, Texas.

1758.    2160. Plaintiff, NAM TRAN, is a resident in Houston, Harris County, Texas.

1759.    2161. Plaintiff, NAM TRAN, is a resident in Houston, Haris County, Texas.

1760.    2162. Plaintiff, NANCY TRAN, is a resident in Pearland, Brazoria County, Texas.

1761.    2163.  Plaintiff, NANG VAN TRAN, is a resident in Biloxi, Harris County, Mississippi.

1762.    2164. Plaintiff, NGA LE TRAN, is a resident in Dickinson, Galveston County, Texas.

1763.    2165. Plaintiff, NGA THU THI TRAN, is a resident in Ocean Springs, Jackson County, Mississippi

1764.    2166. Plaintiff, NGAT B.  TRAN, is a resident in League City, Galveston County, Texas.

1765.    2167. Plaintiff, NGOC LOAN TRAN, is a resident in Dickinson, Galveston County, Texas.

1766.    2168. Plaintiff, NGOC VAN TRAN, is a resident in Houston, Harris County, Texas.

1767.    2169. Plaintiff, NGUYEN TRAN, is a resident in New Iberia, Iberia Parish, Louisiana.

1768.    2170. Plaintiff, NGUYET MINH TRAN, is a resident in Port Arthur, Orange County, Texas.

1769.    2171. Plaintiff, HNAN QUOC TRAN, is a resident in League City, Galveston

County, Texas.

1770.    2172. Plaintiff, HNANH V. TRAN, is a resident in Groves, League City, Galveston County, Texas.

1771.    2173. Plaintiff, NHAT VAN TRAN, is a resident in Groves, Jefferson County, Texas.

1772.    2174. Plaintiff, NHU TRAN, is a resident in Anahuac, Chambers County, Texas.

1773.    2175. Plaintiff, NIKKI TRAN, is a resident in Groves, Jefferson County, Texas.

1774.    2176. Plaintiff, PETER TRAN, is a resident in Groves, Jefferson County, Texas.

1775.    2177. Plaintiff, PETER NGHI TRAN, is a resident in Port Arthur, Orange County, Texas.

1776.    2178.   Plaintiff, PETER TRUONG TRAN, is a resident in Palacios, Matagorda County, Texas.

1777.    2179. Plaintiff, PHAN VAN TRAN, is a resident in Bay St. Louis, Hancock County, Mississippi.

1778.    2180. Plaintiff, PHUONG THOY TRAN, is a resident in Dickinson, Galveston County,  Texas.

1779.    2181. Plaintiff, QUANG QUANG TRAN, is a resident in Sugar Land, Fort Bend County, Texas.

1780.    2182. Plaintiff, QUOC PHONG TRAN, is a resident in pass Christian, Harrison County, Mississippi.

1781.    2183. Plaintiff, RANDY TRAN, is a resident in Houston, Harris County,  Texas.

1782.    2184. Plaintiff, RICHARD TRAN, is a resident in Houston, Harris County, Texas.

1783.    2185. Plaintiff, SANG TRAN, is a resident in Port Arthur, Orange County, Texas.

1784.    2186. Plaintiff, SANG VAN TRAN, is a resident in Bay St. louis, Hancock County, Mississippi.

1785.    2187. Plaintiff, SINH THIEN TRAN, is a resident in Port Arthur, Orange County, Texas.

1786.    2188.   Plaintiff, SON HOANG TRAN, is a resident in Baton Rouge, East Baton Rouge Parish, Louisiana.

1787.    2189.   Plaintiff, SON QUOC TRAN, is a resident in Pass Christian, Harrison County, Mississippi.

1788.    2190. Plaintiff, TAM T. TRAN, is a resident in blessing, Matagorda County, Texas.

1789.    2191. Plaintiff, TAM TRAN, is a resident in Fulton, Aransas County, Texas.

1790.     2192. Plaintiff, TAP TRAN, is a resident in Montgomery, Montgomery Conty, Alabama.

1791.     2193.   Plaintiff, THACH VAN TRAN, is a resident in Houston, Harris County, Texas.

1792.     2194. Plaintiff, THAI QUOC TRAN, is a resident in Sugar Land, Fort Bend County, Texas.

1793.     2195. Plaintiff, THAN NGOC TRAN, is a resident in League City, Galveston County, Texas.

1794.     2196. Plaintiff, THANG DUC TRAN, is a resident in Rosharon, Brazoria County, Texas.

1795.     2197. Plaintiff, THAN HOA TRAN, is a resident in Palacios, Matagorda County, Texas.

1796.     2198. Plaintiff, THANH QUOC TRAN, is a resident in Galveston, Galveston County, Texas.

1797.     2199. Plaintiff, THANH TRAN, is a resident in Rosharon, Brazoria County, Texas.

1798.     2200.   Plaintiff, THANH VAN TRAN, is a resident in Port Arthur, Orange County, Texas.

1799.     2201.   Plaintiff, THANH VAN TRAN, is a resident in Biloxi, Harrison County, Mississippi.

1800.     2202.   Plaintiff, THANH T. TRAN, is a resident in New Iberia, Iberia Parish, Louisiana.

1801.     2203.   Plaintiff, THI TRAN, is a resident in San Leon, Galveston County, Texas.

1802.     2204.   Plaintiff, THU TRAN, is a resident in Port Arthur, Orange County, Texas Texas.

1803.     2205.   Plaintiff, THU HONG THI TRAN, is a resident in Lilburn, Gwinnett, Georgia.

1804.     2206.   Plaintiff, THUAN THI TRAN, is a resident in Anahuac, Chambers County, Texas.

1805.     2207. Plaintiff, THUY NGOC TRAN, is a resident in Harris County Texas.

1806.     2208. Plaintiff, TRANG THI THU TRAN, is a resident in Beaumont, Jefferson County, Texas.

1807.     2209. Plaintiff, THUY TRANG TRAN, is a resident in Houston, Harris County, Texas.

1808.     2210.   Plaintiff, TIFFANY TRAN, is a resident in Groves, Jefferson County, Texas.

1809.    2211.   Plaintiff, TIN TRAN, is a resident in Pensacola, Escambia County, Florida.

1810.    2212.   Plaintiff, TINH TRAN, is a resident in Abberville, Vermillion Parish, Louisiana.

1811.    2213. Plaintiff, TOMMY TRAN, is a resident in Biloxi, Harrison County, Mississippi.

1812.    2214.   Plaintiff, TOMMY VAN TRAN is a resident in Houston, Harris County,

1813.    Texas.

1814.    2215.   Plaintiff, TONY TRAN, is a resident in Pensacola, Escambia, Florida.

1815.    2216. Plaintiff, TONY TRAN, is a resident in Biloxi, Harrison County, Mississippi

1816.    2217. Plaintiff, TOT TRAN, is a resident in Montgomery, Montgomery County, Alabama.

1817.    2218. Plaintiff, TRAC T. TRAN, is a resident in Seadrift, Calhoun County, Texas.

1818.    2219. Plaintiff, TRANG TRAN, is a resident in Rosharon, Brazoria County, Texas.

1819.    2220.   Plaintiff, TRANG NGOC TRAN, is a resident in Port Arthur, Orange County, Texas.

1820.    2221. Plaintiff, TRI T. TRAN, is a resident in New Iberia, Iberia Parish, Louisiana.

1821.    2222.   Plaintiff, TROY TRAN, is a resident in Pearland, Brazoria County, Texas.

1822.    2223. Plaintiff, TRUNG BAO TRAN, is a resident in Houston, Harris County, Texas.

1823.    2224. Plaintiff, TRUNG MINH NGO TRAN, is a resident in Pensacola, Escambia County, Florida.

1824.    2225. Plaintiff, TRUONG TRAN, is a resident in Pearland, Brazoria County, Texas.

1825.    2226. Plaintiff, TUYEN ANH TRAN, is a resident in Biloxi, Harrison County, Mississippi.

1826.    2227. Plaintiff, TUAN ANH TRAN, is a resident in Nederland, Jefferson County, Texas.

1827.    2228. Plaintiff, TUAN NGOC TRTAN, is a resident in Groves, Jefferson County, Texas.

1828.    2229. Plaintiff, TUAN VAN TRAN, is a resident in Houston, Harris County, Texas.

1829.    2230.   Plaintiff, TU TRAN, is a resident in Houston, Harris County.

1830.    2231.   Plaintiff, TUYEN TRAN, is a resident in Port Arthur, Orange, County, Texas.

1831.    2232. Plaintiff, TUYEN TRAN, is a resident in Grand Prairie, Dallas County, Texas.

1832.    2234. Plaintiff, TUYET THYTRAN is a resident in Port Arthur, Orange County, Texas.

1833.    2235. Plaintiff, TUYET TRAN is a resident in Fulton, Aransas County, Texas.

1834.    2236. Plaintiff, VAN C. TRAN is a resident in Port Arthur, Orange County, Texas.

1835.    2237. Plaintiff, VICTOR TRAN is a resident in Dickinson, Galveston County, Texas.

1836.    2238.   Plaintiff, VINCENT TRAN is a resident in Nederland, Jefferson County, Texas.

1837.    2239. Plaintiff, VINH PHUOC TRAN is a resident in Biloxi, Harrison County, Mississippi.

1838.    2240. Plaintiff, VUONG BA TRAN is a resident in D'iberville, Harrison County, Mississippi.

1839.    2241.   Plaintiff, XI THI TRAN s a resident in Bridge City, Orange County, Texas.

1840.    2242. Plaintiff, XU TRAN, is a resident in Houston, Harris County, Texas.

1841.    2243. Plaintiff, XUAN Q. TRAN s a resident in Houston, Harris County, Texas.

1842.    2244. Plaintiff, YEN TRAN s a resident in Ocean Springs, Jackson County, Mississippi.

1843.    2245.   Plaintiff, JEM TU TRANG, is a resident in Bay St. Louis, Hancock County, Mississippi.

1844.    2246. Plaintiff, TAN TRANG, is a resident in Ocean Springs, Jackson County, Mississippi.

1845.    2247.   Plaintiff, TRUONG THO TRANG, is a resident in Houston, Harris County, Texas.

