IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| 7 LONG FISHERY, LLC, A.P. TRAWLERS, INC., ABREGO TRAWLERS, INC., ACE MANING, LLC, AGUILAR BROTHERS, INC., FELIX AGUILAR, AGUILAR LIMON INC., AGUILAR SHRIMP CO., ERIC AGUILAR, JOSE PALACIOS AGUILAR, ODILON CORDOBA AGUILAR, ET AL.   *Plaintiffs*, <br><br> VS. <br><br> HILCORP ENERGY CO. AND WCC ENERGY GROUP, LLC   *Defendants*. | CASE NO.: 4:25-CV-03725 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUSTICE OF UNITED STATES DISTRICT COURT:

NOW COME the Parties, 7 Long Fishery, LLC, A.P. Trawlers, Inc., Abrego Trawlers, Inc., Ace Maning, LLC, Aguilar Brothers, Inc., Felix Aguilar, Aguilar Limon, Inc., Aguilar Shrimp Co., Eric Aguilar, Jose Palacios Aguilar, Odilon Cordoba Aguilar and the 2,328 additional individuals listed in the Original Complaint ("Plaintiffs") and Hilcorp Energy Co. and WCC Energy Group, LLC  ("Defendants"), filing their Joint Stipulation of Dismissal, and respectfully show the Court as follows:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs dismiss this action, and would inform the Court of the following:

1. The Plaintiffs have agreed dismiss their causes of actions *with* prejudice that are the subject matter of this pending lawsuit against all Defendants.

2. The Parties intend by this stipulation to dismiss this action in its entirety.

3. The Parties agree that the dismissal of this action shall be *with* prejudice.

4. The Parties agree that the costs will be borne by the party so incurring.

**Jointly Stipulated**
**Civil Action No. 4:25-CV-03725**

Counsel for Plaintiffs:
Richard Jason Nava
SBN: 24083552
Federal ID No.: 3124096
NAVA LAW GROUP, P.C.
4909 Bissonnet St.
Bellaire, TX 77401
(713)661-9900

/s/ Richard J. Nava                                 11/20/2025
Counsel for Plaintiff(s)                            Date


Counsel for Defendant, Hilcorp Energy Company:
Craig Isenberg, pro hac vice, attorney-in-charge
Chloé M. Chetta
Texas Bar No. 24131097
BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, Louisiana 70112
Telephone: 504-589-9700
Facsimile: 504-589-9701
cisenberg@barrassousdin.com
cchetta@barrassousdin.com


/s/ Craig Isenberg by permission                    11/21/2025
Counsel for Defendant(s)                            Date

<u>Counsel for Defendant, WCC Energy Group, LLC</u>:
Richard K. Leefe
LA Bar No.7544
SD Texas No. 25664
Michael R. Gelder
LA Bar No. 30210 (pro hac vice admission pending)
Leefe | Gibbs
One Lakeway Center Suite 1470, 3900 No. Causeway Blvd.
Metairie, La. 70002
(504) 830-3939; Fax: 830-3998
Email:  rkleefe@leefegibbs.com
             mrgelder@leefegibbs.com


 /s/ Michael R. Gelder by permission             11/21/2025
Counsel for Defendant(s)                                      Date