1846.    2248. Plaintiff, TRAWLER DOCTOR BILL-Wallis Craig, is a Texas Corporation doing business in Palacios, Matagorda County, Texas.

1847.    2249.   Plaintiff, TRAWLER EMMANUEL, INC., is a Texas Corporation doing business in Palacios, Matagorda County, Texas.

1848.    2250. Plaintiff, TRAWLER GULF RUNNER-Wallis Craig, is a Texas Corporation doing business in Palacios, Matagorda County, Texas.

1849.    2251 Plaintiff, TRAWLER MASTER ALSTON Wallis Craig, is a Texas Corporation doing business in Palacios, Matagorda County, Texas.

1850.    2252. Plaintiff, TRAWLER MISS KELSEY- Wallis Craig, is a Texas Corporation doing business in Palacios, Matagorda County, Texas.

1851.    2253.  Plaintiff, TRAWLER POP'S PRIDE Wallis Craig, is a Texas Corporation doing business in Palacios, Matagorda County, Texas.

1852.    2254.  Plaintiff, TRAWLER WALLACE -Wallis Craig, is a Texas Corporation doing business in Palacios, Matagorda County, Texas.

1853.    2255.  Plaintiff, MARCO ANTONIO TREVINO, is a resident in Brownsville, Cameron County, Texas.

1854.    2256.  Plaintiff, VO TRI, is a resident in Houston, Harris County, Texas.

1855.    2257.  Plaintiff, HIEP TRIEU, is a resident in Vancleave, Jackson County, Mississippi.

1856.    2258.  Plaintiff, LY TRIEV, is a resident in Biloxi, Harrison County, Mississippi.

1857.    2259.  Plaintiff, GINA R. TRIMINO, is a resident in New Orleans, Orleans Parish, Louisiana.

1858.    2260. Plaintiff, CA THI TRINH, is a resident in Ocean Springs, Jackson County, Mississippi.

1859.    2261. Plaintiff, GIANG VAN TRINH, is a resident in Houston, Harris County, Texas.

1860.    2262. Plaintiff, STEVEN SITIEN TRINH, is a resident in Long Beach, Harris County, Mississippi.

1861.    2263. Plaintiff, TAO TRINH, is a resident in Palacios, Matagorda County, Texas.

1862.    2264. Plaintiff, TERESA TRINH, is a resident in Seadrift, Calhoun County, Texas.

1863.    2265.  Plaintiff, THUONG HUU TRINH, is a resident in Biloxi, Harris County, Mississippi.

1864.    2266. Plaintiff, THUONG THI TRINH, is a resident in Seadrift, Calhoun County, Texas.

1865.    2267.  Plaintiff, BINH VAN TRUONG, is a resident in Lafayette, Lafayette Parish, Louisiana.

1866.    2268.  Plaintiff, CRYSTAL TRUONG, is a resident in League City, Galveston County, Texas.

1867.    2269.  Plaintiff, HOANG ANH TRUONG is a resident in Lafayette, Lafayette Parish, Louisiana.

1868.    2270.  Plaintiff, HUNG VAN TRUONG, is a resident in Dickinson, Galveston

County, Texas.

1869.    2271.   Plaintiff, HUNG V. TRUONG, is a resident in Galveston, Galveston County, Texas.

1870.    2272.   Plaintiff, HUONG V. TRUONG, is a resident in Biloxi, Harris County, Mississippi.

1871.    2273.   Plaintiff, KOYNG TRUONG is a resident in Galveston, Galveston County, Texas.

1872.    2274.   Plaintiff, LIEM THANH TRUONG, is a resident in Texas City, Galveston County. Texas

1873.    2275. Plaintiff, PAT TRUONG, is a resident in Houston, Harris County, Texas.

1874.    2276. Plaintiff, PHUC MINH TRUONG, is a resident in Buras, Plaquemines Parish, Louisiana.

1875.    2277. Plaintiff, QUANG TRUONG, is a resident in Beaumont, Jefferson County, Texas.

1876.    2278.   Plaintiff, THEM VAN TRUONG, is a resident in Orange, Orange County, Texas.

1877.    2279.   Plaintiff, TUAN VAN TRUONG, is a resident in Houston, Harris County, Texas.

1878.    2280.   Plaintiff, TUAN TRUONG, is a resident in Houma, Terrebonne Parish, Louisiana.

1879.    2281.   Plaintiff, VINNY LIEM VAN TRUONG is a resident in Houston, Harris County, Texas.

1880.    2282. Plaintiff, VU DINH TRUONG is a resident in Bay St. Louis, Hancock County, Mississippi.

1881.    2283.   Plaintiff, EDDIE T. TU, is a resident in Anahuac, Chambers County, Texas.

1882.    2284. Plaintiff, HAI VAN TU, is a resident in Biloxi, Harrison County, Mississippi.

1883.    2285.   Plaintiff, MICHAEL H. TU, is a resident in Anahuac, Chambers County, Texas.

1884.    2286.   Plaintiff, TWIN CITY SHRIMP COMPANY, is a Texas corporation doing business in Brownsville, Cameron County, Texas.

1885.    2287.   Plaintiff, TWO FISHING FRIENDS, INC, is a Texas corporation doing business in Brownsville, Cameron County. Texas.

1886.    2288.   Plaintiff, TWO GIRLS, INC., is a Texas corporation doing business in Port Isabel, Cameron County, Texas.

1887.     2289.   Plaintiff, TWO SS & THREE LS, is a Texas corporation doing business in Port Isabel, Cameron County, Texas.

1888.     2290.   Plaintiff, UNIVERSAL I INVESTMENT, INC., is a Texas corporation doing business in Port Arthur, Orange County, Texas.

1889.     2291.   Plaintiff, UNITED SEAFOOD, INC., is a Texas corporation doing business in League City, Galveston County, Texas.

1890.     2292. Plaintiff, UNIVERSAL I INVESTMENT, INC., is a Texas corporation doing business in Port Arthur, Orange County, Texas.

1891.     2293. Plaintiff, SEBASTIANO A. VALASTRO, is a resident of Galveston, Galveston County, Texas.

1892.     2294. Plaintiff, VICTOR VALDEZ, is a resident of Brownsville, Cameron County, Texas.

1893.     2295.   Plaintiff, MARY J. VALENZUELA, is a resident of Port Isabel, Cameron County, Texas.

1894.     2296.   Plaintiff, ARTURO VALLES ESPINO, is a resident of Brownsville, Cameron County, Texas.

1895.     2297.   Plaintiff, ANDY HAI HUYNH, is a resident of Galveston County, Texas.

1896.     2298.   Plaintiff, CATHY N. HUYNH, is a resident of Galveston, Galveston County, Texas.

1897.     2299.   Plaintiff, DUNG DINH VAN, is a resident of Dickinson, Galveston County, Texas.

1898.     2300.   Plaintiff, PHONG VAN, is a resident of        Dickinson, Galveston County, Texas.

1899.     2301.   Plaintiff, THANH DINH VAN, is a resident of league City, Galveston County, Texas.

1900.     2302.   Plaintiff, Y. DINH VAN, is a resident of Dickinson, Galveston County, Texas.

1901.     2303.   Plaintiff, VAN THI TRANG, is a resident of Lafayette, Lafayette parish, Louisiana.

1902.     2304.   Plaintiff, JAHZEL VARELA VASQUEZ, is a resident of Los Fresnos, Cameron County, Texas.

1903.     2305. Plaintiff, FRANCISCO VARELA, is a resident of Brownsville, Cameron County, Texas.

1904.     2306.   Plaintiff, JOSUE RICARDO VARGAS HUERTA, is a resident of Hitchcock, Galveston County, Texas.

1905.     2307.   Plaintiff, VARON, INC., is a Texas corporation doing business in

Brownsville, Cameron County, Texas.

1906.    2308.   Plaintiff, MARIA T. VASQUEZ-ACEVES, is a resident of Brownsville, Cameron County, Texas Palacios, Matagorda County, Texas.

1907.    2309.   Plaintiff, ARTURO VAZQUEZ MORALES, is a resident of Bacliff, Galveston County, Texas

1908.    2310. Plaintiff, HILARIO VAZQUEZ MIORALES, is a resident of Bacliff, Galveston County, Texas.

1909.    2311.   Plaintiff, JOSE RAMIRO VAZQUEZ MORALES, is a resident of Bacliff, Galveston County, Texas.

1910.    2312.   Plaintiff, ABEL CRUZ VASQUEZ, is a resident of Bacliff, Galveston County, Texas.

1911.    2313.   Plaintiff, JOSE DOLFO VEGA GUZMAN, is a resident of Brownsville, Cameron County,

1912.    2314.   Plaintiff, TOMAS VEGA, is a resident of Brownsville, Texas.

1913.    2315.   Plaintiff, MAURO VELA, is a resident of Brownsville, Cameron County, Texas.

1914.    2316. Plaintiff, ANDRES VELASQUEZ, is a resident of Brownsville, Cameron County, Texas.

1915.    2317. Plaintiff, JOSE F. VELASQUEZ, is a resident of Buras, Plaquemines Parish, Louisiana.

1916.    2318.   Plaintiff, VERA CRUZ, LLC, is a Texas Corporation doing business in Brownsville, Cameron County, Texas.

1917.    2319.   Plaintiff, VICTORIA ROSE, INC., is a Texas corporation doing business in Palacios, Matagorda County, Texas.

1918.    2320.   Plaintiff, VIGILANTE, INC., is a Texas corporation doing business in Brownsville, Cameron Counrty. Texas

1919.    2321.   Plaintiff, VILLA DEL GOLFO, INC., is a Texas corporation doing business in Brownsville, Cameron County, Texas.

1920.    2322 Plaintiff, FRANCISCO JAVIER VILLA, is a resident of Brownsville, Cameron County, Texas.

1921.    2323.   Plaintiff, DANIEL M. VILLAGRAN, is a resident of Port Isabel, Cameron County, Texas.

1922.    2324.   Plaintiff, NGA PHI VO, is a resident of Port Arthur, Orange County, Texas.

1923.    2325.   Plaintiff, BAN THI VO, is a resident of Port Arthur, Orange County, Texas.

1924.    2326.    Plaintiff, BAO THI VO, is a resident of Long Beach, Harris County, Mississippi.

1925.    2327.    Plaintiff, CAM VAN VO is a resident of Rockport, Aransas County, Texas.

1926.    2328.    Plaintiff, CANH VO, is a resident of Ocean Springs, Jackson County, Mississippi.

1927.    2329.    Plaintiff, CUONG VO, is a resident of Houston, Harris County, Texas.

1928.    2330.    Plaintiff, DAVID VO, is a resident of Pensacola, Escambia County, Florida.

1929.    2331.    Plaintiff, DE DANG VO, is a resident of Bay St. louis, Hancock County, Mississippi.

1930.    2332.    Plaintiff, DUNG VO, is a resident of Rockport, Aransas County, Texas.

1931.    2334.    Plaintiff, HAI VAN VO is a resident of Groves, Jefferson County, Texas.

1932.    2335.    Plaintiff, HAO THI VO, is a resident of Bridge City, Orange County, Texas.

1933.    2336.    Plaintiff, HIEN PHI VO, is a resident of El Campo, Wharton County, Texas.

1934.    2337.    Plaintiff, HIEU NGOC Voi s a resident of Groves, Jefferson County, Texas.

1935.    2338.    Plaintiff, HOAI VAN VO, is a resident of Houston, Harris County, Texas.

1936.    2339.    Plaintiff, HUNG PHI VO, is a resident of El Campo, Wharton County, Texas.

1937.    2340.    Plaintiff, HUY PHI VO, is a resident of El Campo, Wharton County, Texas.

1938.    2341.    Plaintiff, JIM MINH VO, is a resident of Galveston, Galveston County, Texas.

1939.    2342.    Plaintiff, JOHNNY VO, is a resident of Biloxi, Harris County, Mississippi.

1940.    2344.    Plaintiff, KEVIN HAI VO, is a resident of Houston, Harris County, Texas.

1941.    2345.    Plaintiff, KIM LOI THI VO, is a resident of Ocean Springs, Jackson County, Mississippi.

1942.    2346.    Plaintiff, MA PHI VO, is a resident of Sachse, Dallas County, Texas.

1943.    2347. Plaintiff, MEN VAN VO, is a resident of Rockport, Aransas County, Texas.

1944.    2348.    Plaintiff, MINH VO, is a resident of Palacios, Matagorda County, Texas.

1945.    2349. Plaintiff, HO NGOC VO is a resident of Pensacola, Escambia County, Florida.

1946.    2350.   Plaintiff, NHAN THE VO, is a resident of Biloxi, Harrison County. Mississippi.

1947.    2351.   Plaintiff, NHIEM HUYEN VO, is a resident of Vancleave, Jackson County, Mississippi.

1948.    2352.   Plaintiff, PHI TRI VO, is a resident of Pascagoula, Jackson County, Misissisppi.

1949.    2353.   Plaintiff, QUAN VO, is a resident of Bay St. louis, Hancock County, Mississippi.

1950.    2354.   Plaintiff, RICHARD H. VO, is a resident of Cypress, Harris County, Texas, Texas.

1951.    2355.   Plaintiff, SON D. VO is a resident of Mobile, Mobile County, Alabama.

1952.    2356. Plaintiff, TAI VAN VO, is a resident of League City, Galveston County, Texas.

1953.    2357. Plaintiff, THU VO, is a resident of Houston, Harris County, Texas.

1954.    2358.   Plaintiff, THY UYEN VO, is a resident of Palacios, Matagorda County, Texas.

1955.    2359.   Plaintiff, TON VAN VO is a resident of Port Arthur, Jefferson County, Texas.

1956.    2360.   Plaintiff, TRUC PHUONG VO, is a resident of Anahuac, Channelview County, Texas.

1957.    2361.   Plaintiff, TRUONG VO, is a resident of Anahuac, Channelview County, Texas.

1958.    2362.   Plaintiff, TUYEN VO, is a resident of Bacliff, Galvesto0n County. Texas.

1959.    2363.   Plaintiff, VICTOR VUYNH VO, is a resident of San Leon, Galveston County, Texas.

1960.    2364.   Plaintiff, VAN XIEM VO, is a resident of Port Arthur, Jefferson County, Texas.

1961.    2365.   Plaintiff, XINH VO, is a resident of Bay St. Louis, Hancock County, Mississippi.

1962.    2366.   Plaintiff, JACK VONG, is a resident of Anahuac, Chambers County, Texas.

1963.    2367. Plaintiff, TOM VONG, is a resident of Anahuac, Chambers County, Texas.

1964.    2368.   Plaintiff, VT&L, INC.  is a Louisiana Corporation doing business in Abbeville, Vermilion Parish, Louisiana.

1965.    2369. Plaintiff, DOAN VIET VU, is a resident of Palacios, Matagorda County, Texas.

1966.    2370.   Plaintiff, DUNG VU, is a resident of Palacios, Matagorda County, Texas.

1967.    2371.   Plaintiff, HOA VU, is a resident of Houston, Harris County, Texas.

1968.    2372.   Plaintiff, HUYNH DINH VU, is a resident of Rockport, Aransas County, Texas.

1969.    2373. Plaintiff, HUYNH NGOC VY, is a resident of Lilburn, Gwinnett, Georgia.

1970.    2374.   Plaintiff, HUYNH VIET VU, is a resident of Palacios, Matagorda County, Texas.

1971.    2375.   Plaintiff, JIM VU, is a resident of Palacios, Matagorda County, Texas.

1972.    2376.   Plaintiff, KHANH JEFFERSON VU, is a resident of Palacios, Matagorda County, Texas.

1973.    2377.   Plaintiff, PHONG VU, is a resident of Rosharon, Brazoria County, Texas.

1974.    2378.   Plaintiff, RUYEN V. VU is a resident of Palacios, Matagorda County, Texas.

1975.    2379.   Plaintiff, THANH VIET VU, is a resident of Palacios, Matagorda County, Texas.

1976.    2380. Plaintiff, THIEN VU, is a resident of Houston, Harris County, Texas.

1977.    2381.   Plaintiff, THUY ANH VU, is a resident of Nederland, Jeffersson County, Texas.

1978.    2382.   Plaintiff, TOM VU, is a resident of Palacios, Matagorda County, Texas.

1979.    2383.   Plaintiff, TONY VU, is a resident of Palacios, Matagorda County, Texas.

1980.    2384.   Plaintiff, TRUNG VIET VU, is a resident of Palacios, Matagorda County, Texas.

1981.    2385. Plaintiff, TUYEN JACK VU, is a resident of Palacios, Matagorda County, Texas.

1982.    2386. Plaintiff, CAM VAN VUONG, is a resident of Palacios, Matagorda County, Texas.

1983.    2387.   Plaintiff, LINCOLN MINH VY, is a resident of Port Arthur, Orange County, Texas.

1984.    2388    Plaintiff, CARIG A. WALLIS, is a resident of Palacios, Matagorda County, Texas.

1985.    2389.   Plaintiff, KEITH WALLIS, is a resident of Palacios, Matagorda County, Texas.

1986.      2390.   Plaintiff, WAR WAGON, INC., is a Texas corporation doing business in Brownsville, Cameron County, Texas.

1987.      2391.   Plaintiff, WHISKEY JOE, INC., is a Texas corporation doing business in Brownsville, Cameron County, Texas.

1988.      2392.   Plaintiff, WILDERNESS TRAVELERS, INC., is a Texas corporation doing business in Port Isabel, Cameron County, Texas.

1989.      2391.   Plaintiff, WESLEY WAYNE WOLFE, is a resident of Brownsville, Cameron County, Texas.

1990.      2392.   Plaintiff, WYLE MILAM, INC. is a Texas corporation doing business resident of Palacios, Matagorda County, Texas.

1991.      2393.   Plaintiff, YDT HOLDINGS, LLC., is a Texas Corporation doing business in Dickinson, Galveston County, Texas.

1992.      2394.   Plaintiff, LORENA YERENA, is a resident of Brownsville, Cameron County, Texas.

1993.      2395.   Plaintiff, ANASTACIO ZAMARRON RAMOAS, is a resident of Corpus Christi, Nuecs County, Texas.

1994.      2394    Plaintiff, MAURICIO ZAPATA, is a resident of Brownsville, Cameron County, Texas.

1995.      2395.   Plaintiff, ZARAGOZA, INC., is a Texas corporation doing business in Port Isabel, Cameron County, Texas.

1996.      2396.   Plaintiff, DARIO ZARCO GONZALEZ, is a resident of Brownsville, Cameron County, Texas.

1997.      2397.   Plaintiff, DARIO S. ZARCO, is a resident of Brownsville, Cameron County, Texas.

1998.      2398.   Plaintiff, ROLANDO ZEPEDA, is resident of Los Fresnos, Cameron County, Texas.

1999.      2399.   Plaintiff, ZIMCO MARINE, LLC, is a Texas corporation doing business in the Brownsville, Cameron County, Texas.

2000.      2400.    Plaintiff, INOCENTE, ZURITA, is a resident of Port Isabel, Cameron County, Texas.

2001.      Plaintiff, Tran Hoa Van, is a resident in Seadrift, Calhoun County, Texas.

2002.      Plaintiff, Tran Van, Doan is a resident in Palacios, Matagorda County, Texas

2003.      Plaintiff, Tran Allen Hai, is a resident in Houston, Harris County, Texas

2004.      Plaintiff, Tran Andy Duong, is a resident in New Iberia, Iberia County, Louisiana

2005.      Plaintiff, Tran Anna Hongnga, is a resident in Houston, Harris County, Texas

2006.     Plaintiff, Tran Anna Lien, is a resident in Porth Arthur, Jefferson County, Texas

2007.     Plaintiff, Tran Anthony Thai-Van, is a resident in Porth Author, Jefferson County, Texas

2008.     Plaintiff, Tran Bach Tan, is a resident in Fulton, Aransas County, Texas

2009.     Plaintiff, Tran Ba, is a resident in League City, Galveston County, Texas

2010.     Plaintiff, Tran Bau, Thi, is a resident in Ocean Springs, Jackson County, Mississippi

2011.     Plaintiff, Tran Bill Dinh, is a resident in Friendswood, Galveston County, Texas

2012.     Plaintiff, Tran Calvin Van, is a resident in New Iberia, Iberia County, Louisiana

2013.     Plaintiff, Tran Cam Hue, is a resident in Rosharon, Brazoria County, Texas

2014.     Plaintiff, Tran Cay, is a resident in Palacios, Matagorda County, Texas

2015.     Plaintiff, Tran Chung, is a resident in Mobile, Mobile County, Alabama

2016.     Plaintiff, Tran Chung Ngoc, is a resident in Bayou La Batre, Mobile County, Alabama

2017.     Plaintiff, Tran Cong Ngoc, is a resident in New Orleans, Orleans County, Louisiana

2018.     Plaintiff, Tran Cong Van, is a resident in Houston, Harris County, Texas

2019.     Plaintiff, Tran Dai, is a resident in Port Arthur, Jefferson County, Texas

2020.     Plaintiff, Tran Dai Van, is a resident in New Iberia, Iberia County, Louisiana

2021.     Plaintiff, Tran Dan, is a resident in Bay Saint Luis, Hancock County, Mississippi

2022.     Plaintiff, Tran Diep Thi, is a resident in New Iberia, Iberia County, Luisiana

2023.     Plaintiff, Tran Dinh Thi, is a resident in Dickinson, Galveston County, Texas

2024.     Plaintiff, Tran Van Dan, is a resident in Palacios, Matagorda County, Texas

2025.     Plaintiff, Tran Dong, is a resident in League City, Galveston County, Texas

2026.     Plaintiff, Tran Dung Van, is a resident in Port Author, Jefferson County, Texas

2027.     Plaintiff, Tran Dung Van, is a resident in Groves, Jefferson County, Texas

2028.     Plaintiff, Tran Dung Van, is a resident in Pensacola, Escambia County, Texas

2029.     Plaintiff, Tran Duyen, is a resident in New Iberia, Iberia County, Louisiana

2030.    Plaintiff, Tran Elaine Dung, is a resident in Port Author, Jefferson County, Texas

2031.    Plaintiff, Tran Eric, is a resident in Port Author, Jefferson County, Texas

2032.    Plaintiff, Tran Ganh Van, is a resident in Bay Saint Louis, Hancock County, Texas

2033.    Plaintiff, Tran Han, is a resident in Pensacola, Escambia County, Texas

2034.    Plaintiff, Tran Hang Thi, is a resident in Orange, Orange County, Texas

2035.    Plaintiff, Tran Hanh Van, Bridge City, Orange County, Texas

2036.    Plaintiff, Tran Hao Dinh, is a resident in Dickenson, Galveston County, Texas

2037.    Plaintiff, Tran Hao Thanh, is a resident in Houston, Harris County, Texas

2038.    Plaintiff, Tran Hero, is a resident in Port Arthur, Jefferson County, Texas

2039.    Plaintiff, Tran Hien Thi-Le, is a resident in Pass Christian, Harrison County, Texas

2040.    Plaintiff, Tran Hoa, is a resident in Abbeville, Larimer County, Louisiana

2041.    Plaintiff, Tran Hea Van, is a resident in Houston, Harris County, Texas

2042.    Plaintiff, Tran Hoa Van, is a resident in Jeanerette, Iberia County, Texas

2043.    Plaintiff, Tran Hoang Minh, is a resident in Abbeville, Vermilion County, Texas

2044.    Plaintiff, Tran Hoan Quoc, is a resident in Nederland, Jefferson County, Texas

2045.    Plaintiff, Tran Hon Thi, is a resident in Biloxi, Harrison County, Mississippi

2046.    Plaintiff, Tran Hong Thi, is a resident in Waveland, Hancock County, Mississippi

2047.    Plaintiff, Tran Hong Van, is a resident in New Iberia, Iberia County, Louisiana

2048.    Plaintiff, Tran Hue My Thi, is a resident in Port Athur, Jefferson County, Texas

2049.    Plaintiff, Tran Hue Thi, is a resident in New Orleans, Orleans County, Texas

2050.    Plaintiff, Tran Thi My Hue, is a resident in Port Arthur, Jefferson County, Texas

2051.    Plaintiff, Tran Hung, is a resident in Houston, Harris County, Texas

2052.    Plaintiff, Tran Hung Thi, is a resident in Bridge City, Orange County, Texas

2053.    Plaintiff, Tran Hung Van, is a resident in Bridge City, Orange County, Texas

2054.    Plaintiff, Tran Hung Van, is a resident in Buras, Saint Benard County, Louisiana

2055.    Plaintiff, Tran Hung, is a residen in Chalmette, Saint Benard County, Louisiana

2056.    Plaintiff, Tran Jack Tien Minh, is a resident in Houston, Harris County, Texas

2057.    Plaintiff, Tran Jackie, is a resident in Houston, Harris County, Texas

2058.    Plaintiff, Tran James, is a resident in Dickinson, Galveston County, Texas

2059.    Plaintiff, Tran Jim Duc, is a resident in Houston, Harris County, Texas

2060.    Plaintiff, Tran Jimmy, is a resident in Bacliff, Galveston County, Texas

2061.    Plaintiff, Tran Johnny Trung, is a resident in Port Arthur, Jefferson County, Texas

2062.    Plaintiff, Tran Ken Thi, is a resident in San Leon, Galveston County, Texas

2063.    Plaintiff, Tran Kevin, is a resident in Houston, Harris County, Texas

2064.    Plaintiff, Tran Khanh, is a resident in Theodore, Mobile County, Alabama

2065.    Plaintiff, Tran Khuyen, is a resident in Abbeville, Vermilion County, Louisiana

2066.    Plaintiff, Tran Kiet Huu, is a resident in Sugar Land, Fort Bend County, Texas

2067.    Plaintiff, Tran Kieu Quoc is a resident in Pass Christian, Harrison County, Texas

2068.    Plaintiff, Tran Kieu T, is a resident in Gretna, Jefferson County, Texas

2069.    Plaintiff, Tran Kieu Thi, is a resident in Houston, Harris County, Texas

2070.    Plaintiff, Tran Kimp Hoa T, is a resident in Oak Island, Chambers County Texas

2071.    Plaintiff, Tran Kim Oanh-Thi, is a resident in Richmond, Fort Bend County, Texas

2072.    Plaintiff, Tran Kimmy Lai, is a resident in Dickinson, Galveston County, Texas

2073.    Plaintiff, Tran Lap Van, is a resident in Sugar Land, Ford Bend County, Texas

2074.    Plaintiff, Tran Le Thi, is a resident in Biloxi, Harrison, Mississippi

2075.    Plaintiff, Tran Van Le. Is a resident in Houston, Harris County, Texas

2076.    Plaintiff, VANH THANH PHAM, is a Texas resident in Dickinson, Galveston County, Texas.

2077.    Plaintiff, XA THANH PHAM, is a Texas resident in Dickinson, Galveston County, Texas.

2078.    Plaintiff, XINH THI PHAM, is a Florida resident in Pensacola, Escambia County, Florida.

2079.    Plaintiff, XUNG PHAM, is a Texas resident in Beaumont, Jefferson Galveston County, Texas.

2080.

2081.

2082.

2083.       Plaintiff, NAP PHI PHO, is a Texas resident in Port Arthur, Orange County, Texas

2084.       Plaintiff, KIM DUNG PHUNG, is a Texas resident in League City, Galveston County, Texas.

2085.       Plaintiff, PHUONG THUY NGA FISHING, LLC,, is a Texas corporation doing business in Port Arthur, Orange County, Texas.

2086.       Plaintiff, HILARIO PIMIENTA, is a Texas resident in Brownsville, Cameron County, Texas.

2087.       Plaintiff, ALFONSO PIMIENTA, is a Texas resident in Brownsville, Cameron County, Texas.

2088.       Plaintiff, JUAN ANGEL PINEDA, JR., is a Florida resident in Pensacola, Escambia County, Florida.

2089.       Plaintiff, RUBEN HURTADO PINEDA, is a Texas resident in Brownsville, Cameron County, Texas.

2090.       Plaintiff, PLATA CRUZ, LLC, is a Texas corporation doing business in Brownsville, Cameron County, Texas.

2091.       Plaintiff, PLATINUM SEAFOOD SERVICES, INC., is a Texas corporation doing business in Houston, Harris County, Texas.

2092.       Plaintiff, MARCELINO J. PLIEGO, is a Texas resident in Brownsville, Cameron County, Texas.

2093.       Plaintiff, POCKRUS & SONS, INC., is a Texas corporation doing business in Olmito, Cameron County, Texas.

2094.       Plaintiff, GERALD EARL POCKRUS., is a Texas resident in Harlingen, Cameron County, Texas.

2095.       Plaintiff, SUSAN POCKRUS., is a Texas resident in Harlingen, Cameron County, Texas.

2096.       Plaintiff, POC-TAL TRAWLERS, INC., is a Texas corporation doing business in Olmito, Cameron County, Texas.

2097.       Plaintiff, ADALBERTO PONCE, is a Texas resident in Rio Hondo, Cameron County, Texas.

2098.       Plaintiff, IRVIN ALBERTO PONCE, is a Texas resident in Rio Hondo, Cameron County, Texas.

2099.       Plaintiff, ANDY PONCE, is a Texas resident in Rio Hondo, Cameron County,

Texas.

2100.     Plaintiff, JONATHAN PONCE, is a Texas resident in Rio Hondo, Cameron County, Texas.

2101.     Plaintiff, JUAN PONCE, is a Texas resident in Rio Hondo, Cameron County, Texas.

2102.     Plaintiff, KEVIN PONCE, is a Texas resident in Rio Hondo, Cameron County, Texas.

2103.     Plaintiff, MANUEL PRADO, is a Texas resident in Brownsville, Cameron County,  Texas.

2104.     Plaintiff, PRINCESS CINDY, LLC, is a Mississippi corporation doing business in Harrison County, Mississippi.

2105.     Plaintiff, TOM LE, is a Texas resident in Houston, Harris County, Texas.

2106.     Plaintiff, PRINCESS JASMINE II, LLC, is an Alabama corporation doing business in Theodore, Mobile County, Alabama.

2107.     Plaintiff, PRINCESS KELLY, LLC, is an Alabama corporation doing business in Theodore, Mobile County, Alabama.

2108.     Plaintiff, PRINCESS STEFFANY, LLC, is a Texas corporation doing business in Richmond, Fort Bend County, Texas.

2109.     Plaintiff, JOSAFAT PRUDENCIO FERRAL, is a Texas resident in Port Isabel, Cameron County, Texas.

2110.     Plaintiff, PTM 4 LLC, is a Mississippi corporation doing business in Biloxi, Harrison County, Mississippi.

2111.     Plaintiff, PTM, LLC, is a Mississippi corporation doing business in Biloxi, Harrison County, Mississippi.

2112.     Plaintiff, PURATA TRAWLERS, INC., is a Texas corporation doing business in Los Fresnos, Cameron County, Texas.

2113.     Plaintiff, CRISPIN PURATA, is a Texas resident in Los Fresnos, Cameron County, Texas.

2114.     Plaintiff, JESSE NOE PURATA, is a Texas resident in Los Fresnos, Cameron County, Texas.

2115.     Plaintiff, MARIA FELIX PURATA, is a Texas resident in Los Fresnos, Cameron County, Texas.

2116.     Plaintiff, PEDRO N. PURATA, is a Texas resident in Los Fresnos, Cameron County, Texas.

2117.     Plaintiff, SI QUACH, is a Louisiana resident in Abberville, Vermillion Parish, Louisiana.

2118.     Plaintiff, ANH QUACH, is a Mississippi resident in Biloxi, Harrison County, Mississippi.

2119.     Plaintiff, GIANG HAI QUACH, is a Texas resident in Port Arthur, Orange County, Texas.

2120.     Plaintiff, HANG MY THI QUACH, is a Texas resident in Anahuac, Chambers County, Texas.

2121.     Plaintiff, JAMES DUNG QUACH, is a Texas resident in Beaumont, Jefferson County, Texas.

2122.     Plaintiff, LINH QUACH, is a Mississippi resident in Biloxi, Harrison County, Mississippi.

2123.     Plaintiff, PHUNG QUACH, is a Texas resident in Houston, Harris County, Texas.

2124.     Plaintiff, THAI MINH QUACH, is a Texas resident in Houston, Harris County, Texas.

2125.     Plaintiff, VIET QUACH, is a Texas resident in Houston, Harris County, Texas.

2126.     Plaintiff, QUEEN MARY, LLC., is a Texas resident in Brownsville, Cameron County, Texas.

2127.     Plaintiff, PABLO QUIROZ, is a Texas resident in Brownsville, Cameron County, Texas.

2128.     Plaintiff, QUOC THAI CORPORATION, is a Texas corporation doing business in Sugar land, Fort Bend County, Texas.

2129.     Plaintiff, Phan Global, LLC, is an Alabama corporation doing business in Theodore, Mobile County, Alabama

2130.     Plaintiff, Phan Nguyen Enterprises, INC, is an Alabama corporation doing business in Theodore, Mobile County, Alabama

2131.     Plaintiff, Phan Adam Minh, is a resident in Richmond, Fort Bend County, Texas

2132.     Plaintiff, Phan An Van, is a resident in Bacliff, Galveston County, Texas

2133.     Plaintiff, Phan Andrew Thanh, is a resident in Theodore, Mobile County, Alabama

2134.     Plaintiff, Phan Anna, is a resident in Theodore, Mobile County, Alabama

2135.     Plaintiff, Phan Can, is a resident in Dickinson, Galveston County, Texas

2136.     Plaintiff, Phan Dat Van, is a resident in Ocean Springs, Jackson County, Mississippi

2137.     Plaintiff, Phan Devan, is a resident in Theodore, Mobile County, Alabama

2138.    Plaintiff, Phan Dinh T, is a resident in Buras, Plaquemines County, Louisiana

2139.    Plaintiff, Phan Hai Van, is a resident in Orange, Orange County, Texas

2140.    Plaintiff, Phan Hanh Van, is a resident in Houma, Terrebonne County, Louisiana

2141.    Plaintiff, Phan Hung, is a resident in Port Athur, Jefferson County, Texas

2142.    Plaintiff, Phan Jerry Long, is a resident in Pearland, Brazoria County, Texas

2143.    Plaintiff, Phan Julianne, is a resident in Sanleon, Galveston County, Texas

2144.    Plaintiff, Phan Lan, is a resident in Ocean Springs, Jackson County, Texas

2145.    Plaintiff, Phan Le Thi, is a resident in Abbeville, Vermilion County, Texas

2146.    Plaintiff, Phan Lisa, is a resident in Anahuac, Chambers County, Texas

2147.    Plaintiff, Phan Nau Van, is a resident in Houston, Harris County, Texas

2148.    Plaintiff, Phan Nhat, is a resident in Port Arthur, Jackson County, Texas

2149.    Plaintiff, Phan Quoc Dinh, is a resident in D'Iberville, Harrison County, Mississippi

2150.    Plaintiff, Phan Sang, is a resident in League City, Galveston County, Texas

2151.    Plaintiff, Phan Su Van, is a resident in Dickson, Galveston County, Texas

2152.    Plaintiff, Phan Tuan Tam, is a resident of Lilburn, Gwinnett County, Georgia

2153.    Plaintiff, Phan Thang Van, is a resident in Biloxi, Harrison County, Mississippi

2154.    Plaintiff, Phan Thanh Tan, is a resident in San Leon, Galveston County, Texas

2155.    Plaintiff, Phan Thanh Van, is a resident in Abbeville, Vermillion County, Louisiana

2156.    Plaintiff, Phan Thang Van, is a resident in Ocean Springs, Jackson County, Mississippi

2157.    Phan Thanh, is a resident of League City, Galveston County, Texas

2158.    Plaintiff, Phan Thien Phuong Houai, is a resident of Bacliff, Galveston County, Texas

2159.    Plaintiff, Phan Trao Thi, is a resident of Biloxi, Harrison County, Mississippi

2160.    Plaintiff, Phan Tu Van, is a resident of Houston, Harris County, Texas

2161.     Plaintiff **Ninh Nguyen** is a resident and citizen of Sea Drift, Calhoun County, Texas

2162.     Plaintiff **Nuong Thi Nguyen** is a resident and citizen of Bridge City, Orange County, Texas

2163.     Plaintiff Kho Thai Nguyen is a resident and citizen of Houston, Harris County, Texas

2164.     Plaintiff **Peter Van** Nguyen is a resident and citizen of **Cantonment**, **Escambia** County, **Florida**

2165.

2166.     Plaintiff **Peter Nguyen** is a resident and citizen of Palacios, Matagorda County, Texas

2167.     Plaintiff **Phat Tan Nguyen** is a resident and citizen of Fulton, Aransas County, Texas

2168.     Plaintiff **Phat Van Nguyen** is a resident and citizen of Dickerson, Galveston County, Texas

2169.     Plaintiff **Phi Van Nguyen** is a resident and citizen of Palacios, Matagorda County, Texas

2170.     Plaintiff **Phillip** Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

2171.     Plaintiff **Phong Hoang Nguuyen** is a resident and citizen of Bacliff, Galveston County, Texas

2172.     Plaintiff **Phong Thanh Nguyen** is a resident and citizen of New Iberia, Iberia Parash County, Louisiana

2173.     Plaintiff **Phong Thuan nguyen** is a Alabama corporation doing business in **Mobile**, Mobile County, Alabama

2174.     Plaintiff **Phong van Nguyen** is a resident and citizen of Lafayette, Lafayette Parish County, Louisiana

2175.     Plaintiff **Phu** Nguyen is a resident and citizen of Houston, Harris County, Texas

2176.     Plaintiff **Phuc Hong** Nguyen is a resident and citizen of Houston, Harris County, Texas

2177.     Plaintiff **Phuc Van Nguyen** is a resident and citizen of League City, League City County, Texas

2178.     Plaintiff **Phung Van Nguyen** is a resident and citizen of Beaumont, Jefferson County, Texas

2179.     Plaintiff **Phuong Duy Nguyen** is a resident and citizen of Biloxi, Harrison County, Mississippi

2180.     Plaintiff **Phuong Loan Nguyen** is a resident and citizen of Dickerson, Galveston County, Texas

2181.     Plaintiff **Phuong Ngoc** Nguyen is a resident and citizen of Houston, Harris County, Texas

2182.     Plaintiff **Phuong Thanh** Nguyen is a resident and citizen of Houston, Harris County, Texas

2183.      Plaintiff **Phuong Thi Nguyen** is a resident and citizen of Biloxi, Harrison County, Mississippi

2184.

2185.      Plaintiff **Phuong Nguyen** is a resident and citizen of Anahuac, Chambers County, Texas Plaintiff **Phillip** Nguyen is a resident and citizen of Port Arthur, Jefferson County, Texas

2186.

2187.      Plaintiff **Quan Manh Nguyen** is a resident and citizen of Palacios, Matagorda County, Texas

2188.

2189.      Plaintiff **Quan Van Nguyen** is a resident and citizen of D'Ibervilles, Harrison County, Mississippi

2190.      Plaintiff **Quang Van** Nguyen is a resident and citizen of Houston, Harris County, Texas

2191.      Plaintiff **Quang Van Nguyen** is a resident and citizen of Port Arthur, Jefferson County, Texas

2192.      Plaintiff **Quang Van Nguyen** is a resident and citizen of Port Arthur, Jefferson County, Texas

2193.      Plaintiff **Quay Hong Nguyen** is a resident and citizen of Houston, Harris County, Texas

2194.      Plaintiff **Quoc Tuan Nguyen** is a resident and citizen of Port Arthur, Jefferson County, Texas

2195.      Plaintiff **Quyen Thu Nguyen** is a resident and citizen of Rockport, Aransas County, Texas

2196.      Plaintiff **Quynh Thi Nguyen** is a resident and citizen of Lafayette, Lafayette Parish County, Louisiana

2197.      Plaintiff **Ricky Sang Nguyen** is a resident and citizen of Port Arthur, Jefferson County, Texas

2198.      Plaintiff **Rocky Nguyen** is a resident and citizen of Port Arthur, Jefferson County, Texas

2199.      Plaintiff **Roi Van Nguyen** is a resident and citizen of Houston, Harris County, Texas

2200.      Plaintiff **Roi Nguyen** is a resident and citizen of Port Arthur, Jefferson County, Texas

2201.      Plaintiff **Rose Kim** Nguyen is a resident and citizen of Nederland, Jefferson County, Texas

2202.      Plaintiff  **Sa Kim Nguyen** is a resident and citizen of Biloxi, Harrison County, Mississippi

2203.      Plaintiff **Sang Minh Nguyen** is a resident and citizen of Palacios, Matagorda County, Texas

2204.      Plaintiff **Sang Van Nguyen** is a resident and citizen of D'Ibervilles, Harrison County, Mississippi

2205.	Plaintiff **Sang Dinh Nguyen** is a resident and citizen of Palacios, Matagorda County, Texas

2206.	Plaintiff **Sanh Charlie Nguyen** is a resident and citizen of Port Arthur, Jefferson County, Texas

2207.	Plaintiff **Sau Thi Nguyen** is a resident and citizen of Rockport, Aransas County, Texas

2208.	Plaintiff **Scott Van** Nguyen is a resident and citizen of Nederland, Jefferson County, Texas

2209.	Plaintiff **Si Ngoc Nguyen** is a resident and citizen of Bridge City, Orange County, Texas

2210.	Plaintiff **Si Van Nguyen** is a resident and citizen of Bacliff, Galveston County, Texas

2211.	Plaintiff  **Soi Van Nguyen** is a resident and citizen of Biloxi, Harrison County, Mississippi

2212.	Plaintiff **Son T Nguyen** is a resident and citizen of Houston, Harris County, Texas

2213.	Plaintiff **Son Thuong Nguyen** is a resident and citizen of Houston, Harris County, Texas

2214.	Plaintiff **Son Van Nguyen** is a resident and citizen of Houston, Harris County, Texas

2215.	Plaintiff **Son Van Nguyen** is a resident and citizen of Port Arthur, Jefferson County, Texas

2216.	Plaintiff **Sony Nguyen** is a resident and citizen of Bridge City, Orange County, Texas

2217.	Plaintiff **Tai Van Nguyen** is a resident and citizen of Houston, Harris County, Texas

2218.	Plaintiff **Tam C Nguyen** is a resident and citizen of Ocean Springs, Jackson County, Mississippi

2219.	Plaintiff **Tam Nguyen** is a resident and citizen of Port Arthur, Jefferson County, Texas

2220.	Plaintiff  **Tan Van Nguyen** is a resident and citizen of Biloxi, Harrison County, Mississippi

2221.	Plaintiff  **Teo Van Nguyen** is a resident and citizen of Biloxi, Harrison County, Mississippi

2222.	Plaintiff **Teo** is a resident and citizen of Port Arthur, Jefferson County, Texas

2223.	Plaintiff **Terry Nguyen** is a resident and citizen of Houston, Harris County, Texas

2224.	Plaintiff **Thanh Nguyen** is a resident and citizen of Dickerson, Galveston County, Texas

2225.	Plaintiff **Thai Van Nguyen** is a resident and citizen of Houston, Harris County, Texas

2226.	Plaintiff **Tham Van Nguyen** is a resident and citizen of Irvington, Mobile County, Texas

2227.      Plaintiff **Thanh Hau Thi Nguyen** is a resident and citizen of New Iberia, Iberia Parash County, Louisiana

2228.      Plaintiff **Thanh Loan Thi Nguyen** is a resident and citizen of D'Ibervilles, Harrison County, Mississippi

2229.      Plaintiff **Thanh Thai Nguyen** is a resident and citizen of Lafayette, Lafayette Parish County, Louisiana

2230.      Plaintiff **Thanh Thi Nguyen** is a resident and citizen of New Iberia, Iberia Parash County, Louisiana

2231.      Plaintiff **Thanh Ty Nguyen** is a resident and citizen of Dickerson, Galveston County, Texas

2232.      Plaintiff **Thanh Van Nguyen** is a resident and citizen of Abbeville, Vermilion Parish County, Louisiana

2233.      Plaintiff **Thanh Van Nguyen** is a resident and citizen of Rockport, Aransas County, Texas

2234.      Plaintiff **Thanh Van Nguyen** is a resident and citizen of Bayou La Batre, Mobile County, Texas

2235.      Plaintiff **Thanh Van Nguyen** is a resident and citizen of Bridge City, Orange County, Texas

2236.      Plaintiff **Thanh Viet Nguyen** is a Alabama corporation doing business in Theodore, Mobile County, Alabama

2237.      Plaintiff **Thanh Nguyen** is a resident and citizen of Houston, Harris County, Texas

2238.      Plaintiff **Thao Thi Nguyen** is a resident and citizen of D'Ibervilles, Harrison County, Mississippi

2239.      Plaintiff **Thao Thi Nguyen** is a resident and citizen of Port Arthur, Jefferson County, Texas

2240.      Plaintiff **Thien Ngoc Nguyen** is a resident and citizen of Bayou La Batre, Mobile County, Texas

2241.      Plaintiff **Thiet Thanh Nguyen** is a resident and citizen of Houston, Harris County, Texas

2242.      Plaintiff **Thing Nguyen** is a resident and citizen of Victoria, Victoria County, Texas

2243.      Plaintiff **Tho Nguyen** is a resident and citizen of Port Arthur, Jefferson County, Texas

2244.      Plaintiff **Thomas Nguyen** is a resident and citizen of Dickerson, Galveston County, Texas

2245.      Plaintiff **Thu Ha Nguyen** is a resident and citizen of Houston, Harris County, Texas

2246.      Plaintiff **Thu Hien Nguyen** is a resident and citizen of Groves, Jefferson County, Texas

2247.      Plaintiff **Thu Hoang Nguyen** is a resident and citizen of Anahuac, Chambers County, Texas

2248. Plaintiff **Thu Thi Nguyen** is a resident and citizen of Port Arthur, Jefferson County, Texas

2249. Plaintiff **Thu Nguyen** is a resident and citizen of Nederland, Jefferson County, Texas

2250. Plaintiff **Thuy Bich Thi Nguyen** is a resident and citizen of Bacliff, Galveston County, Texas

2251. Plaintiff **Thuy Diem Nguyen** is a resident and citizen of Pearland, Brazoria County, Texas

2252. Plaintiff **Thuy Ngoc Nguyen** is a resident and citizen of San Leon, Galveston County, Texas

2253. Plaintiff **Thuy Nguyen** is a resident and citizen of Marrero, Jefferson Parish County, Louisiana

2254. Plaintiff **Thuy Trang Nguyen** is a resident and citizen of Palacios, Matagorda County, Texas

2255. Plaintiff **Tien Dung Nguyen** is a resident and citizen of Beaumont, Jefferson County, Texas

2256. Plaintiff **Tien Phi Nguyen** is a resident and citizen of Port Arthur, Jefferson County, Texas

2257. Plaintiff **Tien Tan Nguyen** is a resident and citizen of Houma, Terrebonne Parish County, Louisiana.

2258. Plaintiff **Tien Van Nguyen** is a resident and citizen of Port Arthur, Jefferson County, Texas

2259. Plaintiff **Tien Van Nguyen** is a resident and citizen of Port Arthur, Jefferson County, Texas

2260. Plaintiff **Ting Viet Nguyen** is a resident and citizen of Port Arthur, Jefferson County, Texas

2261. Plaintiff **Toan Nguyen** is a resident and citizen of Fort Worth, Tarrant County, Texas

2262. Plaintiff **Tom Van Nguyen** is a resident and citizen of Ocean Springs, Jackson County, Mississippi

2263. Plaintiff **Tom Nguyen** is a resident and citizen of Palacios, Matagorda County, Texas

2264. Plaintiff **Tommy Nguyen** is a resident and citizen of Buras, Plaquemines Parish County, Louisiana

2265. Plaintiff **Tommy Duc Thang Nguyen** is a resident and citizen of Houston, Harris County, Texas

2266. Plaintiff **Tommy Tran** Nguyen is a resident and citizen of **Cantonment**, **Escambia** County, **Florida**

2267. Plaintiff **Tommy Van Nguyen** is a resident and citizen of **Baton Rouge**, **East Baton Rouge** Parish County, Louisiana

2268. Plaintiff **Tony A. Nguyen** is a resident and citizen of Palacios, Matagorda County, Texas

2269.    Plaintiff **Tony Ngoc Nguyen** is  a resident and citizen of Gulfport, Harrison County, Mississippi

2270.    Plaintiff **Tony Nguyen** is a resident and citizen of Fulton, Aransas County, Texas

2271.    Plaintiff **Tony Nguyen** is a resident and citizen of Port Arthur, Jefferson County, Texas

2272.    Plaintiff **Tot Quoc Nguyen** is a resident and citizen of Houston, Harris County, Texas

2273.    Plaintiff **Tracy Bao Tran Nguyen** is a resident and citizen of Palacios, Matagorda County, Texas

2274.    Plaintiff **Tram Nguyen** is a resident and citizen of Port Arthur, Jefferson County, Texas

2275.    Plaintiff **Trang Long Nguyen** is a resident and citizen of Anahuac, Chambers County, Texas

2276.    Plaintiff **Trang Van Nguyen** is a resident and citizen of **Bentonville**, **Benton County, Arkansas**

2277.    Plaintiff **Trinh Ngoc Nguyen** is a resident and citizen of Palacios, Matagorda County, Texas

2278.    Plaintiff **Trong Thi Nguyen** is a resident and citizen of Houston, Harris County, Texas

2279.    Plaintiff **Trung Nguyen** is a resident and citizen of Long beach, Harrison County, Mississippi

2280.    Plaintiff **Trung Nguyen** is a resident and citizen of Houston, Harris County, Texas

2281.    Plaintiff **Truong Thanh Nguyen** is  a resident and citizen of Gulfport, Harrison County, Mississippi

2282.    Plaintiff **Tu Anh Nguyen** is a resident and citizen of Bacliff, Galveston County, Texas

2283.    Plaintiff **Tuan Anh Nguyen** is a resident and citizen of Houston, Harris County, Texas

2284.    Plaintiff **Tuan Anh Nguyen** is a resident and citizen of Sugarland, Fort Bend County, Texas

2285.    Plaintiff **Tuan Hang Nguyen** is a resident and citizen of Dickerson, Galveston County, Texas

2286.    Plaintiff **Tuan Thanh Nguyen** is a resident and citizen of Biloxi, Harrison County, Mississippi

2287.    Plaintiff **Tuan Trong Nguyen** is a resident and citizen of Anahuac, Chambers County, Texas

2288.    Plaintiff **Tung Minh Nguyen** is a resident and citizen of D'Ibervilles, Harrison County, Mississippi

2289.    Plaintiff **Tung Thanh Nguyen** is a resident and citizen of Palacios, Matagorda County, Texas

2290.    Plaintiff **Tuy Van Nguyen** is a resident and citizen of Port Arthur, Jefferson County, Texas

2291.    Plaintiff **Tuyen Kim Nguyen** is a resident and citizen of Biloxi, Harrison County, Mississippi

2292.    Plaintiff **Tuyet Kim Nguyen** is a resident and citizen of Biloxi, Harrison County, Mississippi

2293.    Plaintiff **Tuyet Thi Nguyen** is a resident and citizen of Panama City, Bay County, Florida

2294.    Plaintiff **Ty Thi Nguyen** is a resident and citizen of Bayou La Batre, Mobile County, Texas

2295.    Plaintiff **Ty Van Nguyen** is a resident and citizen of D'Ibervilles, Harrison County, Mississippi

2296.    Plaintiff **Ty Van Nguyen** is a resident and citizen of Houston, Harris County, Texas

2297.

2298.    Plaintiff, UT NGUYEN., is a Texas resident in Fulton, Aransas County, Texas.

2299.    Plaintiff, UT EM VAN NGUYEN, is a Louisiana resident in Lafayette, Lafayette Parish, Louisiana.

2300.    Plaintiff, UT THI NGUYEN, is a Mississippi resident in D'iberville, Harrison County, Mississippi.

2301.    Plaintiff, UT VAN NGUYEN., is a Texas resident in Texas City, Galveston County, Texas.

2302.    Plaintiff, VAN NGUYEN, is a Mississippi resident in D'iberville, Harrison County, Mississippi.

2303.    Plaintiff, VAN NGOC NGUYEN., is a Texas resident in Palacios, Matagorda County, Texas.

2304.    Plaintiff, VAN THANH NGUYEN., is a Texas resident in Houston, Harris County, Texas.

2305.    Plaintiff, VAN TUYET NGUYEN., is a Texas resident in Palacios, Matagorda County, Texas.

2306.    Plaintiff, VAN NGUYEN., is a Texas resident in Orange, Orange County, Texas.

2307.    Plaintiff, VANHORN NGUYEN., is a Texas resident in Dickinson, Galveston County, Texas.

2308.    Plaintiff, VICTOR NGUYEN., is a Texas resident in Houston, Harris County, Texas.

2309.    Plaintiff, VICTORIA NGUYEN., is a Louisiana resident in New Iberia, Iberia Parish, Louisiana.

2310.    Plaintiff, VIET HUNG NGUYEN., is a Texas resident in Dickinson, Galveston County, Texas.

2311.    Plaintiff, VIET VAN NGUYEN., is a Texas resident in Port Arthur, Orange County, Texas.

2312.    Plaintiff, VIET NGUYEN., is a Texas resident in Houston, Harris County, Texas.

2313.　　Plaintiff, VINH VAN NGUYEN., is a Texas resident in Palacios, Matagorda County, Texas.

2314.　　Plaintiff, VINH VAN NGUYEN., is a Minnesota resident in Chanhassen, Carver County, Minnesota.

2315.　　Plaintiff, VINH V. NGUYEN., is a Louisiana resident in New Orleans, Orleans Parish, Louisiana.

2316.　　Plaintiff, VAN VUONG NGUYEN, is a Texas resident in Palacios, Matagorda County, Texas.

2317.　　Plaintiff, VY PHUONG NGUYEN, is a Texas resident in Houston, Harris County, Texas

2318.　　Plaintiff, WILSON LE NGUYEN, is a Mississippi resident in Biloxi, Harrison County, Mississippi.

2319.　　Plaintiff **Xam Nguyen** is a resident and citizen of Rockport, Aransas County, Texas

2320.　　Plaintiff **Xoa Thi Nguyen** is a resident and citizen of San Leon, Galveston County, Texas

2321.　　Plaintiff **Xuong Nguyen** is a resident and citizen of D'Ibervilles, Harrison County, Mississippi

2322.　　Plaintiff **Yen Van Nguyen** is a resident and citizen of Franklin, St. Mary County, Louisiana

2323.　　Plaintiff **Thanh Ha Nguyen** is a resident and citizen of Biloxi, Harrison County, Mississippi

2324.　　Plaintiff **Tuan Thanh Nguyen** is a resident and citizen of Bayou La Batre, Mobile County, Texas

2325.　　Plaintiff **Wol Cha Nichols** is a resident and citizen of Texas City, Galveston County, Texas

2326.　　Plaintiff **Merinardo Nieto** is a resident and citizen of **Rio Hondo**, Cameron County, Texas

2327.　　Plaintiff **Nora Trawlers Inc.** is a Texas corporation doing business in Brownsville, Cameron County, Texas

2328.　　Plaintiff **NTH, LLC** is a Texas Corporation doing business in Port Arthur, Port Arthur County, Texas

2.1　　Defendant HILCORP ENERGY CO. is a domestic Texas Corporation with its principal office located at 1111 Travis St., Houston, Texas 77002, who may be served with process by and through its registered agent: CT Corporation, 1999 Bryan Street, Suite #900, Dallas, Texas 75201-3136.

2.2    Defendant WCC Energy Group, LLC is a foreign Limited Liability Company with its principal office located in Louisiana, who may be served with process by and through its registered agent: William Weidner, 3838 N. Causeway Blvd, Suite #2880, Metarie, Louisiana 70002.

### III.    JURISDICTION AND VENUE

3.    This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1332 as they arise under federal law in violation of the Clean Water Act (CWA) and the Oil Pollution Act (OPA), thereby presenting federal questions and Plaintiffs are citizens of Texas and a defendant is a citizen of Louisiana, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

4.    This Court has personal jurisdiction over Defendant because they are registered to conduct business in Texas, and have sufficient minimum contacts with Texas.

5.    Venue is proper in this District under 28 U.S.C. § 1391(b)(1) because Defendant principal place of business is located within the venue and it is registered to conduct business in the state.

### IV.    FACTS

6.    On Monday, August 8, 2022, approximately thirty-three square miles of the Terrebonne Bay, Louisiana was closed to shrimping and oyster harvesting due to the negligent discharge of over 14,000 gallons of crude oil spilling into the bay and surrounding areas.  The incident happened to coincide with the opening day of the shrimping season and negatively impacted the area that is known as a central fishing hub.  The spill occurred due to a Hilcorp Energy Co.'s oil platform experiencing structural failure and collapsing in to the sea.  It was reported that the structural failure stemmed from a prior incident wherein WCC Energy Group, LLC's failed to properly transfer oil into Hilcorp's storage tanks damaging the structural integrity of the tanks. However, it was Hilcorp's negligent failure to properly maintain and inspect its equipment that ultimately led to the failure. The spill

impacted the region's fisheries and oyster harvesting for weeks as the locals waited for the oil to be cleaned up and for it to dissipate.  The negative publicity from the spill deterred buyers from seeking out local shrimp and seafood from the region causing an immediate impact on the livelihood of local workers.  It was reported by the Courier that "Kimberly Chauvin, co-owner of the David Chauvin Shrimp Company in Dulac, said she and other dock owners are doing their best to closely test and inspect the shrimp they are buying. But she acknowledges that the precautions are not foolproof and Fisherman are now confused on whether they should be taking a chance of going out to shrimp," she said. "Do you spend the money for supplies to get rejected at the dock for the sale of your shrimp? And docks are worried that if we buy the shrimp, are we going to get paid by the processor or will they reject the shrimp? This is a no-win situation for us." Additionally, after the spill, there were numerous reports of shrimpers and captains who were forced to clean their nets and boats that had become contaminated with crude oil and dispose of equipment.  The oil spill presented a serious risk to human life prompting the Louisiana Department of Health to issue a public safety notice with the following precautions:

- Do not go into areas restricted by the U.S. Coast Guard.
- Avoid entering areas where oil can be seen or smelled. If you see or smell oil, leave the area right away.
- Do not fish in areas with visible sheens or slicks. The most prudent action is not to consume dead fish, fish with oily residue or a petroleum odor and fish harvested directly from the oil spill-affected waters.
- Avoid direct skin contact with oil, oil-contaminated water (for example: swimming, skiing, recreational boating) and sediments (for example: hoisting your anchor). If you get oil on your skin, wash it off with soap and water.
- Do not drive your vessel through slicks or sheens.
- Young children, pregnant women, people with compromised immune systems, and individuals with underlying respiratory conditions should avoid the area
- Restrict pets from entering oil-contaminated areas.

7.      The U.S. Coast guard sent a bulletin at 8/10/2022 10:35 P.M. indicating the unified command that consists of the Coast Guard and Louisiana Oil Spill Coordinator's office responded

to the spill claiming "nearly 10,000 feet of containment boom was deployed along with three shallow water skimming vessels and ten fast response vessels to contain and recover observable oil. Additional overflights, drone evaluations, and on-water assessments will continue to closely monitor the situation."

8.      While this spill is a not a disaster that would rival the BP oil spill, it is not the first incident involving Hilcorp Energy Co., who has been involved in at least seven other oil spills as reported by the Revelator; wherein Scott Eustis, a coastal wetland and specialist for the Gulf Restoration Network, says Hilcorp's history of regulatory violations and operating shortcuts contribute to the company's repeated oil spills.

9.      Thus, the suit seeks to compensate the victims of the spill and to ensure that Defendants are prevented from causing additional damage to the economy and environment in the future.

### V. CAUSES OF ACTION

### FIRST CLAIM FOR RELIEF
### <u>Strict Liability under the Oil Pollution Act</u>

10.      Plaintiffs incorporate by reference each and every prior and subsequent allegation of this Complaint as if fully restated here.

11.      The strict liability standard under the Oil Pollution Act (OPA) in Texas and the 5th Circuit imposes liability on responsible parties for oil discharges into navigable waters or adjoining shorelines. This standard is designed to ensure quick and efficient cleanup of oil spills, compensate victims, and internalize costs within the petroleum industry. Under 33 USCS § 2702, a responsible party is strictly liable for removal costs and damages resulting from such incidents, regardless of fault.

12.      The Terrebonne Bay and the waters off the coast are "navigable waters" as defined in Section 33 USCS 2701(21).

13.     Defendants are "responsible part[ies]," within the definition of 33 USCS 2701(32)(C) "In the case of an offshore facility (other than a pipeline or a deepwater port licensed under the Deepwater Port Act of 1974 (33 U.S.C. 1501 et seq.)), the lessee or permittee of the area in which the facility is located or the holder of a right of use and easement granted under applicable State law or the Outer Continental Shelf Lands Act (43 U.S.C. 1301–1356) for the area in which the facility is located (if the holder is a different person than the lessee or permittee), except a Federal agency, State, municipality, commission, or political subdivision of a State, or any interstate body, that as owner transfers possession and right to use the property to another person by lease, assignment, or permit."

14.     As the responsible party for the oil stored and maintained on their platforms, Defendants are absolutely liable under the OPA.

15.     The Act entitles a plaintiff to recover a wide variety of damages, including, but not limited to, loss of subsistence use of natural resources; injury to, or economic losses resulting from destruction of or injury to, real or personal property, which shall be recoverable by any claimant who has an ownership or leasehold interest in property; loss of taxes, royalties, rents, or net profit shares caused by the injury, destruction, loss, or impairment of use of real property, personal property, or natural resources; and loss of profits or impairment of earning capacity due to the injury, destruction, or loss of real property, personal property, or natural resources, populations of fish, squid and shellfish; and marine ecosystems. It also caused injury to and destruction of real or personal property, as well as impairment of earning capacity of Plaintiffs, Because Plaintiffs rely on natural resources for subsistence use; Plaintiffs have ownership or leasehold interests in real or personal property damaged by Defendants' oil spill; Plaintiffs derive income of their annual or seasonal earnings from activities that utilize property or natural resources damaged by Defendants'

oil spill; Plaintiffs' livelihoods and earning capacity depend directly on the ability to extract the natural resources of the oil fields and the integrity of the pipeline not rupturing and damaging real and personal property and the natural resources in and around the bay, and along the coastline; and/or Defendants' damage to real property, personal property, and natural resources has caused Plaintiffs a loss of taxes, royalties, rents, or net profit; or all of the above, Defendants are liable to Plaintiffs under the Act.

16.     The injury, destruction, loss, and/or impairment of usability of these natural resources has caused Plaintiffs to lose wages, lose profits, and will cause future losses of profits and/or impair their earning capacities.

17.     The injuries sustained by Plaintiffs as a result of the oil spill were the direct and proximate result of Defendants' activities.

18.     The harm to Plaintiffs and was and is the kind of harm that would be reasonably anticipated as a result of the risks created by transporting or storing, hazardous, and toxic oil in a container on which local oil and gas facilities and their workers depend, and not properly maintaining the platform or storage in close proximity to the Ocean.

19.     Due to Defendants' strict liability and negligence, Plaintiffs are entitled to recover actual damages.

## SECOND CLAIM FOR RELIEF
### Negligence

20.     Plaintiffs incorporate by reference each and every prior and subsequent allegation of this Complaint as if fully restated here.

21.     Defendants owed a duty to Plaintiffs to exercise reasonable and ordinary care. That duty arose from, among other things, federal, state, and local laws that require Defendants to operate their oil platforms and storage tanks in a manner that does not damage public health and safety.

22.     Defendants breached that duty to Plaintiffs by, among other things, failing to install, inspect, and maintain reasonable safety equipment to prevent a spill, failing detect and repair corrosion, and failing to monitor their oil platforms and storage tanks.

23.     Defendants, in the exercise of reasonable care, should have known that the platforms and oil storage tanks could rupture or otherwise fail, and spill significant amounts of oil, and cause local oil and gas operations to be shut down. Defendants have acknowledged that spills such as this have occurred in the past.

24.     As a direct and proximate result of Defendants' negligence, Plaintiffs have sustained damages. Those damages take primarily two forms: short-term and long-term.

25.     The short-term damages include loss of profits, loss of income due to fishing closures caused by the spill, and increased costs associated with traveling to different fisheries. The closures have excluded fishers from near shore fishing grounds for oysters, crab, shrimp, fish, and other species. The short-term damages also include lost profits, loss of inventory, damage to fishing nets and the cost of cleaning boats that but for Defendants' oil spill, would have used services offered by businesses in an around Terrebonne Bay and the businesses there.

26.     The long-term damages include future lost profits due to the harm caused to the fisheries themselves. For example, the oil is likely to depress (or even eradicate in some areas) populations of sea urchins, crab, lobster, and other crustaceans by directly killing numbers of those species or hindering their breeding and feeding. Similarly, oil that sinks below the surface will poison fish and potentially smother their eggs, limiting their future numbers.

27.     The taboo associated with an oil spill has and will continue to drive down the price of local fish and shellfish, as consumers and fish processors become wary of producing locally-caught species. It may also diminish the values of oceanfront and beachfront real properties along the

coast that have been polluted by Defendants' oil.

28.     Defendants' oil spill caused physical injury to property in which Plaintiffs have a direct ownership interest or an interest by virtue of their right to harvest fish and shellfish.

## THIRD CLAIM FOR RELIEF
### Negligence *Per Se*

29.     Plaintiffs incorporate by reference each and every prior and subsequent allegation of this Complaint as if fully restated here.

30.     Defendants' conduct with regard to the manufacture, maintenance, and/or operation of their oil platforms and storage tanks is governed by numerous state and federal laws, and permits issued under the authority of these laws, including Federal Law under the Clean Water Act, as well as local laws governed under the state of Louisiana.

31.     Defendants violated several statutes, ordinances, or regulations including but not limited to the Louisiana Oil Spill Prevention and Response Act (OSPRA), La. Rev. Stat. 30:2451 et seq., the Federal Clean Water Act, 33 U.S.C. § 1251 et seq., and state and federal spill response and notification laws.

32.     These laws and permits create statutory standards that are intended to protect and benefit Plaintiffs and Defendants' violations of these statutory standards constitute negligence *per se* under the state and federal laws.

33.     Defendants' violations of these statutory standards proximately caused Plaintiffs to have suffered and will continue to suffer economic harm, injury to earning capacity, and losses that warrant compensatory damages.

## FOURTH CLAIM FOR RELIEF
### Public Nuisance

34.     Plaintiffs incorporate by reference each and every prior and subsequent allegation of this

Complaint as if fully restated here.

35.    Defendants have created a condition that is harmful to health and interferes with the comfortable enjoyment of life and property by discharging more than 14,000 gallons of crude oil into the Terrebonne Bay, Louisiana.

36.    That nuisance affects a substantial number of individuals similarly situated to the Plaintiffs, such as commercial fishers and processors, real property owners, local workers, and businesses that rely on the safe and healthy environment in the Bay, especially as the spill occurred on the opening day of shrimping season.

37.    Defendants' oil spill is a condition which would reasonably annoy and disturb an ordinary person, as shown by, for example, the health impacts warned of by the county, the community outrage in response to the spill, and the nationwide interest in the spill's impacts on Terrebonne Bay and surrounding waters in Louisiana.

38.    The seriousness and gravity of that harm outweighs the social utility of Defendants' conduct. There is little or no social utility associated with releasing thousands of gallons of oil into the unique ecological setting of Terrebonne Bay.

39.    Plaintiffs suffered harm and injury to their economic livelihood, which they did not consent to and which is different from the type of harm suffered by the general public.

40.    The above acts and omissions also created a public nuisance vis-à-vis the Plaintiffs, interfering with the property rights of Plaintiffs, and rights incidental to those property rights.

41.    As a direct and legal cause of Defendants' wrongful acts and/or omissions herein above set forth, Plaintiffs have suffered and will suffer economic harm, injury, and losses.

42.    To remedy the harm caused by Defendants' nuisance, Plaintiffs will seek compensation requiring Defendants to restore fisheries impacted by the spill and to repair reputational damage

done to Terrebonne Bay's and Louisiana's seafood industry.

## Request for Relief

For all recoverable compensatory, statutory, and other damages sustained by Plaintiffs, including loss of income, loss of past and future profits, loss of inventory and consumer goods, damage to personal property and all other relief allowed under applicable laws;

A.      For costs;

B.      For both pre-judgment and post-judgment interest on any amounts awarded;

C.      Plaintiffs will seek compensation requiring Defendants to restore fisheries impacted by the spill and to repair reputational damage done to Terrebonne Bay's and Louisiana's seafood industry;

## IX. DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by jury on all issues so triable.

Respectfully submitted,

**NAVA LAW GROUP, P.C.**

By:      */s/ Richard Jason Nava*_____
Richard Jason Nava
State Bar No. 24083552
Federal ID No, 3124096
Adam J. Flood,
State Bar No. 24081618
Federal ID No. 2070300
4909 Bissonnet Street., Suite 100
Bellaire, Texas 77401
Telephone No.:  713/661-9900
Telecopier No.:  713/666-5922
E-mail: eserviceRJN@navalawgroup.com
eserviceAJF@navalawgroup.com

***ATTORNEYS FOR PLAINTIFFS***